# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| QUENNEL JACKSON,<br><br>        Plaintiff,<br><br>v.<br><br>GT TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No.: 4:25-cv-218 (AW) (MAF)<br><br>**MOTION FOR EMANUEL KATAEV, ESQ. TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE ELECTRONIC NOTICES OF FILING ON BEHALF OF PLAINTIFF QUENNEL JACKSON** |

Pursuant to Local Rule 11.1(C) of the Local Rules for the United States District Court for the Northern District of Florida ("Local Rules"), Plaintiff Quennel Jackson (hereinafter "Plaintiff" or "Jackson") and its undersigned counsel respectfully request that the Court enter an Order admitting Emanuel Kataev, Esq. ("Kataev") of the law firm Consumer Attorneys, PLLC, 6829 Main Street, Flushing, NY 11367-1305, (718) 412-2421, to appear *pro hac vice* as co-counsel on behalf of Plaintiff in this case only, and, pursuant to Rule 2B of the Court's CM/ECF Administrative Procedures, to permit Kataev to receive notice of electronic filings in this case. In support of this request, Plaintiff and its undersigned counsel state:

1. Kataev is General Counsel and Of Counsel to the law firm of Consumer Attorneys, PLLC, 6829 Main Street, Flushing, NY 11367-1305;

2.  Kataev is not admitted to practice in the Northern District of Florida and is an active member in good standing of the bar of the State of New York. He has never been the subject of any professional disciplinary proceeding.

3.  Kataev is not a resident of the State of Florida and has not abused the privilege of special appearance by frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a general practice of law in the State of Florida or before the Courts of this District.

4.  Kataev certifies that he will comply with the requirements of Local Rule 11.1(C) and that, in connection with the filing of this motion, he has submitted a Certificate of Good Standing of the State of New York hereto as Exhibit A, and has made payment—or within the next three (3) business days shall submit payment to the Clerk of the Court in the amount of $208.00

for its admission fee.

5.  Kataev certifies that he complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam on May 27, 2025 and was subsequently issued electronic confirmation number **FLND17483786852984**.

6.  Kataev certifies that he has completed the online CM/ECF Tutorial.

7.  Kataev certifies that he maintains an upgraded PACER account.

8.  Based on the foregoing, Kataev should be admitted to appear *pro hac vice* as co-counsel on behalf of Plaintiff.

WHEREFORE, Plaintiff and its designated undersigned counsel respectfully request that the Court enter an Order admitting Kataev to appear *pro hac vice* as co-counsel on behalf of Plaintiff in this case only.

RESPECTFULLY SUBMITTED this 29th day of May 2025

**CONSUMER ATTORNEYS, PLLC**

*/s/ Emanuel Kataev*
Emanuel Kataev, Esq.
*Admitted Pro Hac Vice*
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

David Pinkhasov, FL # 1040933
CONSUMER ATTORNEYS
6829 Main Street
Flushing, NY 11367-1305
T: (718) 701-4605
F: (718) 715-1750
E: dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiff*
*Quennel Jackson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

**CONSUMER ATTORNEYS**

*/s/ Emanuel Kataev*