# COMPOSITE EXHIBIT B

**Jozsi, Elizabeth T.**

| | |
|---|---|
| **From:** | Jozsi, Elizabeth T. <elizabeth.jozsi@ogletree.com> on behalf of elizabeth.jozsi@ogletree.com |
| **Sent:** | Monday, December 1, 2025 4:18 PM |
| **To:** | 'Emanuel Kataev'; David Pinkhasov |
| **Cc:** | Kuehnel, Sarah; TAM Docketing |
| **Subject:** | RE: SERVICE OF DISCOVERY DOCUMENTS - Quennel Jackson v. GT Technologies, Inc. - Case No. 4:25-cv-00218 [ODNSS-OGL.054097.000010] |

To be clear, we are not asking for an extension, but we will not oppose your request, so the duration is up to you. My schedule is also crazy, but February I am essentially unavailable for depositions. If we cannot do the deposition in January, I probably will not be available for depositions until March.

**Elizabeth T. Jozsi | Ogletree Deakins**
100 North Tampa Street, Suite 3600 | Tampa, FL 33602 | Telephone: 813-221-7232
elizabeth.jozsi@ogletree.com | www.ogletree.com | Bio

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Monday, December 1, 2025 4:13 PM
**To:** Jozsi, Elizabeth T. <elizabeth.jozsi@ogletree.com>; Pavone, Celynda <celynda.pavone@ogletreedeakins.com>; David Pinkhasov <dpinkhasov@consumerattorneys.com>
**Cc:** Kuehnel, Sarah <Sarah.Kuehnel@ogletreedeakins.com>; Salazar, Melissa E <melissa.salazar@ogletreedeakins.com>; TAM Docketing <TAMDocketing@ogletreedeakins.com>
**Subject:** RE: SERVICE OF DISCOVERY DOCUMENTS - Quennel Jackson v. GT Technologies, Inc. - Case No. 4:25-cv-00218 [ODNSS-OGL.054097.000010]

*[Caution: Email received from external source]*

How much time do you want to request in extending the discovery deadline? I can easily establish good cause based on my crazy schedule.

Thanks,



# Emanuel Kataev, Esq.

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT



📞 (718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

✉ emanuel@sagelegal.nyc

📍 1411 Broadway, 29th Floor
New York, NY 10018-1976

📍 173 54th Street
Brooklyn, NY 11220-2505

📍 45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

📍 1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

📍 1515 Old Northern Boulevard
Roslyn, NY 11576-1127

📍 162 Broadway, 2nd Floor
Amityville, NY 11701-2704

📍 18211 Jamaica Avenue
Jamaica, NY 11423-2327

📍 6829 Main Street,
Flushing, NY 11367

---

**From:** Jozsi, Elizabeth T. <elizabeth.jozsi@ogletree.com>
**Sent:** Monday, December 1, 2025 4:12 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>; Pavone, Celynda <celynda.pavone@ogletreedeakins.com>; David Pinkhasov <dpinkhasov@consumerattorneys.com>
**Cc:** Kuehnel, Sarah <Sarah.Kuehnel@ogletreedeakins.com>; Salazar, Melissa E <melissa.salazar@ogletreedeakins.com>; TAM Docketing <TAMDocketing@ogletreedeakins.com>
**Subject:** RE: SERVICE OF DISCOVERY DOCUMENTS - Quennel Jackson v. GT Technologies, Inc. - Case No. 4:25-cv-00218 [ODNSS-OGL.054097.000010]

> **Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

Good afternoon,

Our discovery cutoff is January 22nd. A 30 day extension on the discovery requests (through January 8th) will not leave us with enough time to review the responses, subpoena 3rd party documents, or take the Plaintiff's deposition within the current time frame.

However, we will agree to an extension only if the Court extends discovery, and we will not oppose your motion seeking a brief extension so long as the extension is limited for the purpose of us deposing the Plaintiff after the receipt of the discovery.

