# **EXHIBIT E**

## Jozsi, Elizabeth T.

| | |
|---|---|
| **From:** | Jozsi, Elizabeth T. |
| **Sent:** | Thursday, December 11, 2025 3:24 PM |
| **To:** | 'Emanuel Kataev'; 'David Pinkhasov' |
| **Cc:** | 'Mia Kristensen'; 'Alivia Cooney'; 'Victoria Trevor'; Kuehnel, Sarah |
| **Subject:** | RE: Quennel Jackson v. GT Technologies - Discovery Responses [ODNSS-OGL.054097.000010] |

Good afternoon,

I am following up on my below email. Please be advised that if we do not have the responses by tomorrow at 4PM, we will be filing a motion to compel. Again, I can be available for a conferral call tomorrow if you provide me with a time that works on your calendar. Otherwise, pursuant to Local Rule 7.1(B), my prior email and this email will serve as my conferral attempt.

Thank you,


**Elizabeth T. Jozsi | Ogletree Deakins**
100 North Tampa Street, Suite 3600 | Tampa, FL 33602 | Telephone: 813-221-7232
elizabeth.jozsi@ogletree.com | www.ogletree.com | Bio

---

**From:** Jozsi, Elizabeth T.
**Sent:** Tuesday, December 9, 2025 10:41 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>; David Pinkhasov <dpinkhasov@consumerattorneys.com>
**Cc:** Mia Kristensen <mkristensen@consumerattorneys.com>; Alivia Cooney <alivia@sagelegal.nyc>; Victoria Trevor <vtrevor@sagelegal.nyc>; Kuehnel, Sarah <Sarah.Kuehnel@ogletreedeakins.com>
**Subject:** Quennel Jackson v. GT Technologies - Discovery Responses [ODNSS-OGL.054097.000010]

Good morning,

I am writing to follow up on the status of your discovery responses. As you know, the responses were due yesterday (December 8th). On Monday, December 1, you requested an extension of 30 days to respond, and that same day, we advised you that we would agree to an extension only if the Court extended the discovery window. On Wednesday, December 3, as you still had not filed anything with the Court requesting an extension of the discovery window, I followed up via email to again clarify our position.

To date, you have not filed a request for an extension with the Court, nor have you provided us with any objections or responses to our discovery requests. As you have failed to timely respond, your objections are deemed waived.

Please provide us with the responses no later than Friday, December 12th. Otherwise, we will have no choice but to file a Motion to Compel.

I am happy to make myself available for a conferral call on Friday. If you are unavailable, please consider this email a conferral pursuant to the local rules.

Thank you,

**Elizabeth T. Jozsi | Ogletree Deakins**
100 North Tampa Street, Suite 3600 | Tampa, FL 33602 | Telephone: 813-221-7232
elizabeth.jozsi@ogletree.com | www.ogletree.com | Bio

2