IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**QUENNEL JACKSON,**

    **Plaintiff,**

**v.**                                                      **Case No. 4:25-cv-218-AW-MAF**

**GT TECHNOLOGIES, INC.,**

    **Defendant.**

_____/

## ORDER REQUIRING EXPEDITED RESPONSE

Defendant has moved to compel. ECF No. 22. It says Plaintiff has not responded to long overdue discovery requests and has not otherwise participated in discovery. Because the discovery deadline is approaching, and to allow for a prompt resolution of the issue, the court directs Plaintiff to file a response to the motion no later than December 17.

SO ORDERED on December 12, 2025.

                                                 s/ *Allen Winsor*
                                                 Chief United States District Judge