IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| QUENNEL JACKSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GT TECHNOLOGIES, INC.,<br><br>　　　　　　Defendant. | Case No.: 4:25-cv-218 (AW) (MAF)<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S <u>MOTION TO DISMISS</u>** |

Plaintiff Quennel Jackson ("Plaintiff"), by and through its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") and Rules 6.1 and 7.1(E) of the Local Rules for the United States District Court for the Northern District of Florida (hereinafter referred to as "Local Rules" or "Local Rule"), respectfully moves the Court for an extension of time of eight (8) days, up to and including December 26, 2025, to respond to Defendant's discovery requests and Motion to Compel. In support of this motion for an extension of time, Plaintiff respectfully submits the following:

　1. On November 6, 2025, Defendant served its interrogatories and requests for production of documents upon Plaintiff.

　2. On December 12, 2025, Defendant filed a motion to compel Plaintiff to respond to these discovery requests. <u>See</u> ECF Docket Entry 22.

1/5

*Jackson, Quennel v. GT Technologies, Inc.*
Plaintiff's Motion for Extension of Time to
Respond to Defendant's Motion to Dismiss

3. According to Local Rule 7.1(E), Plaintiff is required to respond to the Motion by December 26, 2025 (fourteen (14) days later).

4. On December 12, 2025, the Court issued an Order requiring expedited response by Plaintiff on December 17, 2025.

5. Plaintiff was unable to respond to the Motion because, among other appearances and deadlines, your undersigned has been occupied perfecting a brief in <u>Superb Motors Inc., *et al.* v. Deo, *et al.*</u>, Docket Nos.: 25-1330(L), 25-2189(Con) due Monday, December 22, 2025, and opposing a motion to certify a class action as well as a motion for partial summary judgment in the matter of <u>Fernandez v. Bulldozer Hospitality Group, Inc.</u>, Case No.: 1:25-cv-4490 (AS) (GS) by January 6, 2026, each of which requires substantial time and attention.

6. As a result, Plaintiff seeks an extension of time to oppose the Motion.

7. Plaintiff needs additional time to prepare an appropriate response to the Motion, and for your undersigned counsel to meet with the client to finalize the related discovery responses that were drafted which would resolve the motion.

8. Accordingly, Plaintiff respectfully requests that this Court extend Plaintiff's time for filing a response to Defendant's Motion to Compel, up to and including December 26, 2026; the deadline which would have automatically been applied under Local Rule 7.1.

2/5

*Jackson, Quennel v. GT Technologies, Inc.*
Plaintiff's Motion for Extension of Time to
Respond to Defendant's Motion to Dismiss

9. Defendant suffers no prejudice from this request given that this suggested date remains well in advance of any upcoming depositions.

10. Plaintiff is prepared to extend the time to complete discovery, assuaging any potential inconvenience to Defendant, and will meet and confer with Defendant concerning these concerns.

11. Moreover, it is respectfully submitted that this Court will be aided by Plaintiff's submission of a response to the Motion in determining same, given the Eleventh Circuit's stated preference for resolving matters on the merits. See Surtain v. Hamlin Terrace Found., 789 F.3d 1239, 1244–45 (11th Cir. 2015) (referring to a strong policy of determining cases on their merit").

12. This Motion is made in good faith and not for the purposes of undue delay.

13. The requested extension will not alter or affect any other deadlines previously set by the Court.

14. A proposed Order granting the requested extension of time is submitted herewith.

**WHEREFORE**, for the above reasons and for good cause shown, Plaintiff respectfully moves this Court to extend the time in which it may respond to Defendant's Motion to Compel, up to and including December 26, 2025.

3/5

*Jackson, Quennel v. GT Technologies, Inc.*
Plaintiff's Motion for Extension of Time to
Respond to Defendant's Motion to Dismiss

RESPECTFULLY SUBMITTED this 18th day of December, 2025.

**CONSUMER ATTORNEYS, PLLC**

*/s/ Emanuel Kataev*
Emanuel Kataev, Esq.
*Admitted pro hac vice*
68-29 Main Street Flushing, NY 11367
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*/s/ David Pinkhasov*
David Pinkhasov, FL # 1040933
CONSUMER ATTORNEYS
68-29 Main Street
Flushing, NY 11367
T: (718) 701-4605
F: (718) 715-1750
E: dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiff*
*Quennel Jackson*

4/5

*Jackson, Quennel v. GT Technologies, Inc.*
Plaintiff's Motion for Extension of Time to
Respond to Defendant's Motion to Dismiss

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

**CONSUMER ATTORNEYS**

*/s/Emanuel Kataev*

5/5

*Jackson, Quennel v. GT Technologies, Inc.*
Plaintiff's Motion for Extension of Time to
Respond to Defendant's Motion to Dismiss