IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**QUENNEL JACKSON,**

    **Plaintiff,**

v.                                                             Case No. 4:25-cv-218-AW-MAF

**GT TECHNOLOGIES, INC.,**

    **Defendant.**

_____/

## ORDER GRANTING MOTION TO COMPEL
## AND DENYING MOTION FOR EXTENSION

    The motion for extension (ECF No. 24) is DENIED for two independent reasons. One, it did not comply with Local Rule 7.1(C). Two, it did not show any sufficient basis for the relief sought. When a request for extension is sought after the deadline expired, as was the case here, the court may extend the time "if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b). Plaintiff has not shown excusable neglect. Nor has Plaintiff shown even good cause. A response would not have been complicated. The motion to compel says, in a nutshell, that Plaintiff served no responses to pending discovery requests and then stopped responding to attorney communications. This is not the type of motion that requires significant time or effort to timely address.

    That leaves the motion to compel (ECF No. 22), which is GRANTED. Defendant has shown that Plaintiff did not respond and that the time for doing so has

1

passed. Within 14 days, Plaintiff must serve completed responses to all discovery requests that were served on or about November 6.

Under Rule 37(a)(5), when a party's failure to respond to discovery necessitates a motion to compel, and when that motion to compel is granted, "the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees." There are some exceptions, but none applies here. Plaintiff has had an opportunity to be heard but has filed no response. Under these circumstances, an award of expenses against the attorney (not the client) is appropriate. The parties must promptly confer regarding an appropriate amount. Within ten days, Defendant must file a notice stating either (a) the parties have agreed to an amount or (b) they have not. If it is the latter, the court will refer the matter to the magistrate judge to determine an appropriate amount.

In short, the motion to compel (ECF No. 22) is GRANTED. The motion for extension (ECF No. 24) is DENIED.

SO ORDERED on December 23, 2025.

s/ *Allen Winsor*
Chief United States District Judge
