UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

QUENNEL JACKSON

    Plaintiff,

v.                                        Case No. 4:25-cv-218-AW-MAF

GT TECHNOLOGIES, INC.

    Defendant.

_____/

## DEFENDANT'S NOTICE PURSUANT TO ORDER GRANTING MOTION TO COMPEL

Defendant, GT TECHNOLOGIES, INC. ("Defendant"), hereby files this Notice pursuant to the Court's Order Granting Motion to Compel and Denying Motion for Extension (ECF No. 26). Defendant states that the parties conferred and have agreed upon an appropriate amount of monetary sanctions to be paid to Defendant by Plaintiff's counsel in connection with the Court's Order.

Dated: January 02, 2026

Respectfully submitted,

/s/ Elizabeth Jozsi
Elizabeth Jozsi
Florida Bar No: 119428
Sarah Kuehnel
Florida Bar No: 124765
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
100 North Tampa Street
Suite 3600
Tampa, FL 33602
Telephone: 813.221.7239
Facsimile: 813.289.6530
elizabeth.jozsi@ogletree.com
sarah.kuehnel@ogletree.com
Secondary emails:
celynda.pavone@ogletree.com
melissa.salazar@ogletree.com
susan.urso@ogletree.com
TAMdocketing@ogletree.com

*Attorneys for Defendant GT TECHNOLOGIES, INC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 02, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Emanuel Kataev, Esq.
David Pinkhasov, Esq.
Consumer Attorneys, PLLC
6829 Main Street
Flushing, NY 11367
Telephone: 718.412.2421
Facsimile: 718.489.4155

ekataev@consumerattorneys.com
dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiff*

**I FURTHER CERTIFY** that to the best of my knowledge there are not any non-CM/ECF participants that require notification of this response via U.S. Mail.

/s/ *Elizabeth Jozsi*
Attorney

3