IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**QUENNEL JACKSON,**

    **Plaintiff,**

**v.**                                               Case No. 4:25-cv-218-AW-MAF

**GT TECHNOLOGIES, INC.,**

    **Defendant.**

_____/

## ORDER REGARDING EXPENSES

Based on Defendant's notice regarding the parties' agreement (ECF No. 27), the court will take no further action on the motion to compel. If the agreed-upon amount is not timely paid, Defendant may file an appropriate motion.

SO ORDERED on January 2, 2026.

                                                        s/ *Allen Winsor*
                                                        Chief United States District Judge