IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**QUENNEL JACKSON,**

    **Plaintiff,**

**v.**                                                 Case No. 4:25-cv-218-AW-MAF

**GT TECHNOLOGIES, INC.,**

    **Defendant.**

_____/

**ORDER DENYING MOTION FOR EXTENSION**

Plaintiff's motion for an extension of time to complete discovery (ECF No. 29) is DENIED. This is without prejudice to a new motion that complies with the court's earlier order. *See* ECF No. 18 at 1-2 ("Any later motion for extension of the discovery period must show (a) diligence throughout the existing period, including a detailed explanation of what discovery took place and when; (b) details of what additional discovery is necessary and why; and (c) details of why the necessary additional discovery could not have been gathered during the existing period.").[1]

SO ORDERED on January 6, 2026.

                                        s/ *Allen Winsor*
                                        Chief United States District Judge

---

[1] If Plaintiff does refile, he is advised that the argument that new discovery may be necessary following Plaintiff's deposition (ECF No. 29 at 2) is unlikely to succeed. Plaintiff's counsel need not wait for a deposition to obtain information from his own client.