UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**QUENNEL JACKSON,**

    **Plaintiff,**

vs.                                            CASE NO. 4:25-cv-00218-AW-MAF

**GT TECHNOLOGIES INC.,**

    **Defendant.**

_____/

## MEDIATION REPORT

In accordance with the September 5, 2025, Scheduling and Mediation Order (Dkt. 18), a mediation conference commenced on February 2, 2026. All required persons appeared, but Plaintiff departed the mediation prior to settlement, adjournment or impasse, and failed to return. Accordingly, the mediation has been adjourned pursuant to Northern District Local Rule 16.3 ("[m]ediation must be conducted in accordance with the Rules for Certified and Court-Appointed Mediators adopted by the Florida Supreme Court") and Rule 10.420(b)(4) of the Florida Rules for Certified and Court-Appointed Mediators ("A mediator must . . . adjourn or terminate the mediation if any party is . . . unwilling to participate meaningfully in the process . . .").

Respectfully submitted,

*/s/ Shane T. Muñoz*
Shane T. Muñoz
Florida Bar No. 0067024
Shane@STM-Mediations.com
Shane Muñoz Mediations
2921 West Hawthorne Road
Tampa, FL  33611
Telephone:  941-780-2614
Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I electronically filed the foregoing Mediation Report with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

Shane Muñoz Mediations

*/s/ Shane T. Muñoz*