UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

QUENNEL JACKSON

    Plaintiff,

v.

                                                    Case No. 4:25-cv-218-AW-MAF

GT TECHNOLOGIES, INC.

    Defendant.

_____/

## DEFENDANT'S NOTICE OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant GT TECHNOLOGIES, INC. ("GT," the "Company," or "Defendant"), pursuant to the Court's Initial Scheduling Order (ECF No. 11), hereby submits this Notice of Exhibits in Support of its Motion for Summary Judgment.

Defendant hereby files the following exhibits in support of its forthcoming Motion:

| CM/ECF EXHIBIT DESIGNATION | DESCRIPTION |
| --- | --- |
| 33-1 | Transcript of Deposition of Plaintiff Quennel Jackson (January 13, 2026) |
| 33-2 | Transcript of Hearing before the Division of Administrative Hearings in *Quennel Jackson v. GT Technologies, Inc.* (August 6, 2024) |
| 33-3 | Declaration of Erin Wade |
| 33-4 | Declaration of Jason Felger |
| 33-5 | Declaration of David LaVieri |
| 33-6 | Declaration of James White |

| | |
|---|---|
| 33-7 | Mandatory Flow of Work Order Steps/Processes (DEF 9) |
| 33-8 | TLH Maintenance Training Module - Daily Work Instructions (DEF 10-24) |
| 33-9 | TLH Maintenance Training Module - Mpro CMMS (DEF 25-109) |
| 33-10 | Signed acknowledgment of Code of Business Conduct and Ethics (DEF 110) |
| 33-11 | GT Code of Business Conduct and Ethics (DEF 111-141) |
| 33-12 | GT Hotline Policy Notice (DEF 142) |
| 33-13 | Composite - GT EEO Policies/Notices (DEF 143-146) |
| 33-14 | Associate Conduct Policy (DEF 147-149) |
| 33-15 | Performance Warning Notice, dated August 23, 2023 (DEF 154) |
| 33-16 | Rebuttal to HR re: Performance Warning Notice, dated August 25, 2023 (DEF 155) |
| 33-17 | Selection of CMMS Security Log for August 19, 2023 (DEF 156-157) |
| 33-18 | WO 12353 (DEF 158-159) |
| 33-19 | WO 12355 (DEF 160) |
| 33-20 | WO 12442 (DEF 161-162) |
| 33-21 | WO 12444 (DEF 163-164) |
| 33-22 | WO 12449 (DEF 165-166) |
| 33-23 | WO 12445 (DEF 167-168) |
| 33-24 | WO 12450 (DEF 169-171) |
| 33-25 | WO 12384 (DEF 172-173) |
| 33-26 | WO 12435 (DEF 174-175) |
| 33-27 | WO 12440 (DEF 176-177) |
| 33-28 | WO 12459 (DEF 178-179) |
| 33-29 | WO 12497 (DEF 180) |
| 33-30 | Performance Warning Notice – Termination, dated September 5, 2023 (DEF 181-182) |

Dated: February 12, 2026             Respectfully submitted,

/s/ *Elizabeth Jozsi*
Elizabeth Jozsi
Florida Bar No: 119428
Sarah Kuehnel
Florida Bar No: 124765
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
100 North Tampa Street
Suite 3600
Tampa, FL 33602
Telephone: 813.221.7239
Facsimile: 813.289.6530
elizabeth.jozsi@ogletree.com
sarah.kuehnel@ogletree.com
Secondary emails:
celynda.pavone@ogletree.com
melissa.salazar@ogletree.com
susan.urso@ogletree.com
TAMdocketing@ogletree.com

*Attorneys for Defendant GT TECHNOLOGIES, INC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 12, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Emanuel Kataev, Esq.
David Pinkhasov, Esq.
Consumer Attorneys, PLLC
6829 Main Street
Flushing, NY 11367
Telephone: 718.412.2421
Facsimile: 718.489.4155

ekataev@consumerattorneys.com  
dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiff*

**I FURTHER CERTIFY** that to the best of my knowledge there are not any non-CM/ECF participants that require notification of this response via U.S. Mail.

                                          */s/ Elizabeth Jozsi*  
                                          Attorney