UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

QUENNEL JACKSON

    Plaintiff,

v.                                                              Case No. 4:25-cv-218-AW-MAF

GT TECHNOLOGIES, INC.

    Defendant.

_____/

## DECLARATION OF JAMES WHITE

1. My name is James White. I am over the age of 18 and competent to give this Declaration. All information contained herein is based upon my personal knowledge.

2. I am a White Male.

3. I am an employee of GT Technologies, Inc. ("GT"). I am the Maintenance Team Lead at GT's Tallahassee, Florida location.

4. As the Maintenance Team Lead, my general duties include directing the maintenance team on what needs to be worked on and assigning job duties and work orders.

5. I currently supervise seven technicians and also perform the work of a maintenance technician.

6. I am familiar with the Plaintiff in this matter, Quennel Jackson. During Mr. Jackson's employment, I was the team lead, and both Mr. Jackson and I reported directly to the Facilities and Maintenance Manager, Jason Felger.

7. During Mr. Jackson's employment, Mr. Jackson never complained to me of any discriminatory or retaliatory behavior from any employee at GT. Mr. Jackson never reported any comments to me that I felt were inappropriate or needed to be reported to Human Resources.

8. This includes any behavior such as allegedly stealing tools or moving chairs.

9. At one point during Mr. Jackson's employment, Mr. Felger requested that I remove all chairs in the workshop to help correct productivity concerns, but this decision impacted all technicians (not only Mr. Jackson), and it was not done for a discriminatory reason.

10. I never made a comment to Mr. Jackson or anyone else suggesting there was a Florida law that no longer required minorities in the workplace.

11. During Mr. Jackson's employment, I was unaware of Mr. Jackson's national origin, and was not aware that he was half Colombian.

12. I did not discriminate or retaliate against Mr. Jackson. I do not believe or have any reason to believe that anyone involved in the decision to terminate Mr. Jackson discriminated or retaliated against him.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing information contained in this declaration is true and correct.

Dated this __//__ of February, 2026.

_____

James White