# MANDATORY FLOW OF WORK ORDER STEPS/PROCESS

10/27/22



| Create before anything else occures. **Common problem:** Waiting until work is done to create a WO. Bad time stamps, Incorrect task line entry for WO Creation | *After system save*, go back into edit for start time, assigned to, JHA, change to In Progress **Common problems:** Waiting until done, bad JHA name format, leaving open without system save first. Bad timestamps. | This is when work scope begins. Status is in progress **Common problems:** Waiting until done, not showing who is working and that it is in progress. | Documenting of scope conducted thus far (regardless of complete, on hold, etc) **Common problems:** Lack of adequate detail, labor times not accurate to WO, Left blank as no time, no name, no notes, or all 3. | Actual repair work orders require a 5Y to document root cause of the issue **Common problems:** No 5Y at all, bad name formatting. | 5Y should reveal the correct fault code from the supplied list (only 1 per WO) **Common problems:** Missing fault code, more than one fault code entered on one WO | Real time completed time stamp following the 5Y & fault type entry. **Common problems:** Bad time stamps for creation and start corrupt the value of the complete time stamp. |

DEFENDANT'S EXHIBIT 5

CONFIDENTIAL                                         DEF 000009