

*Date: 08/11/2022*
*Author: J Felger*

# TLH MAINTENANCE TRAINING MODULE

**TIER 1   STEP 2**



# Daily Work Instructions



CONFIDENTIAL

DEF 000010

# How is the Daily Work Flow managed?

**CMMS Work Orders for 99.9% of daily tasks**

# 1 OF 2 WAYS

**OR**

- **Priority assignments** as normal daily function
  - (See document: <u>MAINTENANCE TASK ORDER OF PRIORITIES</u>)

- **Zone assignments** as management override to priority assignments




DEF 000011

# How is the Daily Work Flow managed?





**PRIORITY ASSIGNMENTS**

**WO CHOICES**

This list provides expectations starting at the highest priority and moving down to lowest priority.

Each time you are ready to begin a new task, start at the top of this list and search for the work order criteria according to that category.

This list criteria is based on the CMMS system and can be found under the "WORK ORDERS" list on the vertical blue bar main menu



CONFIDENTIAL

DEF 000012

# How is the Daily Work Flow managed?



## PRIORITY ASSIGNMENTS

### WO CHOICES

When displaying the "WORK ORDERS" list in Mpro, you can configure your columns to display data and refine filters in order to narrow the listing to the criteria found on the Priorities List show here.

Type, Status. Assigned (ownership), Due date (deadline) are all columns that can be displayed and filtered.



CONFIDENTIAL

DEF 000013

# How is the Daily Work Flow managed?



**PRIORITY ASSIGNMENTS**

**WO CHOICES**

Priorities list shows you the categories to set up in your work orders list.

Customize your work order list column display to see the criteria needed for specific searching.



CONFIDENTIAL

DEF 000014

# How is the Daily Work Flow managed?





Customize columns

**PRIORITY ASSIGNMENTS**

**WO CHOICES**



Check the box to display that info as a column in the work order list



Work order list now includes pertinent data relating to priority selection.

DEF 000015

# How is the Daily Work Flow managed?



**PRIORITY ASSIGNMENTS**

**WO CHOICES**

Column Headers



Up/Down order selection

Filter criteria selection

Now you can use the column headers to begin filtering the displayed list. Hovering on each column heading will reveal and up/down arrow and a filter icon.



CONFIDENTIAL

DEF 000016

# How is the Daily Work Flow managed?



For the example shown, we want our list to display :

**Type** - "Down and/or safety"
**Status** – "open"
**Assigned to** – "unassigned"
**Due Date** – (doesn't matter)

**PRIORITY ASSIGNMENTS**

**WO CHOICES**



CONFIDENTIAL

DEF 000017

# How is the Daily Work Flow managed?

**PRIORITY ASSIGNMENTS**

**WO CHOICES**

For the example shown, we want our list to display :

**Type** - "Down and/or safety" *(custom filter to select 2 as shown below)*
**Status** – "open" *(up/down arrow to order types displaying "open" at top)*
**Assigned to** – "unassigned" *(Click up/down arrow to order names or blank)*
**Due Date** – (doesn't matter) *(for this search example, it doesn't matter)*





DEF 000018

# How is the Daily Work Flow managed?



**PRIORITY ASSIGNMENTS**

**WO CHOICES**

Now your work orders list shows the selected criteria only. (Number of records shown at the bottom left of the list display.)

Active filters will be shown bottom left.

Clicking on the "X" will remove the filters.

DEF 000019

# How is the Daily Work Flow managed?



**PRIORITY ASSIGNMENTS**

**WO PROCESS**

The sequential steps shown on the left indicate how a WO is meant to be conducted by maintenance. The order of events and **when** they are executed is critical to the entire process.

The CMMS WO system replaces the previous "paper maintenance logs". Therefore, this system and process accuracy is a mandatory part of job function.

- New addition to the process per plant manager:

Down time in excess of 30 minutes will require an *additional 5Y attachment (5Y30)*. Name structure for attachment simply "5Y30xxxx" (xxxx=WO #). A blank form unique to this entry is in the ML1 maintenance Library.



DEF 000020

# How is the Daily Work Flow managed?



- **New addition to the process per plant manager:**

Down time in excess of 30 minutes will require an *additional 5Y attachment (5Y30)*. Name structure for attachment simply "5Y30xxxx" (xxxx=WO #). A blank form unique to this entry is in the ML1 maintenance Library.

**PRIORITY ASSIGNMENTS**

**5Y30**

This attachment requirement went into effect 11/21/22 due to VOC (Voice Of the Customer) Plant Manager.

Only necessary when asset downtime exceeds 30 minutes beyond creation of the work order.

This does **NOT** replace the WO Rootcause 5Y and fault code derived from the Rootcause 5Y.



DEF 000021

# How is the Daily Work Flow managed?



## ZONE MAINTENANCE PLAN

### Management override

Planning of applied manpower under special circumstances to ensure forward movement of PMs and PROJECTS while continuing to support production asset down/safety priorities with assigned personnel.

**Date** refers to plan in effect

**A/B/C** can refer to multiple plans or multiple shifts as determined by management

**Names in squares** indicate sole area of work scope for individuals while zone is in effect



DEF 000022

# How is the Daily Work Flow managed?

| DATE: | ZONE MAINTENANCE PLAN |||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| | PM'S ||| FLOOR COVERAGE |||| PROJECTS || WINGMAN |
| | TECH 1 | TECH 2 | TECH 3 | TECH 1 | TECH 2 | TECH 3 | TECH 4 | TECH 1 | TECH 2 | TECH 1 |
| A | | | | | | | | | | |

**ZONE MAINTENANCE PLAN**

**Management override**

**How does it work**

**PM** – Assigned techs conduct PM workscope ONLY.
**FLOOR** – Assigned techs conduct production support for down and safety needs as they occur
**PROJECTS** – Assigned techs work on specific projects to completion ONLY
**WINGMAN** – Assigned to assist all areas as needed by management. 1st "pull" into urgent tasks

**ALL techs stay in their assigned ZONE of work scope unless "pulled" by management.**

"Pulls" only occur if production support overwhelms assigned floor techs. Order of "pulling" indicated below:

**1st PULL** – WINGMAN. Returns to original pattern when urgent need is resolved.
**2nd PULL** – PM Tech 3 if assigned. Returns to PM scope when urgent need is resolved
**3rd PULL** – PM Tech 2 if assigned. Returns to PM scope when urgent need is resolved
*No additional "Pulls" supported by plan*
**NUCLEAR PULL** – Urgent needs exceed ZONE plan. Return all techs to Priority Assignments Work Flow.



CONFIDENTIAL

DEF 000023

# QUESTIONS?





CONFIDENTIAL

DEF 000024

15