

*Date: 08/11/2022*
*Author: J Felger*

# TLH MAINTENANCE TRAINING MODULE

**TIER 1   STEP 2**



# Mpro CMMS



CONFIDENTIAL

DEF 000025

# What is CMMS?

## Computerized Maintenance Management System

- Database to track multiple aspects and activities specific to a list of assets/equipment
- Preventative maintenance, reactive maintenance, planned, project, installations, changes
- Information stored specific an asset, employee, work type, fault types, etc
- Allows for data analysis to root-cause, continuous improvement, labor effectiveness
- Potential to lift maintenance delivery from "break-fix" to World Class

Potential in Mpro to also track inventory/parts use to an asset, work order, or technician

Purchasing of inventory to insure reorder & max setpoints are easier to implement and track

*ACCOUNTABILITY*     *EFFICIENCY*     *ROOT CAUSE ANALYSIS*     *RECORD KEEPING STANDARDS*



# System Overview



**Machine issue occures**

Mikron is down. Operator needs assistance to resolve

**Work Order created**

Operations create a work order in Mpro. Intercom alerts maintenance personnel

**Issue is resolved & documented**

Technician performs work to resolve issue. Time, parts, data and notes are recorded in Mpro

**Work Order Completed**

Work Order is completed. Information on labor, parts, root cause, fault type, who performed work, when it occurred is now a digital record for that specific asset

# Laptop Login & Software



Maintenance Pro
Icon on the desktop





# Starting Mpro & Log In?



Double click icon

Message will come up on
screen:

Do you want to let app,
MP.EXE,
make changes to your
PC?
**YES**



Mpro Log in
User Name & password

 CONFIDENTIAL

DEF 000029

# Starting Mpro & Log In



User Name will be first letter of first name and full last name

Example: JFelger    (not case sensitive)

Password will be:  2919CWB

The password IS case sensitive

All log ins will start up with this same password. Password changes will be made on an individual basis by request if desired.



CONFIDENTIAL

DEF 000030

# Main Menu choices

## HOME



Left side blue column shows all main menu choices by category. Depending on your security access permissions, you may see all or only certain choices. This examples shows all available choices.

Currently displayed choice is "HOME". This provides a dashboard with 4 areas of display:

Equipment Due (PM tasks by asset)(not Wo's yet)

Inventory Low (at reorder point)

Employee renewals due (if used for tracking)

Work orders that are active (not complete)

Purchase Orders that are active

DEF 000031



CONFIDENTIAL

# Main Menu choices

## EQUIPMENT



The "Equipment" page will display the full list of all entered assets. The columns of info can be customized to display only the info the user needs to see.

Clicking on the Blue ID# will open the details for that specific asset.

 CONFIDENTIAL

DEF 000032

# Main Menu choices

## WORK ORDERS

The "Work Orders" tab is the primary area of use for the CMMS. This will be the individual jobs needing completed. This list can be customized by columns displayed and the order displayed unique to each user's preferences.



Clicking on the Blue WO# will open the details for that specific work order.

Clicking on the "PLUS" sign here will create a new work order.



DEF 000033

# Main Menu choices

**INVENTORY PARTS**



The "Inventory " tab Then displays the "Parts" tab. This will be the list of all parts entered into the CMMs with details, location, quantity on hand. These parts can be listed on a specific work order as needed and the CMMS will update the quantity on-hand to reflect the remaining amount. This will also allow tracking of quantities to a set reorder point so notification is automatically issued.

Click here to create a new part

Clicking on the Blue Part # will open the details for that specific part.

DEF 000034



CONFIDENTIAL

# Main Menu choices

## PURCHASING



The "Purchasing " tab can be used to create, track, receive purchase orders (in place of QAD)

Clicking on the Blue PO # will open the details for that specific Purchase Order.

Click here to create a new Purchase Order



# Main Menu choices

## INVOICING



The "Invoices" tab can be used to create, issue, track invoices for sales. I do not anticipate using this function for GT TLH. It's mainly designed for billing from Work Orders on repairs for that type of business.



# Main Menu choices

## EMPLOYEES



The "Employees" tab can be used to create user Id's for the CMMS and include specific access/permissions by type or group. Can use this to track certifications and renewal notices, contact info for escalation potentials/tech support

Our perpetual license is for unlimited users
(Limble was 16 max)

Clicking on the Blue PO # will open the details for that specific Purchase Order.

Click here to create a new employee/user ID

CONFIDENTIAL



DEF 000037

# Main Menu choices

**VENDORS**



The "Vendors " tab can be used to set up Vendors associated with Purchasing/Parts Inventory This has the full details as needed per vendor and the vendor then shows up in the drop-down list when setting up Parts Inventory data for each part number.

Clicking on the Blue Vendor name will open the details for that specific Vendor.

Click here to create a new Vendor entry



DEF 000038

# Main Menu choices

## CALENDAR



The "Calendar " tab can be used to view PM related tasks that are time-interval-based as determined in the PM schedules under equipment. The calendar will show the date the tasks are scheduled to become due.

Work Orders can be created from the calendar (for PM tasks shown) or from the equipment Due header on the "Home" tab for any work order.



