

## GT TECHNOLOGIES, INC.
## CODE OF BUSINESS CONDUCT AND ETHICS

I acknowledge that I have read, understand, and will comply with this Code of Business Conduct and Ethics. I know of no violations of applicable laws, rules, regulations or the Code of Business Conduct and Ethics that have not already been reported to the Company. I understand that the Company will not allow retaliation for reports made in good faith of such violations.

_____Quennel Jackson_____          _12/04/2017_
Employee Signature                              Date


_____Quennel Jackson_____
Employee Name *(Please Print)*


Please sign this page and return it to your Human Resources representative.

GTTech-CodeBusinessConductEthics-2013.doc



DEFENDANT'S EXHIBIT 8

DEF 000110