Thanks,

**Elizabeth T. Jozsi | Ogletree Deakins**
100 North Tampa Street, Suite 3600 | Tampa, FL 33602 | Telephone: 813-221-7232
elizabeth.jozsi@ogletree.com | www.ogletree.com | Bio

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Monday, December 1, 2025 2:47 PM
**To:** Pavone, Celynda <celynda.pavone@ogletree.com>; David Pinkhasov <dpinkhasov@consumerattorneys.com>
**Cc:** Jozsi, Elizabeth T. <elizabeth.jozsi@ogletreedeakins.com>; Kuehnel, Sarah <Sarah.Kuehnel@ogletreedeakins.com>;

Salazar, Melissa E <melissa.salazar@ogletreeakins.com>; TAM Docketing <TAMDocketing@ogletreedeakins.com>
**Subject:** RE: SERVICE OF DISCOVERY DOCUMENTS - Quennel Jackson v. GT Technologies, Inc. - Case No. 4:25-cv-00218
[ODNSS-OGL.054097.000010]

**[Caution: Email received from external source]**

Dear Elizabeth, *et al.*:

I write to respectfully seek an extension of time of thirty (30) days to respond to the discovery demands. The reason for my request is because of my schedule this week, which includes two (2) depositions, one of which I am conducting tomorrow and the other which I am defending the following day, and five (5) court appearances in unrelated matters at the end of the week. I thank you in advance for your anticipated courtesies.

Best,

 

**Emanuel Kataev, Esq.**

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

emanuel@sagelegal.nyc

1411 Broadway, 29th Floor
New York, NY 10018-1976

173 54th Street
Brooklyn, NY 11220-2505

45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

1515 Old Northern Boulevard
Roslyn, NY 11576-1127

162 Broadway, 2nd Floor
Amityville, NY 11701-2704

18211 Jamaica Avenue
Jamaica, NY 11423-2327

6829 Main Street,
Flushing, NY 11367

**From:** Pavone, Celynda <celynda.pavone@ogletree.com>
**Sent:** Thursday, November 6, 2025 4:33 PM
**To:** Emanuel Kataev <ekataev@consumerattorneys.com>; David Pinkhasov <dpinkhasov@consumerattorneys.com>
**Cc:** Jozsi, Elizabeth T. <elizabeth.jozsi@ogletreedeakins.com>; Kuehnel, Sarah <Sarah.Kuehnel@ogletreedeakins.com>; Salazar, Melissa E <melissa.salazar@ogletreedeakins.com>; TAM Docketing <TAMDocketing@ogletreedeakins.com>
**Subject:** SERVICE OF DISCOVERY DOCUMENTS - Quennel Jackson v. GT Technologies, Inc. - Case No. 4:25-cv-00218
[ODNSS-OGL.054097.000010]

| Court Identity: | United States District Court, Northern District of Florida, Tallahassee Division |
|---|---|
| Case No.: | 4:25-cv-00218 |
| Case Style: | Quennel Jackson v. GT Technologies, Inc. |
| Document(s) being served: | • Defendant's First Requests for Production of Document to Plaintiff |

|  | <ul><li>Defendant's First Set of Interrogatories to Plaintiff</li><li>HIPAA Compliant Authorization for Release of Employment Information and/or Records</li><li>HIPAA Compliant Authorization for Release of Medical Records and Information Pursuant to 45 CFR §164.508</li><li>Certified Authorization for Release of Records Department of Economic Opportunity</li><li>SSA Consent for Release of Information</li></ul> |
|---|---|
| Sender's Name: | Elizabeth T. Jozsi, Esq.<br>Sarah Kuehnel, Esq. |
| Sender's Telephone No: | 813-289-1247 |

**Celynda Pavone | Practice Assistant | Ogletree Deakins**
100 North Tampa Street, Suite 3600 | Tampa, FL 33602 | Telephone: 813-221-7214
celynda.pavone@ogletree.com | www.ogletree.com

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*