# Main Menu choices

## REPORTS



The "Reports" tab can be used to view CMMS data by category and specific criteria as a report and/or chart

Examples:



DEF 000040



# End of CMMS Overview Presentation

**The following slides will detail the sequential steps required to use the "Work Orders" function of the CMMS**



# WORK ORDER CREATION



**DOCUMENTATION OF ASSET-SPECIFIC ACTIVITIES**

**Examples:**

Preventative Maintenance Tasks
Reactive Maintenance Tasks
Planned Maintenance Tasks
Project Scope Tasks at Asset
Quality Tasks at Asset
Engineering Tasks at Asset



DEF 000042

# WORK ORDER CREATION

**STEP 1**



Go to the Main Menu and

select the "Work Orders" tab

click on the "PLUS" sign

beside "Work Orders" to

open a **NEW** work order.



CONFIDENTIAL

DEF 000043

# WORK ORDER CREATION

**STEP 2**



Select the asset that will be the subject of this work order from the drop-down list/search tool.

(There will only be one asset selected per work order. If there are multiple assets requiring activity, each one will need a work order created separately.)

WO# automatically assigned upon creation

automatically created as <u>OPEN</u> status (active and no activity yet)



CONFIDENTIAL
DEF 000020

# WORK ORDER CREATION

**STEP 3**



Select the priority from the drop down list (High / Normal / Low). The default is always "Normal". Leave it Normal for most circumstances unless it is a very urgent (HIGH Priority) issue like a DOWN asset or safety concern. If it is a non-urgent issue with no expected due date, it can set as a LOW Priority.

Default as today's date (creation date) Expectation is <u>start</u> same day as created so the default is OK.



# WORK ORDER CREATION



**STEP 4**

Select the <u>START date</u> for the work order's activity. Default matches today's date. If the start date is intended to be a scheduled date in the future, use the down arrow to display the calendar and select the desired date. For all other situations, the expectation is the start date is the same as the creation date (default).



# WORK ORDER CREATION

## STEP 5



Select the <u>DUE date</u> for desired completion of the work order's activity. Use the down arrow to display the calendar and select the desired date. For urgent situations, the expectation is the DUE date is the same as the creation date.



# WORK ORDER CREATION

## STEP 6 (Optional)



If the work scope is specific to an individual or vendor, you can assign the work order during the creation phase. The down arrow will open the drop down list for the selected category (employee or vendor). You can assign up to 2 employees during this step. Only applicable for planned work, projects, occasionally PMs, or non-urgent issues.

If the work order is for DOWN equipment or an urgent need, do not assign it to a specific employee. The team responding to open work orders will assign as a best fit for the quickest response to the issue.



# WORK ORDER CREATION



## STEP 7

Select the Type of work order from the drop down list. This will determine the response based on if the asset issue is DOWN, Non-urgent, planned work, project, safety, etc. When all open work orders are viewed as a list, the priority level and type (in combination) will dictate the response requirements. Make sure to scroll down the drop down list to see choices beyond what is initially displayed. Select the single most accurate type for the situation.

**High priority "types" are:**
   **Safety**
   **DOWN**
   **Urgent NOT DOWN**

\* Make sure the selected priority level from Step 2 matches the needed response.



DEF 000049

25

# WORK ORDER CREATION

## STEP 8

With "Maintenance selected (blue line under), Click on "ADD" to document the issue/reason for this work order.

*See the next slide for Step 8 continued*





# WORK ORDER CREATION

**STEP 8**
*CONTINUED*



Select "Repair"

Click on the arrow next to "Task" to open the drop down menu choices.

**TASK**
**Drop Down Menu**

Select the "Task" associated with the group who will need to respond. If unsure, select "maintenance".

DEF 000051

# WORK ORDER CREATION

**STEP 8**
*CONTINUED*

Select "Repair"

Click on the arrow next to "Type" to open the drop down menu choices.

**TYPE**
**Drop Down Menu**

Select the "Type" describing the purpose of the Task. When creating a new work order, select "WO Creation".



DEF 000052

# WORK ORDER CREATION

**STEP 8**
*CONTINUED*



Select "Repair"

Select "Task"

Select "Type"

Select "Notes" (click inside the box to activate cursor).

Add a description of the issue needing resolved. (Reason for the work order).

Provide details that will enable an accurate response.



CONFIDENTIAL

# WORK ORDER CREATION

**STEP 9**



Click on "Save" to make the Task, Type, Notes save as a line item within the work order being created.

CONFIDENTIAL



DEF 000054

# WORK ORDER CREATION



## STEP 10

Final Step to create a new work order.

Review the displayed data for accuracy:

Priority
Dates
Assignee (if applicable)
Type
Unit #

Make a note of the WO#

If everything is accurate, click on "Save" to officially create the work order.

DEF 000055

# WORK ORDER CREATION

## VERIFY WORK ORDER IS IN THE SYSTEM



Look for the WO# that you noted during the final step.

It should now appear on the work order list as an OPEN work order



# End of WORK ORDER CREATION Presentation

**The following slides will detail the
sequential steps required for responding
& adding data to a "Work Order"**



# WORK ORDER RESPONSE & DATA

## CHOICES



The "Work Orders" screen will display a list of work orders based on chosen criteria such as "all outstanding, open, in progress, on hold, assigned, unassigned, closed.

Select the criteria allowing you to see work orders based on your needs (seeing if anything is assigned to you currently, seeing if anything is open, priority and unassigned, etc



CONFIDENTIAL

DEF 000058

# WORK ORDER RESPONSE & DATA

## CHOICES



Once you have displayed the list criteria you want to view, look for the "Type", "Priority", "status", "assigned to". This will reveal whether a work order in in progress or open, if it is a down machine or possibly a PM , what priority level pertains to the work scope, whether anyone has been assigned to perform the work scope.

To select a work order for details, click on the blue WO #



# WORK ORDER RESPONSE & DATA

## CHOICES



Once you have displayed the list criteria you want to view, look for the "Type", "Priority", "status", "assigned to". This will reveal whether a work order in in progress or open, if it is a down machine or possibly a PM , what priority level pertains to the work scope, whether anyone has been assigned to perform the work scope.

To select a work order for details, click on the blue WO #



DEF 000060

# WORK ORDER RESPONSE & DATA

## WO DETAILS



Once you have clicked on the blue WO#, a window will display details for that specific WO.

If you click on the blue pencil (edit), the "WO edit" page will open to the display.

CONFIDENTIAL

DEF 000061

# WORK ORDER RESPONSE & DATA

**WO EDITS**



From the "edit work order" page, you will start by signing into the work order with three entries:

1. Choose your start date/time stamp. Best choice would be "now" to select the immediate real time date/time. If different than now, choose actual date and set time accordingly.

2. Select your name from the list of employees to be assigned to this work order

3. Change the status of the work order to "In Progress"

4. Click on "SAVE" to make the edits active



CONFIDENTIAL

DEF 000062

# WORK ORDER RESPONSE & DATA

**WO EDITS**



You will now see the new data for this work order back on the work orders list page.

In Progress

Assigned to: "Pat Fletcher"

**This is the initial response to an open work order.**

Once you have been assigned, started, and moved to "In-Progress", maintenance staff will need to fill out and attach the JHA FORM pdf before conducting any hands-on work scope.



DEF 000063

# WORK ORDER RESPONSE & DATA

## WORK SCOPE & JHA FORM



You will need the blank form (pdf file) on your laptop for: Job Hazard Analysis

This should be saved to the desktop or an easily accessible folder local to your computer as a blank form PDF.

Review the expected work scope from the notes on the work order.

Determine any safety risks based on the scope of work and how to mitigate them.



CONFIDENTIAL

DEF 000064

# WORK ORDER RESPONSE & DATA

## WORK SCOPE & JHA FORM
### Mandatory 6



Every JHA will require the 6 fields circled in **RED** to be entered:

Work Order #        (ie 2350)
Asset #            (ie  M45)
Date/Time    (ie  0802221430)
Tech ID          (ie  Pfletcher)
LOTO Applied?        (Y  or  N)
Arc Flash Suit?        (Y  or  N)

CONFIDENTIAL



DEF 000065

# WORK ORDER RESPONSE & DATA

## WORK SCOPE & JHA FORM
### Hazards Present Assessment
### STEP 1



Next, pre-determine what hazards are present pertaining to the needed scope of work .

**Step 1**  Click the small square box to the left of the hazard to create a check mark indicating that hazard is present.



CONFIDENTIAL

DEF 000066

# WORK ORDER RESPONSE & DATA

## WORK SCOPE & JHA FORM
### Hazards Present Assessment
### STEP 2



**Step 2**  In the column for "Pre-Level", determine a rating for every checked hazard as either a
1 Low Risk
2 Moderate Risk
3 High Risk
(Only needed for checked hazards)



CONFIDENTIAL

DEF 000067

# WORK ORDER RESPONSE & DATA

## WORK SCOPE & JHA FORM
### Hazards Present Assessment
### STEP 3



| WO # | ASSET # | JHA | DATE/TIME | TECH ID |
|------|---------|-----|-----------|---------|
| | | Job Hazard Analysis | | |
| | | REV 1_070522 | | |

| Hazards Present: | Mitigation Plan: | | Pre & Post Levels 1 - 3 |
|------------------|------------------|---|-------------------------|

**Step 3**  Anything determined to be 2(moderate risk) or 3(high risk) will need a mitigation plan (actions to lower the risk).

Describe (in summary) Detail of risk and how it will be reduced.

Low Risk = 1
Moderate Risk = 2
High Risk = 3

Mitigation Plan required for Pre-levels 2 and 3

Post Levels 2 and 3 Do **NOT** proceed with work scope. Manager review of mitigation plan **REQUIRED**.

Hazards list: CHEMICAL, ELECTRICAL, ERGONOMIC, SLIP/TRIP/FALL, HEAT/COLD, NOISE, RADIATION/LASER, PROJECTILE, VISIBILITY, CUT/ABRASION, PINCH POINT, TRAFFIC, HEAVY/STRAIN, FIRE/SPARK

**ARC FLASH / LOTO**

LOTO Applied?

Arc Flash Suite?

Live work approved by:

| LADDER | Ladder # | Above 4 ft? | LIFT | Lift # | Harness? | HOT WORK | Column # | Fire Watch by: |
|--------|----------|-------------|------|--------|----------|----------|----------|----------------|



# WORK ORDER RESPONSE & DATA

## WORK SCOPE & JHA FORM
### Hazards Present Assessment
### STEP 4

| WO # | ASSET # | **JHA**<br>*Job Hazard Analysis*<br>REV 1_070522 | DATE/TIME | TECH ID |
|---|---|---|---|---|

| Hazards Present: | Mitigation Plan: | POST LEVE | Pre & Post Levels 1 - 3<br>Low Risk = 1<br>Moderate Risk = 2<br>High Risk = 3 |
|---|---|---|---|
| PRE-LEVEL | | | |
| CHEMICA L | | | Mitigation Plan required for Pre- levels 2 and 3 |
| ELECTRICAL | | | |
| ERGONOMIC | | | |
| SLIP/TRIP/FALL | | | |
| HEAT/COLD | | | Post Levels 2 and 3 Do **NOT** proceed with work scope. Manager review of mitigation plan **REQUIRED**. |
| NOISE | | | |
| RADIATION/LASER | | | |
| PROJECTILE | | | |
| VISIBILITY | | | **ARC FLASH / LOTO** |
| CUT/ABRASION | | | LOTO Applied? |
| PINCH POINT | | | |
| TRAFFIC | | | Arc Flash Suite? |
| HEAVY/STRAIN | | | Live work approved by: |
| FIRE/SPARK | | | |

| LADDER | Ladder # | Above 4 ft? | LIFT | Lift # | Harness? | HOT WORK | Column # | Fire Watch by: |
|---|---|---|---|---|---|---|---|---|

**Step 4** Re-assess the risk after mitigation. Document the post-mitigation Level 1,2,or 3.



CONFIDENTIAL

# WORK ORDER RESPONSE & DATA

## WORK SCOPE & JHA FORM
### Hazards Present Assessment
### STEP 5



**Step 5** Other hazards based on work scope. Enter asset number/column location when needed.
Answer Y or N for ladder height and/or Harness
Enter ID for person conducting Fire Watch when performing "Hot Work"

If the work scope requires working with "live" electricity get supervisor approval and enter their ID/Initials here. (The idea here is to confirm skillset adequate to "qualify" the technician for scope of electrical work required.) If you are an Electro-Mech Tech or electrician enter your own ID and proceed.



CONFIDENTIAL

DEF 000070

# WORK ORDER RESPONSE & DATA

## WORK SCOPE & JHA FORM
### Example of completed JHA



| WO # | ASSET # | JHA | DATE/TIME | TECH ID |
|---|---|---|---|---|
| 2321 | M56 | **Job Hazard Analysis** REV 1_070522 | 0802221219 | JFELGER |

| Hazards Present: | | Mitigation Plan: | | Pre & Post Levels 1 - 3 |
|---|---|---|---|---|
| PRE-LEVEL | | | POST LEVE | Low Risk = 1, Moderate Risk = 2, High Risk = 3 |
| | CHEMICA L. | | | |
| 3 ✓ | ELECTRICAL | LOTO applied to work in open EL cabinet | 1 | Mitigation Plan required for Pre-levels 2 and 3 |
| | ERGONOMIC | | | |
| 2 ✓ | SLIP/TRIP/FALL | Slip resistant boots. Mop floor in area with Simple Green | 1 | |
| | HEAT/COLD | | | Post Levels 2 and 3 Do **NOT** proceed with work scope. Manager review of mitigation plan **REQUIRED**. |
| | NOISE | | | |
| | RADIATION/LASER | | | |
| | PROJECTILE | | | |
| | VISIBILITY | | | |
| | CUT/ABRASION | | | **ARC FLASH / LOTO** |
| | PINCH POINT | | | LOTO Applied?   Y |
| 2 ✓ | TRAFFIC | Awareness. Avoid traffic areas and wait until traffic subsides to enter | 1 | Arc Flash Suite?   N |
| | HEAVY/STRAIN | | | Live work approved by: |
| | FIRE/SPARK | | | JFELGER |

| LADDER | Ladder # FA3 | Above 4 ft? N | LIFT | Lift # FT5 | Harness? Y | HOT WORK | Column # A-5 | Fire Watch by: DHARRIS |
|---|---|---|---|---|---|---|---|---|

In this example, mitigation actions are summarized for 2 and 3 pre-level hazards.

Post assessment confirms reduced risk to level 1.

Ladder use is identified and OSHA 4ft rule has been observed.

A lift is involved and use of a harness is confirmed.

Hot work at column A-5 area is needed and Daryl will be on fire watch.

LOTO being applied. Any live work scope has been approved (in this example, Tech is electro-mech and able to self-approve)

DEF 000071


GT technologies   /CONFIDENTIAL

# WORK ORDER RESPONSE & DATA



## SAVE & ATTACH JHA
### PERFORM "SAVE AS"

Once the JHA has been filled in entirely, you are ready to do "save as" to create a NEW pdf file unique to this WO#.

Choose "Save As"

Name the file with the six-digit date, 4-digit time (24hrs), followed by the work order # (example shown would be "0810221425 2321.pdf")

Choose a known folder location on your local computer.

SAVE



CONFIDENTIAL

DEF 000072

# WORK ORDER RESPONSE & DATA

**SAVE & ATTACH JHA**
**ATTACH TO WO**



Once your completed JHA is saved to your computer, you can attach it to the WO.

From the "edit work order" screen:

Select "attachments"

Select "Add attachments"

DEF 000073

49

# WORK ORDER RESPONSE & DATA

**SAVE & ATTACH JHA**
**ATTACH TO WO**



A window for "attach document" will open.

Select the folder where you saved the JHA

A window "Select document to attach" will open.

Select the file you saved for this work order #.

Click on "Open" to attach.



CONFIDENTIAL

DEF 000074

50

# WORK ORDER RESPONSE & DATA

**SAVE & ATTACH JHA**
**ATTACH TO WO**



Now you will see the "attach document" window.

Verify the file name matches the wo# you are editing.

Click "Save"



DEF 000075

# WORK ORDER RESPONSE & DATA

**SAVE & ATTACH JHA**
**ATTACH TO WO**



Now you will see the "attachments" showing an item.

Click "Save" to update the work order.



DEF 000076

# WORK ORDER RESPONSE & DATA



## BEGIN WORK SCOPE

You have created a work order

Assigned the work order

Changed status to "In Progress"

Entered the start time/Date

Completed & attached a JHA form

Now you are ready to perform the associated work scope/tasks of the work order.




CONFIDENTIAL

DEF 000077

# WORK ORDER RESPONSE & DATA

## ADDING LABOR & NOTES



Now you have conducted work scope on the asset for the assigned work order. When you are finished (by session or entirely) or need to change status, you will enter your labor hours (in 15 minute increments) and enter notes relating to work performed on the associated task line of the work order (usually only 1 task shown as "WO creation").

Click on the "Labor" category

Click on "add Labor"



# WORK ORDER RESPONSE & DATA

## ADDING LABOR & NOTES



The "add labor" window is now displayed.

With "employee" selected, you will see a drop down list of all eligible choices

Select the technician who performed the labor

Next, "work performed" will describe what was actually done during this labor.

Then "hours" will be used to document the time spent for this portion of the labor (in 15-minute increments).

Click "save" when the above fields have been filled.     DEF 000079

# WORK ORDER RESPONSE & DATA

## ADDING LABOR & NOTES



Adding labor covered so far refers to the assigned technician.

Anyone else also providing labor to the work order scope can use the "add labor" to document their time and work performed to the same work order.



CONFIDENTIAL

DEF 000080

# WORK ORDER RESPONSE & DATA

**ADDING PARTS**



Click on the "parts" category under the associated work order maintenance task.

Click on "add part"

This will display the "add part" window.



# WORK ORDER RESPONSE & DATA

## ADDING PARTS

**Add Part Used**

Part Number:

Name:

Description:

Vendor:

Cost Center:

Quantity Used: 1   (NON-STOCK PART)

Unit Cost: $0.00

Extended Cost: $0.00   Replaced under warranty

From the "add part" window, click on the drop down arrow next to "part number".

This will open the window for the parts list in order to search for the part needed.

This window will list all parts by the search criteria and locations chosen.

Click on the part # on the list that you want to select.

| Part Number: | | | | | | | | 08/03/2022 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | All Locations | | | | | | 08/03/2022 |

| Part # | Name | Warehouse | Qty | Unit Cost | Markup | Aisle | Bin | Row | Cost C |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1111 | | 2D | 1 | $0.00 | 0 | | | | |
| 2A | 2F | 2D | 0 | $0.00 | 0 | | | | |
| 86507-B | Test Part 1 | MRO Crib | 0 | $0.00 | 0 | | | | |
| Test Part 2 | | MRO Crib | 0 | $0.00 | 0 | | | | |

Save   Save +   Cancel



DEF 000082

# WORK ORDER RESPONSE & DATA

**ADDING PARTS**



Now it goes back to the "add part" window with the part data populated for the selected part.

Update the quantity to the desired quantity to be used. If the quantity needed exceeds the quantity on hand, you will see a message.

Click on "save" to add to the work order.



DEF 000083

# WORK ORDER RESPONSE & DATA

## ADDING PARTS



Now it goes back to the "edit work order" screen.

You will see your part # and quantity here as a parts entry. To add additional parts, click on "add part" to repeat the process as needed.

Once all parts have been added, click on "save" to update the work order changes.



DEF 000084

# WORK ORDER RESPONSE & DATA

## ADDING SECONDARIES



It may become necessary to involve other services in addition to 'Maintenance' as additional scope beyond the "WO creation" task entry. This will be referred to as a "secondary" response. To add an additional task entry:

Select the "maintenance" category

Click on "add" to open the "add task"window.



# WORK ORDER RESPONSE & DATA

## ADDING SECONDARIES



It may become necessary to involve other services in addition to 'Maintenance' as additional scope beyond the "WO creation" task entry. This will be referred to as a "secondary" response.  To add an additional task entry:

Select the "maintenance" category

Click on "add" to open the "add task"window.



# WORK ORDER RESPONSE & DATA



## ADDING SECONDARIES

You will see the "new maintenance service" window for adding a new task to the work order.

Click on the "repair" button

Click on the drop down arrow for "Task".

You will see the list of remaining choices (notice the existing task choices already on the work order are no longer available).

Select the Task type that best matches the secondary need for response.



CONFIDENTIAL

# WORK ORDER RESPONSE & DATA

## ADDING SECONDARIES



Now click on the drop down arrow for "Type" and choose secondary request.

Add "notes" describing the issue needing to be addressed.

Click "Save" to update the work order.

**Contact the appropriate manager/supervisor/etc** to solicit the response. Tell them the work order #, asset #, brief description of the line item task needing a response, and urgency of the response (down, safety, high priority, etc).



# WORK ORDER RESPONSE & DATA

## ADDING SECONDARIES



Now you will see the additional line entry on the work order.

The responding party will add their labor and notes of work performed.

The work order remains "in progress" until all task lines are complete or until there is a need to change to "on hold".



# WORK ORDER RESPONSE & DATA

## 5Y DOCUMENTATION

| 5Y ROOT CAUSE ANALYSIS | | | | | |
|---|---|---|---|---|---|
| **WO #** | | **ASSET #** | | **TECH ID** | |
| | | | | | |
| **PROBLEM** | | | | | |
| | | | | | |
| **1 - WHY?** | | | | | |
| **2 - WHY?** | | | | | |
| **3 - WHY?** | | | | | |
| **4 - WHY?** | | | | | |
| **5 - WHY?** | | | | | |
| | | | | | |
| **ROOT CAUSE** | | | | | |

The icing on the cake.

When work scope is completed, now the problem that was resolved can be analyzed for root cause.

Like the JHA, you will have a PDF blank form as a file in a known location on your local computer named, "5Y Blank Form". You will complete this form, save as"5Y-WO#" to a known folder on your local computer, then attach it to the work order. A detailed break down of the steps will be in the following slides.



# WORK ORDER RESPONSE & DATA

**5Y DOCUMENTATION**

Enter the "Work Order #"

Enter the "Asset #"

Enter your "Tech ID"



## 5Y ROOT CAUSE ANALYSIS

| WO # | | ASSET # | | TECH ID | |
|------|--|---------|--|---------|--|
| **PROBLEM** | Fuse FU521 was blown | | | | |
| 1 - WHY? | Excessive current on pump motor | | | | |
| 2 - WHY? | Pump locked up | | | | |
| 3 - WHY? | Shaft bearing failed | | | | |
| 4 - WHY? | Excessive heat from load on bearing | | | | |
| 5 - WHY? | Pump-to-motor alignment out of spec | | | | |
| **ROOT CAUSE** | Misaligned Motor/Pump assembly | | | | |

The "problem" will be a brief description of the reason for your work scope.  (ie Fuse FU521 was blown)

Now starting with 1-why? You are asked, "Fuse FU521 was blown. Why?" (your answer to this question is written next to "1-why?")

Provide the answer logically (ie "Excessive current on pump motor" Now "2-why?" asks about this response. (See the example shown on the left). This continues up to 5 times but can be less to reach root cause in any given scenario.



# WORK ORDER RESPONSE & DATA

## 5Y DOCUMENTATION

### 5Y ROOT CAUSE ANALYSIS

| WO # | 56565 | ASSET # | M89 | TECH ID | JFELGER |
|------|-------|---------|-----|---------|---------|

| PROBLEM | Uncontrolled motion on Z axis |
|---------|-------------------------------|

| 1 - WHY? | excessive backlash on Z travel |
|----------|-------------------------------|
| 2 - WHY? | thrust bearings have excessive play |
| 3 - WHY? | damaged from crash |
| 4 - WHY? | tooling offsets were wrong |
| 5 - WHY? | operator error |

| ROOT CAUSE | Operator error regarding tooling offsets |
|------------|------------------------------------------|

Example of a typical 5Y completed form



CONFIDENTIAL

# WORK ORDER RESPONSE & DATA

## 5Y DOCUMENTATION



Once the form is completed, "save as" with the following name format:

5Y56565 (5Y followed by the work order number)

Save it to a known folder on your local computer and attach it to the work order just like the JHA at the beginning on the work order.

Add attachment
Select file
Save to work order
Save work order



# WORK ORDER RESPONSE & DATA

## FAULT TYPE

| | | Fault Detail_OPS | | Fault Detail_ELEC | | Fault Detail_MECH | | Fault Detail_MATERIAL |
|---|---|---|---|---|---|---|---|---|
| 1 | Training | 21 | SW Adjust | 41 | Pump | 61 | Part Finish |
| 2 | Misadjusted | 22 | SW Fail | 42 | Actuator | 62 | Contamination |
| 3 | Error | 23 | Relay Fail | 43 | Bearing | 63 | Corrosion |
| 4 | Non-Performance | 24 | Wiring Fail | 44 | Tubing/Hose/Pipe | 64 | Out of Spec |
| 5 | | 25 | Wiring Damage | 45 | Pneumatic | 65 | Mislabeled |
| 6 | | 26 | Power Supply | 46 | Hydraulic | 66 | Wrong Type |
| 7 | | 27 | PLC Hardware | 47 | Valve | 67 | Damaged |
| 8 | | 28 | PLC Program | 48 | Gear | 68 | |
| 9 | | 29 | VFD | 49 | Belt | 69 | |
| 10 | | 30 | Sensor Adjust | 50 | Chain | 70 | |
| 11 | | 31 | Sensor Fail | 51 | Pulley/Sprocket | 71 | |
| 12 | | 32 | Fuse Blow | 52 | Shaft | 72 | |
| 13 | | 33 | Breaker Trip | 53 | Pin | 73 | |
| 14 | | 34 | Solenoid Coil | 54 | Gripper | 74 | |
| 15 | | 35 | Thermal Fail | 55 | Track | 75 | |
| 16 | | 36 | Motor | 56 | Bowl | 76 | |
| 17 | | 37 | | 57 | Conveyor | 77 | |
| 18 | | 38 | | 58 | Vibratory Coil | 78 | |
| 19 | | 39 | | 59 | | 79 | |
| 20 | Other | 40 | Other | 60 | Other | 80 | Other |

| | Fault Detail_ROBOT | | Fault Detail_CAMERA | | Fault Detail_xxxxxx | | |
|---|---|---|---|---|---|---|---|
| 81 | Alarm | 101 | Alarm | 121 | | |
| 82 | Position | 102 | Adjust | 122 | | |
| 83 | Crash | 103 | Program | 123 | | |
| 84 | EOAT (End Of Arm Tooling) | 104 | Damaged | 124 | | |
| 85 | Mechanical | 105 | Lighting | 125 | | |
| 86 | Electrical | 106 | Optics | 126 | | |
| 87 | Pneumatic | 107 | Cable | 127 | | |
| 88 | Program | 108 | Communication | 128 | | |
| 89 | | 109 | | 129 | | |
| 90 | | 110 | | 130 | | |
| 91 | | 111 | | 131 | | |
| 92 | | 112 | | 132 | | |
| 93 | | 113 | | 133 | | |
| 94 | | 114 | | 134 | | |
| 95 | | 115 | | 135 | | |
| 96 | | 116 | | 136 | | |
| 97 | | 117 | | 137 | | |
| 98 | | 118 | | 138 | | |
| 99 | | 119 | | 139 | | |
| 100 | Other | 120 | Other | 140 | Other | | |

Once you have completed the 5Y to identify root cause, select an accurate fault type to update this field of the work order based on the root cause.

The list of code choices is supplied as a GT document pictured here.

Category of fault type

Description of fault

Code of fault (fault type)



CONFIDENTIAL

DEF 000094

70

# WORK ORDER RESPONSE & DATA

**FAULT TYPE**

| | Fault Detail_OPS | | Fault Detail_ELEC | | Fault Detail_MECH | | Fault Detail_MATERIAL |
|---|---|---|---|---|---|---|---|
| 1 | Training | 21 | SW Adjust | 41 | Pump | 61 | Part Finish |
| 2 | Misadjusted | 22 | SW Fail | 42 | Actuator | 62 | Contamination |
| 3 | Error | 23 | Relay Fail | 43 | Bearing | 63 | Corrosion |
| 4 | Non-Performance | 24 | Wiring Fail | 44 | Tubing/Hose/Pipe | 64 | Out of Spec |
| 5 | | 25 | Wiring Damage | 45 | Pneumatic | 65 | Mislabeled |
| 6 | | 26 | Power Supply | 46 | Hydraulic | 66 | Wrong Type |
| 7 | | 27 | PLC Hardware | 47 | Valve | 67 | Damaged |
| 8 | | 28 | PLC Program | 48 | Gear | 68 | |
| 9 | | 29 | VFD | 49 | Belt | 69 | |
| 10 | | 30 | Sensor Adjust | 50 | Chain | 70 | |
| 11 | | 31 | Sensor Fail | 51 | Pulley/Sprocket | 71 | |
| 12 | | 32 | Fuse Blow | 52 | Shaft | 72 | |
| 13 | | 33 | Breaker Trip | 53 | Pin | 73 | |
| 14 | | 34 | Solenoid Coil | 54 | Gripper | 74 | |
| 15 | | 35 | Thermal Fail | 55 | Track | 75 | |
| 16 | | 36 | Motor | 56 | Bowl | 76 | |
| 17 | | 37 | | 57 | Conveyor | 77 | |
| 18 | | 38 | | 58 | Vibratory Coil | 78 | |
| 19 | | 39 | | 59 | | 79 | |
| 20 | Other | 40 | Other | 60 | Other | 80 | Other |
| | Fault Detail_ROBOT | | Fault Detail_CAMERA | | Fault Detail_xxxxxx | | |
| 81 | Alarm | 101 | Alarm | 121 | | 300 | No Categorical Fit for Fault Type |
| 82 | Position | 102 | Adjust | 122 | | | |
| 83 | Crash | 103 | Program | 123 | | | |
| 84 | EOAT (End Of Arm Tooling) | 104 | Damaged | 124 | | | |
| 85 | Mechanical | 105 | Lighting | 125 | | | |
| 86 | Electrical | 106 | Optics | 126 | | | |
| 87 | Pneumatic | 107 | Cable | 127 | | | |
| 88 | Program | 108 | Communication | 128 | | | |
| 89 | | 109 | | 129 | | | |
| 90 | | 110 | | 130 | | | |
| 91 | | 111 | | 131 | | | |
| 92 | | 112 | | 132 | | | |
| 93 | | 113 | | 133 | | | |
| 94 | | 114 | | 134 | | | |
| 95 | | 115 | | 135 | | | |
| 96 | | 116 | | 136 | | | |
| 97 | | 117 | | 137 | | | |
| 98 | | 118 | | 138 | | | |
| 99 | | 119 | | 139 | | | |
| 100 | Other | 120 | Other | 140 | Other | | |

Open codes are present for additional fault list updates when determined.

Code 300 is reserved for "no applicable fault type" on the list.

This will prompt a review from management to update the fault type list accordingly based on the 5Y root cause of a work order having a 300 fault type.

Future faults of this type will then have a listed designation for work order documentation.



# WORK ORDER RESPONSE & DATA

**FAULT TYPE**



The selected fault type from the list will be entered in the field, "fault type".

Once fault type is entered, click "save" to update work order.

At this point the work order should be fully completed and ready to change status to "complete".



# WORK ORDER RESPONSE & DATA

**COMPLETE STATUS**



At this point, the work order can be changed to "complete" status.

Click on the "complete" status button.

The calendar/time stamp window will open.



# WORK ORDER RESPONSE & DATA

**COMPLETE STATUS**



The date and time will default to this exact moment in real time.

Click "ok" to complete the work order.

Click on "Save" to update the work order

GT technologies     CONFIDENTIAL

DEF 000098

# WORK ORDER RESPONSE & DATA

## COMPLETE STATUS

Once updated, the work order will no longer appear on the list of "outstanding" work orders. It will now be in the list of "closed" work orders.





# WORK ORDER RESPONSE & DATA

## ON HOLD STATUS

In certain circumstances, it may be necessary to change an active work order's status from "in progress" to "on hold".

Work order is not complete and in-progress no longer applies. Could be waiting for parts, waiting for tech support from another group or vendor, waiting for asset availability, tech possibly "pulled" to a different task/work order due to priority changes, etc.

Click on the "on Hold" button

Add a Note describing why work order is on-hold. Click "ok"

Click on "save" to update the work order.





DEF 000100

# WORK ORDER RESPONSE & DATA

## ON HOLD STATUS

You will now see the work order shown on the "all outstanding" list as on-hold.

When the work scope is continued, you will open the work order to "edit" screen and change back to "in-progress" status.

The new labor time will be a new entry add-on rather than editing a previous labor add.



CONFIDENTIAL

DEF 000101

# WORK ORDER RESPONSE & DATA

## ON HOLD STATUS



When the work scope is continued, you will open the work order to "edit" screen and change back to "in-progress" status.

Continue with actual work scope

The new labor time will be a new entry add-on rather than editing a previous labor add:

Add labor

Enter details of new labor

Click "save" to add the new entry to the work order.

Click "save" to update work order.



DEF 000102

# WORK ORDER PROCESS SEQUENCE

## SUMMARY



**CREATION** – Problem occures, work order is issued.

**INITIAL RESPONSE** – Tech who starts the work order taking it from open status to in-progress status.

**SECONDARY / ASSIST (optional)** – Additional techs assisting or responding to add-on secondary tasks after the initial start and original assigned tech has already moved the work order into "in-progress" status.

**ON-HOLD (optional)** – Tech returning or starting on a work order that was placed as "on-hold" status previously.

## GOALS

Attention to safe work practices
Continuity to completion on all open work orders.
Accuracy and completeness of data.
Rapid response time from creation to start date/time
Lowest possible down time for asset
Root cause analysis mindset
Pathway to world-class maintenance delivery



DEF 000103

79

# WORK ORDER PROCESS

## CI IDEA



New WO creation

Change status from "open" to "CI"

Always "Normal"

Creation Date/Time stamp

Never a "Due Date"

Creator/Owner of the CI Idea

Type is "CI Idea"

Fill in the top portion of the DMAIC form and attach as shown below

Save

Only need the circled fields to create the CI Idea. If implemented, the rest of the fields will be populated at that time.

* Stays in "CI" status until approved or discarded by management.
* Approved gets added note from approver and changed to "in progress". Enter "approved" in CI Status field, Moved forward by owner.
* Discarded gets added note from manager detailing discard, Enter "Discarded" into CI Status field, and changed to complete.



DEF 000104

# QUESTIONS?





# REPORTS, LISTS, DATA

## MANAGER TRAINING



From the main menu screen, you can see the choice for "reports".

This will provide a menu of different reporting criteria.

 CONFIDENTIAL

# REPORTS, LISTS, DATA

## MANAGER TRAINING



The menu will show a list of common reports and a choice to view all reporting choices



CONFIDENTIAL

# REPORTS, LISTS, DATA

## MANAGER TRAINING



View all reports will bring up the report viewer window and a list of reporting choices.

Further criteria can be narrowed for the categories above the report display followed by "refresh" to apply the selections.



# REPORTS, LISTS, DATA

## MANAGER TRAINING



Once you have the report criteria selected and displayed, you can print to a PDF to store on a USB thumb-drive for use away from the CMMS/Industrial Network system.

