

# CODE OF BUSINESS CONDUCT AND ETHICS

May 2019



DEFENDANT'S
EXHIBIT

**9**

CONFIDENTIAL

DEF 000111

**GT TECHNOLOGIES, INC.**
**CODE OF BUSINESS CONDUCT AND ETHICS**

TABLE OF CONTENTS

**A LETTER FROM THE PRESIDENT AND CEO** ....................................................................1

**INTRODUCTION** ....................................................................................................................2

**PURPOSE OF THE CODE** ......................................................................................................3

**IMPLEMENTATION OF THE CODE** ....................................................................................3
    Compliance with the Code .....................................................................................................3
    The Code is not a Contract of Employment ...........................................................................3
    Applicability of Code ............................................................................................................3
    Other Policies ........................................................................................................................4
    The Code of Business Conduct and Ethics Hotline ...............................................................4

**I.**     **COMPLIANCE WITH LAWS, RULES, REGULATIONS AND RELATED**
      **COMPANY POLICIES** ................................................................................................5
      I.1     False Statements; Schemes to Defraud and Theft ........................................5
      I.2     Improper Payments and Gifts; Loans .........................................................5
      I.3     Recording of Financial and Other Transactions ...........................................7
      I.4     Disclosure Controls and Procedures ...........................................................7
      I.5     Preservation of Records .............................................................................8
      I.6     Securities and Insider Trading: Shareholder Information ............................8
      I.7     Government Contracting ............................................................................9
      I.8     International Business ................................................................................10
            I.8.a     Export Controls ...............................................................10
            I.8.b     Import and Customs Laws ................................................10
            I.8.c     U.S. Embargoes ...............................................................10
            I.8.d     The Foreign Corrupt Practices Act ..................................11
            I.8.e     Antiboycott Laws ............................................................12

**II.**     **COMPANY PROPERTY** ..............................................................................................12
      II.1     Use of Company Assets ............................................................................12
      II.2     Use of Company Information .....................................................................13

**III.**     **WORK ENVIRONMENT AND PERSONAL CONDUCT** .........................................14
      III.1     Equal Opportunity ....................................................................................14
      III.2     No Harassment Policy ..............................................................................14
            III.2.a     Definition of Harassment ................................................14
            III.2.b     Reporting a Complaint ....................................................15
            III.2.c     Violations .......................................................................16
      III.3     Environment, Safety and Health ................................................................16
      III.4     Illegal Drugs or other Mind-Altering Substances .......................................17
      III.5     Use of Alcohol .........................................................................................18
      III.6     Security and Compliance Assistance ..........................................................18
      III.7     Personal Belongings .................................................................................18
      III.8     Call Monitoring .......................................................................................18
      III.9     Wiretapping, Recording and Eavesdropping .............................................19
      III.10     Product Quality .......................................................................................19

CONFIDENTIAL

**GT TECHNOLOGIES, INC.**
**CODE OF BUSINESS CONDUCT AND ETHICS**

TABLE OF CONTENTS

**IV.    GENERAL PERSONAL CONDUCT AND INTERFACE WITH CUSTOMERS AND SUPPLIERS ................................................................19**
IV.1    Conflicts of Interest ................................................................19
IV.2    Corporate Opportunities ..........................................................20
IV.3    Family Members ......................................................................20
IV.4    Competitive Intelligence .........................................................21
IV.5    Fair Dealing ............................................................................21
IV.6    Competition; Antitrust ............................................................21
     IV.6.a    Price Fixing and Exchange of Competitive Information ............21
     IV.6.b    Price Discrimination ................................................................22
     IV.6.c    Resale Price Maintenance ........................................................22
     IV.6.d    Group Boycotts ........................................................................22
     IV.6.e    Allocation of Customers, Territories, Products or Services ........22
     IV.6.f    Product Tying; Reciprocity ......................................................22
     IV.6.g    Competition Laws of non-U.S. Countries ................................22
IV.7    Authority to Act ......................................................................23
IV.8    Hiring Employees of Competitors; Contracting with Former Employees ....23
IV.9    Political Activities ..................................................................23
IV.10    Company Time ........................................................................24
IV.11    Related Company Policies ......................................................24
IV.12    Outside Employment/Solicitation ..........................................24

**V.    PUTTING THE CODE TO WORK ..................................................24**
V.I    Reporting of Violations ............................................................24
V.2    Reporting Complaints and Concerns Regarding Accounting, Internal Accounting Controls and Auditing Matters ..........................25
V.3    Investigation of Potential Violations ........................................25
V.4    Discipline for Violations ..........................................................25
V.5    Questions Regarding the Code ..................................................26

CONFIDENTIAL

## GT TECHNOLOGIES, INC.
## CODE OF BUSINESS CONDUCT AND ETHICS

*Letter from the President and CEO*                                                          *May, 2019*

*Dear Colleagues:*

*This booklet constitutes the Code of Business Conduct and Ethics of GT Technologies, Inc. and its worldwide divisions and subsidiaries. The Code has been approved by the Board of Directors of GT Technologies and is a reaffirmation of the Company's long-standing commitment to ethical conduct and full compliance with all laws, regulations, and policies applicable to the Company and its business.*

*As our business continues to grow, it is essential that we maintain the high standards of legal and ethical dealings that have been such an integral part of our past success. To clarify what is expected of us in terms of ethical dealings with each other, our customers, suppliers, and competitors, as well as the protection of the environment, and to confirm the requirements applicable to our company, we have revised and readopted the Code and redistributed it to our people.*

*The Company's good name is the cumulative product of the conduct of the people who are employed by, or engaged to perform services for, the Company. Its preservation is fundamental to the continued well being of our business. Each GT Technologies employee, including each director and officer, as a custodian of the Company's good name, has a personal responsibility to make sure that his or her conduct protects and promotes it.*

*The Code cannot and is not intended to provide definitive answers to all questions that might arise; for that we must ultimately rely on each person's good judgment, including a sense of when it is proper to seek guidance from others on the appropriate course of conduct. Also, the Code is for the sole benefit of the Company and does not constitute a basis for claims by third parties. The poor examples of leadership experienced by the business community in the recent past make this code even more important for GT Technologies.*

*GT Technologies is committed to providing the best products and services for our customers and consistently emphasizing innovation, operational excellence, and the highest standards of performance. Adherence to the policies set forth in the Code will help us achieve these goals. I encourage you to read this Code carefully.  All employees will be expected to sign the form at the end of the Code acknowledging the commitment by each of us to comply with this Code and to conduct GT Technologies' business according to the standards expected by all of our constituents.*

Daniel J. Brinker
*President*

CONFIDENTIAL

# INTRODUCTION

This booklet provides general guidance for resolving a wide variety of legal and ethical questions and is organized into five sections:

**Compliance with Laws and Related Policies,** including matters relating to business records, securities laws, exports and customs

**Company Property,** including matters relating to protection of Company assets and information

**Work Environment and Personal Conduct,** including matters relating to the environment, personal conduct and treatment of others

**General Personal Conduct and Interface with Customers and Suppliers,** including matters relating to competitive activities, conflicts of interest and loyalty

**Putting the Code to Work,** including matters relating to reporting violations of the Code, investigations of suspected misconduct and discipline for violations.

If you have any questions about interpreting or applying these guidelines, or about guidelines and procedures published within your group, division, subsidiary or specific function, you are responsible for consulting your supervisor or the GT Technologies Chief Administrative & Compliance Officer or for calling or reporting via the internet. The toll-free GT Technologies Code of Business Conduct and Ethics Hotline is 1-888-245-9049 and the internet web address is www.reportlineweb.com/GTT. The Company operates in many countries and many cultures. You should abide by the laws, regulations and generally accepted business practices of the country where you are located. If there is a conflict between local laws and a policy set forth in this Code, you should consult with the GT Technologies Chief Administrative & Compliance Officer before taking any action.

CONFIDENTIAL

## PURPOSE OF THE CODE

The purpose of the GT Technologies, Inc. Code of Business Conduct and Ethics (the "Code") is to provide a statement of the fundamental principles and policies of GT Technologies, Inc. and its subsidiaries (collectively referred to herein as the "Company") for conducting its business in a legally and ethically appropriate manner. The Code does not and is not intended to cover every situation in which an operating or ethical issue may be raised. In such circumstances, if an issue is not clearly discussed in the Code, it is your responsibility to raise the matter with your supervisor or the Chief Administrative & Compliance Officer or to report a suspected violation telephonically or via the internet. The GT Technologies Code of Business Conduct and Ethics Hotline at 1-888-245-9049 and the web address to report via the internet is www.reportlineweb.com/GTT.

## IMPLEMENTATION OF THE CODE

*Compliance with the Code*

It is the responsibility of every person to comply with all applicable laws, rules and regulations and all provisions of the Code and the Company's related policies and procedures, except to the extent that any of the aforementioned are inconsistent with an applicable collective bargaining agreement. It is expected that each person will be committed to full compliance with the letter and the spirit of the Code. It is the responsibility of all Company supervisory personnel to monitor the compliance of their subordinates. Where employees believe a conflict in their responsibilities under the Code may exist, or the Code may be misapplied in a specific context, they are obliged to seek guidance from their supervisor or the Chief Administrative & Compliance Officer or to call the GT Technologies Code of Business Conduct and Ethics Hotline at 1-888-245-9049 or via the internet at www.reportlineweb.com/GTT.

Waivers or exceptions to our Code of Business Conduct and Ethics will be granted only under exceptional circumstances. A waiver of this Code for any officer or director may be made only by the Company's Board of Directors or a committee of the Board and must be promptly disclosed as required by applicable law or regulation.

*The Code is not a Contract of Employment*

The Code is a statement of policies for individual and business conduct and does not in any way constitute an employment contract or an assurance of continued employment. It is for the sole and exclusive benefit of the Company. It is not intended to and does not create any rights in any employee, client, supplier, competitor, shareholder or any other person or entity and may not be used or relied upon by any other party. The Company may, at its sole discretion, amend or modify the Code at any time with or without notice.

*Applicability of the Code*

The Code applies to all persons and employees, including directors, officers, and temporary workers of the Company and its subsidiaries. For ease of reference, as used herein, the term "person" shall include the foregoing unless the context indicates otherwise.

CONFIDENTIAL

*Other Policies*

From time to time the Company may issue policies intended to supplement, augment or clarify provisions of the Code. These supplemental policies may be issued, revoked, modified and amended at any time, in the Company's discretion.

*The Code of Business Conduct and Ethics Hotline*

The Company has an independent 24-hour, toll-free GT Technologies Code of Business Conduct and Ethics Hotline, 1-888-245-9049 or via the internet at www.reportlineweb.com/GTT, which you can use to report violations of the Code or the Company's policies or to seek guidance on those policies. You may report suspected violations to or ask questions of the Hotline anonymously; however, providing your name may expedite the time it takes the Company to respond to your call, and it also allows the Company to contact you if necessary during any investigation. Either way, you should treat the information that you provide as confidential. To the extent possible, the Company will maintain the confidentiality of those individuals who provide their names when reporting concerns or complaints to the reporting service; however, identities may be revealed during an investigation.

CONFIDENTIAL

## I.    COMPLIANCE WITH LAWS, RULES, REGULATIONS AND RELATED COMPANY POLICIES

General

The activities of the Company and all persons must always be in full compliance with applicable laws, rules and regulations and with the Code and the Company's related policies and procedures. All persons must comply with all applicable laws and must avoid any situation that could result in the appearance of wrongdoing or impropriety. All persons are expected to maintain high standards of business and personal ethics and honesty while acting in any capacity associated with the Company, consistent with the professional image of the Company. When there is a doubt as to whether a proposed activity complies with the Code, advice should be sought from your supervisor or the Chief Administrative & Compliance Officer before the activity is undertaken. In addition, you may always call the toll-free GT Technologies Code of Business Conduct and Ethics Hotline at 1-888-245-9049.

### I.1.    *False Statements; Schemes to Defraud and Theft*

It is a violation of law and Company policy for persons to make or cause to be made a false statement, orally or in writing, to a government official. It is similarly a violation of Company policy and the law to conceal or cause to be concealed a material fact called for in a government report, application or other filing. This policy extends to all communications with any federal, state, local or foreign government agency, no matter how routine they may seem. Generally speaking, statements, reports, applications or other filings should not be made to any governmental official or department unless approved or advised by the Chief Administrative & Compliance Officer.

A person can violate this policy even if the person does not personally make the false statement or conceal a fact called for in the report. For example, persons are prohibited from providing false information to any other person or third party knowing that, or under circumstances making it likely that, this information will later be used in providing information to a government agency.

It is also a violation of Company policy to make false or misleading statements or conceal facts in any Company records, including production and quality reports, financial records, environmental records, employment or employee benefit applications, leave or disability records or applications, statements made in connection with investigations and required employee reports.

Persons may not engage in any scheme to defraud the Company or a customer, supplier or other person with whom the Company does business of money, property or services or to wrongfully withhold or misappropriate the property of others. Any theft, embezzlement or misappropriation of Company assets, including misuse or abuse of Company leave policies, must be reported immediately to the Chief Administrative & Compliance Officer.  Subject to applicable law and, violation of this policy, or failure to report known or suspected violations, may result in disciplinary action, up to and including immediate termination.

### I.2.    *Improper Payments and Gifts; Loans*

Making or receiving payments in the form of bribes, kickbacks or payoffs to or from government officials, customers, suppliers or others with whom the Company does business is strictly prohibited. Any such payments are improper, whether made or received directly or indirectly. In addition, any arrangements which aid or abet another party in making or receiving such a payment are improper. Improper payments need not be in the form of money. They may include non-monetary gifts or the provision of services.

CONFIDENTIAL

Except as set forth below, Company employees, directors and officers, and members of their families[1], may not accept payments of money or anything of value from any government officials, prospective or current customers or suppliers, or others with whom the Company does business or has done business. Restricted payments include, but are not limited to, the following:

Compensation in any form (cash, kind, credit, etc.).

Indirect compensation in any form (cash, kind, credit, etc.) including, but not limited to:

– Donations to a third party on behalf of the employee;
– Employment or promise of employment.

Travel, transportation and lodging.

Extraordinary entertainment unless approved in advance by the President/CEO.

Significant gifts of any kind, nature or description, including discounts, coupons and other offers not available to the public in general.

Annual holiday gifts (other than cash) having a reasonably estimated fair-market value of $100.00 or less to or from non-governmental employees are acceptable, provided they are consistent with customary industry practices and applicable law, could not reasonably be construed as a bribe or payoff, and are reasonable in frequency. Notice of receipt of such gifts must be submitted to the Chief Administrative & Compliance Officer. All other gifts must be returned with an explanation of the Company's policy.

You must never request or ask for gifts, entertainment or any other business courtesies from people doing business with the Company. Unsolicited gifts and business courtesies, including meals and entertainment, are permissible if they are customary and commonly accepted business courtesies; are not excessive in value; do not involve a government official; and are given and accepted without an express or implied understanding that you are in any way obligated by your acceptance of the gift. Gifts that are extravagant in value or unusual in nature should be returned with an explanation of Company policy or be turned over to the Company. Gifts of cash or cash equivalents (including gift certificates, securities, below-market loans, etc.) in any amount are prohibited and must be returned promptly to the donor.

When you are providing a gift, entertainment or other accommodation in connection with Company business, you must do so in a manner that is in good taste and without excessive expense. You may not furnish or offer to furnish any gift that is of more than token value or that goes beyond the common courtesies associated with accepted business practices. Our suppliers and customers likely have gift and entertainment policies of their own. You must be careful never to provide a gift or entertainment that violates the other company's gift and entertainment policy. Giving or receiving any payment or gift in the nature of a bribe or kickback is absolutely prohibited. Please be aware that it is not necessary that a payment be given with the intent to influence in order to constitute a violation of law or this Code. Further, federal law also prohibits bribery of foreign executives and officials. (See *International Business – The Foreign Corrupt Practices Act*" at Section I.8.d. below.)

---

[1] The term "family" refers to spouse, child, stepchild, grandchild, parent, grandparent, stepparent, sibling, mother-in-law, father-in-law, son-in-law, daughter-in-law, brother-in-law, or sister-in-law and all adoptive relationships.

CONFIDENTIAL

Any request made to a Company employee by any individual for an improper payment, or any action taken or threatened by such an individual with the intent of obtaining such a payment, must be reported immediately to the Chief Administrative & Compliance Officer.

Loans to, or guarantees of obligations of, employees and their family members may create conflicts of interest. Accordingly, no loans will be allowed without the prior written approval of the Chief Administrative & Compliance Officer, and if appropriate, the Board of Directors or a committee of the Board. The Company will not extend, maintain or arrange for any personal loan to or for any director or officer regardless of purpose in accordance with applicable law.

*I.3.    Recording of Financial and Other Transactions*

All books and records of the Company must be maintained in reasonable detail so as to accurately and fairly reflect all transactions and dispositions of assets of the Company. Furthermore, all transactions must be executed only in accordance with management's general or specific authorization. The Company's records must reflect, accurately and fairly and within the Company's normal system of accountability, all transactions of the Company and all other events that are the subject of specific regulatory record-keeping requirements.

All financial and business records must be accurate and complete in accordance with Company reporting and accounting policies and all applicable laws. All Company cash, assets and liabilities of any kind must be disclosed and accurately recorded. No false or misleading entries may be made in the books and records of the Company for any reason. Under no circumstances may there be any unrecorded, undisclosed or unapproved fund or asset of the Company, regardless of the purposes for which the fund or asset may have been intended, or any improper or inaccurate entry made in the records of the Company. Expense reports and financial records must state in reasonable detail actual business expenses incurred and must include unadulterated supporting documentation.

No payment on behalf of the Company may be approved or made with the intention, understanding or awareness that any part of the payment is to be used for any purpose other than that described by the documents supporting the payment. All receipts and disbursements must be fully and accurately described in the books and records of the Company and must be supported by appropriate documentation properly describing their purposes. All budget and acquisition proposals should fairly report all available information and highlight areas where information is incomplete or potentially unreliable.

*I.4.    Disclosure Controls and Procedures*

The federal and state securities laws impose continuing disclosure requirements on the Company, and may require the Company to regularly file certain reports with and make certain submissions (the "Reports") to the shareholders, lenders or regulatory agencies, among others. Such Reports must comply with all applicable legal and exchange requirements and may not contain statements which, at the time made, are false or misleading with respect to a material fact, omit any material fact necessary to prevent a statement from being false or misleading or omit any material fact necessary to correct any earlier statement which has become false and misleading.

It is Company policy to make full, fair, accurate, timely and understandable disclosure in all Reports and other public communications made by the Company. A set of disclosure controls and procedures has been adopted by the Company to promote compliance with this policy. All persons must strictly adhere to such controls and procedures. In addition, all persons directly or indirectly involved in preparing such Reports and communications, all persons involved in the management of the business unit which is the subject of such Reports or communications, all persons who regularly communicate with the press, investors and analysts concerning the Company, and all representatives who assist the Company in such

CONFIDENTIAL

Reports and communications, must comply with all Company standards, policies and procedures designed to ensure that such Reports and communications (i) are full, fair, accurate, timely and understandable and (ii) meet all applicable legal requirements. This policy applies to all public disclosure of material information about the Company, including written disclosures, oral statements, visual presentations, press conferences and media calls.

### I.5.    Preservation of Records

It is the Company's policy to comply with all laws, rules and regulations relating to record preservation, including various tax and other legal regulations that require that certain documents be retained for specified periods.

If you learn of a subpoena or a pending, imminent or contemplated litigation or government investigation involving the Company in any manner, you should immediately contact the Chief Administrative & Compliance Officer. You must retain and preserve ALL records that may be responsive to the subpoena or relevant to the litigation or that may pertain to the investigation until you are advised by the Chief Administrative & Compliance Officer as to how to proceed. You must not destroy or alter any such records in your possession or control. You must also affirmatively preserve from destruction all relevant records that without intervention would automatically be destroyed or erased (such as e-mails and voicemail messages). Destruction of such records, even if inadvertent, could seriously prejudice the Company. Any questions regarding whether a particular record pertains to a pending, imminent or contemplated investigation or litigation or may be responsive to a subpoena or regarding how to preserve particular types of records should be directed to the Chief Administrative & Compliance Officer. Note that records include not just documents, but also include tapes (including audio (voice mail), visual, electromagnetic and digital data), photographs, e-mail, computer files and databases and records in any other form.

The Company has a Records Retention Policy which provides more detailed information regarding specific records and documents. You may obtain a copy by contacting the Chief Administrative & Compliance Officer.

### I.6. Securities and Insider Trading; Shareholder Information

I.6.a.    No person may purchase or sell, directly or indirectly through third persons, any Company security on the basis of material information not known to the public; nor should any person disclose material nonpublic information to others, including family members, friends, third parties, or even other co-workers, unless the person receiving the information has a legitimate need to know the information for purposes of carrying out the Company's business. This prohibition applies to anyone in the Company at any level, and to all others if they have access by any means (including tips from employees of the Company) to material nonpublic information about the Company. The prohibition against trading securities while in possession of material nonpublic information ("insider trading") and "tipping" others about material nonpublic information applies to purchases and sales of securities of other publicly traded companies if you learn material nonpublic information about other companies, such as those that do business with the Company or with whom the Company is negotiating, in the course of your duties for the Company.

Material information means any information that a reasonable investor might consider important in deciding whether to buy, sell or hold securities. Examples of information that may be material are financial results, financial forecasts, changes in dividends, possible mergers, acquisitions, joint ventures, and other purchases and/or sales of investments in companies, obtaining or losing important contracts, discoveries, important product developments, major litigation developments and major changes in business direction.

CONFIDENTIAL

Information is considered to be nonpublic unless it has been adequately disclosed to the public by Company management and adequate time has passed for the securities trading market to digest the information. Examples of effective disclosures include public filings with securities regulatory authorities and issuances of Company press releases, and also may include certain Company meetings and calls with members of the press and the public. A delay of one or two business days is generally considered a sufficient period for routine information to be absorbed by the market. Nevertheless, a longer period of delay might be considered appropriate in more complex disclosures.

Substantial penalties may be assessed against people who trade while in possession of material inside information and can also be imposed upon companies and so-called controlling persons such as officers and directors who fail to take appropriate steps to prevent or deter insider trading violations by their employees or subordinates. A person violating the Company's insider trading policy will be subject to disciplinary action up to and including termination. Prior to trading in any Company security or if you have a question as to whether certain information concerning the Company or another publicly traded company with whom the Company does business is material or whether it has been adequately disclosed to the public, you must contact the Chief Administrative and Compliance Officer of the Company.

*I.6.b.*    Requests for financial or business information about the Company from any third party or member of the investment community, including securities analysts, fund and portfolio managers, directors of research and brokers, or any member of the business or financial press or other news media, should be referred to the Chief Financial Officer at 1-800-631-8050, ext. 6960 to ensure an appropriate and timely response.

Requests for information or other contacts from the Securities and Exchange Commission, or other securities regulators or securities exchanges must be referred to the Chief Financial Officer. It is critical that persons not respond to any such inquiries or contacts themselves without first contacting the President/CEO because any inappropriate or inaccurate response, even a disclaimer of information, may result in adverse publicity and could otherwise seriously impact the Company.

None of the provisions in this Section I.6 "Securities and Insider Trading; Shareholder Information" are intended to diminish the protections afforded to employees against retaliation in connection with the provision of information to specified entities or persons, as described in "Reporting of Violations" at Section V.1 below.

*I.7.    Government Contracting*

All persons must comply with all applicable laws, rules and regulations and Company policies that pertain to their duties and responsibilities with regard to government contracting. These regulations can be complex, and any questions regarding government contracting should be directed to the Chief Administrative & Compliance Officer.

It is a violation of the law and Company policy to make or cause to be made to the government a false or fraudulent statement or a false claim for payment, whether orally or in writing. This includes bids, proposals, requests for payment or any other documents of any kind that contain false, fictitious or fraudulent information. Data submitted must be accurate, with estimates being clearly identified as such. Certifications of fact, including those relating to the domestic origin of goods, independence of pricing determinations and pricing relationships with comparable customers, should be made only upon a good faith inquiry and an informed belief that the certification is correct. The pricing and other terms established for a particular government contract should be followed for that contract. The pricing and other terms established in a Federal Supply Schedule Contract must be followed in all federal agency sales Company-wide. Any questions relating to government contracts and the particular laws, regulations

CONFIDENTIAL

and standards applicable to those contracts should be directed to the Chief Administrative & Compliance Officer.

Any person who receives any government form for completion must submit that form to the Chief Administrative & Compliance Officer for review prior to returning that form to the government.

The Company must use only legitimate methods to obtain a contract. Thus, Company employees are prohibited from seeking or receiving information that the Company is not authorized to possess including, but not limited to, confidential or proprietary data or pricing information of competitors for government contracts and nonpublic government documents relating to bidding or source selection.

### I.8.    International Business

All employees are expected to comply with the laws of the country in which they operate and the laws of the United States applicable to the conduct of business outside the United States. If a local law conflicts with a policy in this Code, you must consult the Chief Administrative & Compliance Officer to determine the appropriate course of action.

The fact that in some countries certain laws prohibiting particular conduct are not enforced in practice or that violation is not subject to public criticism or censure, will not excuse noncompliance. If you have a question as to whether certain activities are prohibited, contact the Chief Administrative & Compliance Officer. You must abstain from the activity in question until you have been informed that the activity is not prohibited. Certain of the United States laws and regulations applicable to the conduct of business outside the United States are summarized below.

### I.8.a.    Export Controls

Under the Export Administration Regulations administered by the U.S. Commerce Department, the export of goods and services from the United States frequently requires a specific export license from the Commerce Department. The same may apply to transshipment of U.S.-origin goods from the country of original destination to a third country, and to exports of foreign-made goods with U.S. content. The laws in this area can be extremely complex, and any questions regarding exports should be directed to the Chief Administrative & Compliance Officer.

### I.8.b.    Import and Customs Laws

The U.S. Commerce Department also regulates the importation of products into the United States. Custom duties are assessed against certain products at varying rates. The importer of record is responsible for payment of custom duties and so it is very important to review import documentation and understand who is responsible for payments and how the calculations were made. Penalties can be severe, including loss of export/import rights and treble damages. Rules regarding origin of goods and proper labeling of products are also very complex. You must review these issues with the Chief Administrative & Compliance Officer.

### I.8.c.    U.S. Embargoes

It is the policy of the Company to conduct its business in accordance with the trade restrictions imposed under the International Emergency Economic Powers Act, the Trading With the Enemy Act, the Cuban Democracy Act of 1992 and the related Executive Orders and Treasury Department regulations. Where you may or may not ship goods varies with each transaction and depends on the nature of the goods, the identity of the proposed recipient of the goods, and the activity or activities in which the recipient is involved. You must determine that information before you can decide whether you need an export

license. In some situations, the Export Administration Regulations (EAR) require an export license for shipments to any country in the world (specifically including Canada, Puerto Rico and Mexico). Part 746 of the EAR lists countries that are subject to embargoes or other special controls. Presently, there are seven countries for which shipment of almost all commodities requires a license for export. As of the date this is written, those countries are Iran, Iraq, Libya, Sudan, Syria, North Korea, and Cuba. This list of countries is subject to change without notice and is not an exhaustive list of all "restricted" countries.

Persons working in this area should check with the Chief Administrative & Compliance Officer for a current list of countries affected by trade restrictions.

The prohibitions and restrictions imposed under these regulations (which generally cover foreign-based subsidiaries of U.S. companies as well as foreign-based U.S. citizens and permanent residents) vary and the countries covered are subject to change. Such prohibitions and restrictions may affect exports, imports, travel, currency transactions and assets and accounts. Generally speaking, what may not be done directly also may not be done or arranged through third parties or permitted by conscious non-supervision or "willful blindness."

The civil and criminal sanctions that may be imposed for violations are severe. Accordingly, persons with responsibility for international activities should consult frequently with the Chief Administrative & Compliance Officer regarding these matters. Any business dealings involving any of the countries noted above must be reviewed in advance with the Chief Administrative & Compliance Officer.

### I.8.d.    *The Foreign Corrupt Practices Act*

United States law, Company policy and the laws of many other countries prohibit the Company and its officers, employees and agents from giving or offering to give money or anything of value to a foreign official, a foreign political party, a party official or a candidate for political office in order to influence official acts or decisions of that person or entity, to obtain or retain business, or to secure any improper advantage. Such a payment need not take the form of cash. It may include gifts, providing services or amenities, or other types of consideration. Company policy also prohibits actions intended to, or which are reasonably likely to, result in a prohibited payment or other benefit being provided indirectly or through a third party, including agents. A foreign official is an officer or employee of a government or any department, agency, or instrumentality thereof, or of certain international agencies, such as the World Bank or the United Nations, or any person acting in an official capacity on behalf of one of those entities. Officials of government-owned corporations are considered to be foreign officials. This policy prohibits the use of personal as well as Company funds, property or services.

While the law allows certain types of payments to foreign officials, including payments to "facilitate" routine government actions, determining what is a "facilitating" payment involves difficult legal judgments. This area of the law is very complicated. The slightest mistake may expose both the Company and its employees to criminal prosecution, including the imposition of large fines and terms of imprisonment. Therefore, it is the Company's policy that, except for legally prescribed fees and like payments, no payments or gifts will be made to foreign officials, directly or indirectly, related to the Company's business activities, including any proposed payment or gift, regardless of amount or value, thought to be "facilitating" or otherwise exempt from the law, unless approved in advance by the Chief Administrative & Compliance Officer.

All persons are required to report promptly to the Chief Administrative & Compliance Officer any request made by a foreign official or political party official or candidate for political office or any representative of such a person for a payment or other benefit covered by this Code and any other actions taken to induce such a payment or benefit.

CONFIDENTIAL

*1.8. e. Antiboycott Laws*

It is the policy of the Company to conduct its business in accordance with all U.S. antiboycott laws. In general, the antiboycott laws are designed to prevent businesses from cooperating with unsanctioned foreign boycotts of countries friendly to the United States, such as the boycott of Israel by certain Arab countries, whether by way of (i) refusal to do business with another party, (ii) discriminatory employment practices, (iii) furnishing information on the race, religion, sex or national origin of any U.S. party, (iv) furnishing information concerning any party's affiliations or business relationships with a boycotted country or any person believed to be restricted from doing business in the boycotting country, or (v) utilization of letters of credit containing boycott provisions.

The Company is required to abstain from all prohibited conduct or any agreement to engage in such conduct and must make prompt reports of any request for prohibited boycott cooperation or information. All employees are required to promptly report any such violation or request to the Chief Administrative & Compliance Officer. Foreign agreements such as Letters of Credit, Loan Agreements, contracts and other documents, like their U.S. counterparts, must be reviewed by the Chief Administrative & Compliance Officer and read closely.

## II.     COMPANY PROPERTY

*II.1.     Use of Company Assets*

The protection and proper use of Company assets are of vital importance and are considered to be the responsibility of each and every person. Each person should take measures to prevent damage to and theft or misuse of Company property. In addition to obvious items such as buildings, machinery, computers, Internet connections, inventory and products, Company assets also include trademarks, trade names, catalogues, brochures, product descriptions, customer lists, pricing lists, business plans, transactions analysis, software, and all other documents, writings, copies and databases used or relied upon in your employment. All of these materials and property are proprietary to the Company. Except as specifically authorized by the Company, all Company assets must be used for legitimate business purposes only and not for personal benefit or any other improper purpose. They must not be sold, lent, given away, or otherwise disposed of, regardless of condition or value, except with proper authorization. They must be returned upon request or upon termination of employment. Personal use of Company telephones must be limited and reasonable. A violation of this policy may result in disciplinary action, up to and including termination.

In this electronic age it is sometimes necessary to use the Internet to communicate with customers and persons. The use of the Internet, Company computers and other Company property is subject to this Code and to such policies and procedures as the Company may implement from time to time. Company computers, computer systems and the Internet may be used for business purposes only, except for minimal, incidental personal use which does not detract from business activity. Any such use should be minor and the length of the messages should be kept as short as possible, as these messages cost the Company in both productive time and money. In addition, the systems should be used in a manner that is consistent with the Company's policies and standards. All e-mail, voicemail and personal files stored on Company computers are Company property and no expectation of privacy should be assumed with respect to these communications. The Company reserves all rights, to the fullest extent permitted by law, to inspect such systems and areas from time to time and at its sole discretion. The use of the Internet and Company computers for personal commercial use is strictly prohibited. Use of Company computers or the Internet to post messages or to visit "chat" rooms of any kind is strictly prohibited.

CONFIDENTIAL

## II.2.    *Use of Company Information*

Company information is valuable both to the Company and to third parties. No information concerning the Company may be provided to third parties unless you are authorized to do so for legitimate Company purposes and disclosure is necessary to properly perform your job.

Persons should not, without prior written authorization from the Chief Administrative & Compliance Officer, acquire, use, access, copy, remove, modify, alter or disclose to any third party any confidential information for any purpose other than to perform duties required in the fulfillment of job responsibilities or in accordance with expressly stated, Company-sponsored activities. "Confidential Information" means data or information concerning the Company which is not already in the public domain. Confidential Information includes, but is not limited to, decisions, plans, procedures, personal data on employees, customer and supplier information including proposals and pricing, contractual terms and arrangements, financial or business results, evaluations, analyses and forecasts or any non-public information that might be of use to competitors, or harmful to the Company or its customers, if disclosed. All persons must maintain the confidentiality of information entrusted to them by the Company or its customers, except when disclosure is authorized or legally mandated. You may not sell, use or disclose Confidential Information, technical or otherwise, for your private benefit or the benefit of any other person, business, firm or entity.

All Company information, any Company-installed software and Company-data resident on all computers (mainframe, network company or personal), whether in production or being tested by the Company, are the sole and exclusive property of the Company.

Within the Company, information should be provided only on a need-to-know basis. Spreading rumors, leaking information or otherwise providing sensitive information to persons who do not need to have such information to perform jobs will not be tolerated. During the period of employment with the Company, employees are prohibited from publishing books, newsletters or articles; giving talks or lectures; or releasing any information to the press or to trade presses relating to the Company without prior written approval by the Chief Administrative & Compliance Officer. After employment with the Company, former employees are prohibited from using Company confidential information for any private purpose or gain and may not disclose any such information, including to new employers.

Persons who come to work for the Company from other employers must not use or divulge the confidential information of former employers. If you are subject to a confidentiality, noncompete or similar restrictive arrangement with a former employer or any third party, you must inform your supervisor and the Chief Administrative & Compliance Officer of the existence and terms of the arrangement immediately.

Employees may not run personal software on computers made available by the Company. In addition, employees must not copy any Company-owned or licensed software (including software externally purchased or internally developed) without prior authorization from the Chief Administrative & Compliance Officer, as the copying of such software may be illegal and could result in fines and penalties to the Company and its employees.

Persons must not copy or download any third party software or data onto Company computers. Such copying or downloading can be a violation of copyright laws and presents the opportunity to introduce a virus or other harmful or offensive material into the Company computer system. Each individual person is responsible to vigilantly guard against the introduction of any such virus or harmful material. In addition, use of Company computers for viewing, downloading or transmitting sexually explicit or other potentially offensive or harassing material, the placement of wagers or similar activities, or the conduct of a business unrelated to the Company is strictly forbidden.

CONFIDENTIAL

All persons should also be aware that e-mail is considered a Company record and Company property and may be required to be produced in litigation involving the Company. As such, e-mail is subject to the Company's Records Retention Policy. The Company reserves all rights, to the fullest extent permitted by applicable law, to monitor, read, record, save, duplicate, relocate or delete any e-mail in its discretion and without prior notice.

Care should be taken that e-mail messages, like any other written work product, are accurate and complete and carefully drafted.

The e-mail and other information systems of the Company are not to be used in a way that may be disruptive, offensive to others or harmful to morale. Sending or forwarding electronic mail that may be construed as offensive, harassing or disparaging of others is prohibited.

Access to information stored on the mainframe computer system is controlled by a combination of passwords, physical access controls, and other security procedures. Similar security and control measures have been established for desktop computers and local area networks. Persons may not provide access to the Company computer system to any unauthorized individuals. If you have any reason to believe that your password or the security of the Company's computer systems has in any manner been compromised, you must change your password immediately and report the incident to the Management Information Systems Department.

## III.    WORK ENVIRONMENT AND PERSONAL CONDUCT

The Company recognizes that its greatest strength lies in the talents and the abilities of its employees.  All persons are expected to hold themselves accountable to the highest professional standards, with mutual respect being the basis of all professional relationships. While specific human resources programs and policies may differ by division, state, or country, overall goals have been established to guide the Company's activities in employee relations.

### III.1.    Equal Opportunity

It is Company policy to provide equal opportunity for all in recruiting, hiring, developing, promoting and compensating employees without regard to race, religion, color, age, gender, disability (where the applicant or employee is qualified to perform the essential functions of the job with or without reasonable accommodation), veteran status, national origin or any other protected characteristics as established by applicable federal, state or local law.

### III.2.    No Harassment Policy

The Company is committed to maintaining a work environment that is free of harassment based on race, color, sex, gender, religion, age, national origin, disability or any other classification protected by applicable federal, state or local law. Any such harassment of our employees, applicants or customers by other employees, customers, suppliers or others conducting business with the Company is prohibited by this policy, whether or not it also violates applicable law.

### III.2.a.  Definition of Harassment

Harassment includes, but is not limited to, conduct that has the purpose or effect of unreasonably interfering with an individual's employment, or creating an intimidating, hostile, abusive, or offensive working environment. Prohibited conduct includes every form of harassment made unlawful by federal, state or local law, including but not limited to harassment related to race, color, sex, gender, religion,

CONFIDENTIAL

DEF 000127

national origin, age, or disability. Harassment will not be tolerated either in the workplace or in any other activities related to employment with the Company.

Harassment prohibited by this policy includes, but is not limited to, the following conduct:

> Unwelcome verbal conduct such as offensive sexual remarks, innuendoes or comments, sexual or ethnic jokes, racial slurs or epithets, use of offensive stereotypes or other offensive verbal conduct pertaining to race, color, sex, gender, religion, age, national origin, disability or other protected status;

> Sexual advances, propositions or requests for sexual favors;

> Unwelcome and offensive physical conduct including touching, leering, blocking an employee's movement or sexual gestures;

> Unwelcome and offensive written conduct such as offensive pictures, sexually suggestive posters, drawings, cartoons or photographs or other communications, including e-mail;

> Reprisals or threatening reprisals for an employee's unwillingness to respond to requests for sexual favors; and

> Reprisals or threatening reprisals for complaining about or for reporting a violation of this policy.

Because of the potential adverse consequences of such relationships, the Company prohibits a supervisor or manager from dating or having a romantic relationship with a person over whom the supervisor or manager has immediate or a successively higher level of supervisory authority. Dating or romantic relationships between non-supervisory co-workers are not encouraged and will not be permitted if, in the Company's discretion, such relationship creates an actual or perceived conflict of interest or otherwise adversely affects the work performance of the parties involved or their co-workers. Employees engaged in any such permitted dating or romantic relationship are prohibited from traveling or rooming together while on Company business and from combining or intermingling personal and business travel.

*III.2.b.  Reporting a Complaint*

The Company's policy is to investigate thoroughly and to take appropriate action to remedy incidents of harassment. In order to accomplish this, however, harassment must be brought to the attention of an employee's supervisor, Human Resources or the Chief Administrative & Compliance Officer, unless the supervisor is the subject of the complaint, in which case the employee may bring it to the attention of the supervisor's supervisor, Human Resources or the Chief Administrative & Compliance Officer. Accordingly, employees who have complaints of harassment or who are aware of incidents of harassment must bring any such conduct to the attention of their particular supervisor, Human Resources or the Chief Administrative & Compliance Officer.  You may also call the toll-free GT Technologies Code of Business Conduct and Ethics Hotline at 1-888-245-9049 to report complaints anonymously.  Management and supervisory personnel who are aware of or have knowledge of incidents of harassment must report such incidents to the Chief Administrative & Compliance Officer.

Employees who may have knowledge or information relevant to any investigation are expected to cooperate in any such investigation. No employee will be subject to reprisal or retaliation for having made in good faith a complaint of harassment or for participating in an investigation of alleged

CONFIDENTIAL

harassment. Any complaint of suspected reprisal or retaliation should be directed to the Chief Administrative & Compliance Officer.

### III.2.c.  Violations

Subject to applicable law, violation of this policy may result in disciplinary action, up to and including termination. If you have any questions about what constitutes harassing behavior or what conduct is prohibited by this policy, contact Human Resources or the Chief Administrative & Compliance Officer. You may also call the toll-free GT Technologies, Inc. Code of Business Conduct and Ethics Hotline at 1-888-245-9049.

### III.3.    Environment, Safety and Health

A wide variety of environmental laws regulate the emission of pollutants into the atmosphere, the discharge of pollutants into surface and groundwater and the handling and disposal of wastes. All persons have an obligation to keep informed about legal standards and requirements in this area applicable to their activities and to report any potential violations that they are aware of to the Chief Administrative & Compliance Officer. Important United States laws in this area establish a system for "cradle to grave" management of hazardous wastes and extend broad protection to air and water resources.

Other important United States laws safeguard health, safety and the environment by regulating both physical safety and exposure to conditions in the workplace that could harm persons. The Occupational Safety and Health Act establishes specific industrial hygiene procedures, standards for communication of precautions and hazards associated with substances that the Company uses, produces or sells, required hazardous materials training and permissible exposure limits for certain substances.

In the United States, many products and raw materials are strictly regulated.  Unless specifically exempted, every chemical the Company uses or sells must be listed on the United States Environmental Protection Agency's (the "EPA") National Inventory of chemical substances and mixtures. The Company may not manufacture or import a nonexempt substance unless it is on the Inventory or must submit a Premanufacture Notification to the EPA at least 90 days before the proposed manufacture or import.  The Toxic Substances Control Act also requires the Company to, among other things, (i) record all allegations of significant adverse reactions to chemical substances and mixtures it uses or sells, and (ii) promptly report to the EPA any information that reasonably supports the conclusion that a substance or mixture manufactured, processed or sold by the Company presents a substantial risk of injury to health or the environment.

Under various U.S. laws, spills of oil or hazardous substances exceeding defined reportable quantities, including spills to sewers and air emissions, must be reported immediately to the National Response Center or to other agencies if they are not covered by a permit. If you have any spill or discharge not covered by a permit, call the Environmental Health and Safety Department or the Chief Administrative & Compliance Officer immediately to ensure that all legal reporting requirements are met.

Operations outside of the United States are subject to laws similar to those described above. Managers of these operations have an obligation to remain informed of and compliant with these laws.

All permit applications must be complete and truthful and all permit requirements carefully followed. Required environmental controls and apparatus must never be by-passed except in compliance with law. Permits must be reviewed by the Environmental Health and Safety Department.

CONFIDENTIAL

It is the policy of the Company to design, manufacture and distribute products and to handle and dispose of materials in compliance with all applicable laws, rules and regulations including those enacted to protect the environment and the safety of the public. In addition, community "right to know" laws require that information be available to the public on chemical uses and releases and submitted to relevant agencies. Care must be taken to make sure these requirements are properly met.

Managers have an obligation to keep informed about legal standards and requirements in this area and to advise senior Company management (including the Environmental Health and Safety Department or the Chief Administrative & Compliance Officer) promptly of any adverse situation which may come to their attention.

The laws and regulations in this area are complex, and violations can result in severe criminal and civil penalties for the Company and for individuals. If you are faced with an environmental, health or safety issue, you should contact the Environmental Health and Safety Department or the Chief Administrative & Compliance Officer immediately.

### III.4.    Illegal Drugs or other Mind-Altering Substances

The Company will not tolerate the use of illegal drugs or other mind-altering substances by any person. Subject to applicable law, persons may be required to submit to drug screens, blood tests, and other medical examinations on a random basis following any accident, or at any time in the event the Company has a good faith basis to suspect a possible violation of this policy or a reasonable interest in conducting such test for the safety of its employees. The presence of any illegal drug or other mind-altering substance in the body is a violation of this policy. Refusal of an employee to undergo testing or to cooperate fully with any of these tests is also a violation of this policy.

Persons are also prohibited from possessing, using, selling or purchasing illegal drugs or other mind-altering substances on Company property, in Company vehicles and on Company business. Off-premises possession, use, sale or purchase of illegal drugs or mind-altering substances outside of working hours may reflect unfavorably on the Company's reputation and is also prohibited.

This policy does not prohibit the proper use of medication under the direction of a physician or the use of over the counter medication in accordance with directions for its use and for legitimate medical purposes. However, the misuse or abuse of such drugs on Company property, in Company vehicles and on Company business is prohibited. A person who is taking prescription or nonprescription drugs must consult with his or her physician to determine if such use could affect the person's ability to perform his or her job in a safe and efficient manner.

If the use of such drug could affect the person's ability to perform his or her job, the person must inform his or her supervisor of that fact, and may request a reasonable accommodation in order to continue working while using such drug. If the Company is unable to provide the person a reasonable accommodation, the employee will not be permitted to work while using the drug.

In order to protect the safety and property of all persons, to the fullest extent permitted by applicable law, the Company reserves the right to inspect employees' lockers, toolboxes, desks and cabinets as well as motor vehicles and any other personal belongings brought onto Company property. Failure to cooperate with such inspections is a violation of this policy.

Employees who are located in the United States and are convicted of violating any criminal drug statute must notify the Company within five days.

CONFIDENTIAL

### III.5.    Use of Alcohol

The Company does not tolerate the use of alcohol during the workday, including at meals. The Company also does not tolerate a person reporting to work or working with alcohol in his or her system. Except at approved Company functions, you may not use alcohol on the Company premises. Any person who is suspected of violating this policy is subject to medical testing, including blood alcohol testing.

### III.6.    Security and Compliance Assistance

The Company is committed to providing a safe and secure workplace. In this regard, the Company may conduct a full background investigation on each employee prior to actual employment and require drug screening as a condition of employment.

The Company will not tolerate any level of violence in the workplace or in any work-related setting. Firearms or other weapons shall not be in the possession of any person while on Company premises, or Company property, or when in Company vehicles, or when engaged in Company business, regardless of whether or not a person is licensed to carry such weapons, unless authorized in writing in advance by the Chief Administrative & Compliance Officer.

Subject to applicable law, the Company reserves the right, to the fullest extent permitted by law, to inspect employees and other persons on Company premises, in certain approved circumstances, and to inspect their personal property (including lockers, baggage, desks, parcels, and toolboxes), computers and automobiles and any other personal property while on Company property.

Any security incidents and crimes involving the Company must be reported immediately to the Chief Administrative & Compliance Officer. Reportable incidents include theft, fraud, property damage, injury or threats of injury to persons, assaults and any other suspected or actual violation of the Code or any law that require immediate attention should be reported to the police at 911.

### III.7.    Personal Belongings

While personal items may be brought to work, you should be aware that the Company will not be responsible for, nor will it reimburse you for, items which are lost, stolen or damaged, including, without limitation, vehicles parked on Company property.  Additionally, the Company reserves the right to request all persons while on Company premises to agree to inspection of their person, personal possessions and property, personal vehicles parked on Company property and work areas. This includes lockers, desks, file cabinets, workstations, computers, personal mail sent to the Company, voice mail and e-mail. Such searches may be conducted any time, without advance notice. If deemed necessary by management, persons themselves may be asked to submit to a search. At no time will any person be searched by, or in the presence of, a member of the opposite sex.

### III.8.    Call Monitoring

In order to effectively evaluate performance and ensure consistency in the message to existing and prospective customers, random call monitoring may be part of the ongoing performance review process for persons in customer contact departments such as Customer Service and Telemarketing.  Call monitoring affords supervisors the opportunity to provide immediate, specific performance feedback, as well as assist with the coaching and development of employees. Any information will be used for internal purposes only.  Any call monitoring will be conducted in accordance with all applicable laws.

CONFIDENTIAL

### III.9.    *Wiretapping, Recording and Eavesdropping*

It is the Company's policy to comply fully with all applicable laws governing wiretapping, eavesdropping, and other forms of electronic surveillance. It is a violation of the law for a person to use any electronic, mechanical or other device to intercept or record the contents of any telegraphic, telephonic, facsimile, modem-transmitted electronic mail or other electronic communication unless one (or in certain jurisdictions all) of the parties to the communication consent to the interception. This includes the use of telephone extensions to overhear other individuals' conversations.

### III.10.   *Product Quality*

The Company will conduct its business in compliance with all applicable laws, rules and regulations governing the manufacture and distribution of the Company's products. Such laws, rules and regulations include those relating to quality and safety standards for the Company's products.

Quality is the hallmark of the Company's products. With this in mind, it is your responsibility to respond promptly and positively to every customer complaint concerning the Company's products or services.

If you become aware of any deviation from the Company's quality standards or procedures, you are required to bring it to the attention of your supervisor.

## IV.    GENERAL PERSONAL CONDUCT AND INTERFACE WITH CUSTOMERS AND SUPPLIERS

### IV.1.    *Conflicts of Interest*

Company employees, officers and directors are expected to dedicate their best efforts to Company business and to be mindful of any conflicts with the interests of the Company. A conflict of interest occurs when your private interests interfere in any way, or even appear to interfere, with the interests of the Company. A conflict situation can arise when you take actions or have interests that make it difficult for you to perform your company work objectively and effectively. Your obligation to conduct the Company's business in an honest and ethical manner includes the ethical handling of actual or apparent conflicts of interest between personal and business relationships. Although we cannot list every conceivable conflict, the following are some common examples that depending upon your particular responsibilities may create a potential conflict-of-interest situation:

> Serving as a director, representative, employee, partner, consultant or agent of an enterprise that is a supplier, customer or competitor of the Company, or that engages in any other business with the Company;

> Owning a material amount of stock in, being a creditor of or having other financial interest in a supplier, customer or competitor;

> Gifts, gratuities, special allowances, discounts, or other benefits not generally available, received from or given to a supplier, customer or competitor;

> Any other direct or indirect personal interest or interest of a family member in a transaction involving the Company;

> Obtaining or using for personal benefit confidential information regarding a supplier, customer or competitor, or providing confidential information regarding the Company or its business to a supplier, customer or competitor;

CONFIDENTIAL

Appropriating for personal benefit a business opportunity that the Company might reasonably have an interest in pursuing, without first making the opportunity available to the Company; and

Outside activities that materially detract from or interfere with the full and timely performance by an employee of his or her services for the Company.

All potential and actual conflicts of interest or material transactions or relationships that reasonably could be expected to give rise to such a conflict or the appearance of such a conflict must be communicated as provided under "Reporting of Violations" at Section V.1 below. If you have any doubt about whether a conflict of interest exists after consulting this provision of the Code, please seek advice from the Chief Administrative & Compliance Officer or the toll-free GT Technologies Code of Business Conduct and Ethics Hotline at 1-888-245-9049.

### IV.2.    Corporate Opportunities

Each person owes a duty to the Company to advance its legitimate interests when the opportunity to do so arises. If you learn of a business or investment opportunity through the use of corporate property or information or through your employment or association with the Company, such as from a competitor, an actual or potential customer, or a vendor or business associate of the Company, such an opportunity should be considered an investment opportunity for the Company in the first instance. You may not participate in the opportunity or make the investment without the prior written approval of your supervisor or the Chief Administrative & Compliance Officer.

### IV.3.    Family Members

It is the policy of the Company that no employee should be in any supervisory capacity (regardless of level) or share working responsibility on a daily basis with another family member or person with whom he or she has an intimate or personal relationship. Employees must immediately notify their supervisor if they are asked to participate or have any work related interaction with a family member in a business or financial transaction that may have the appearance of influencing their judgment.

You may find yourself in a situation where a family member or other person with whom you have an intimate or personal relationship is a competitor, supplier or customer of the Company or is employed by one. Such situations are not prohibited, but they call for extra sensitivity to security, confidentiality and conflicts of interest. There are several factors to consider in assessing such a situation. Among them are the relationship between GT Technologies and the other company, the nature of your responsibilities as a Company employee and those of the other person and the access each of you has to your respective employer's confidential information.

Such a situation, however harmless it may appear to you, could arouse suspicions among your associates that might affect your working relations. The very appearance of a conflict of interest can create problems, regardless of the propriety of your behavior.

To remove any doubts or suspicions, employees are obligated to disclose any possible or apparent conflicts of interests to the Chief Administrative & Compliance Officer. To the extent possible, the Chief Administrative & Compliance Officer will hold these discussions in confidence (although it may be necessary to consult with other Company officials).

CONFIDENTIAL

### IV.4.     Competitive Intelligence

To effectively compete in the business world requires an understanding of competitors' strategies. In collecting data on its competitors, the Company utilizes all legitimate sources, but avoids any actions which are illegal, unethical, or which would cause embarrassment. If questions arise in this area, you should contact the Chief Administrative & Compliance Officer.

### IV.5.     Fair Dealing

Every employee, including officers and directors, shall endeavor to deal fairly with the Company's customers, suppliers, competitors and employees. None should take unfair advantage of any person through manipulation, concealment, abuse of privileged information, misrepresentation of material facts, or any other unfair-dealing practice.

### IV.6.     Competition; Antitrust

The Company's efforts in the marketplace must be conducted in accordance with all applicable antitrust, competition and trade practice laws and regulations (collectively, the "antitrust laws"), certain of which are described below.

### IV.6.a.   Price Fixing and Exchange of Competitive Information.

The Company may not agree to fix prices with its competitors. It must make unilateral, independent pricing decisions for each of its products based on factors such as value to the customer, costs and competitive pressure in the marketplace. The exchange of information between competitors, such as fees charged, profit margins or credit and billing practices, can violate the antitrust laws and is prohibited.

Any agreement, whether formal or informal, or any joint activity involving the Company and any other party, the intent or effect of which is to reduce competition, may violate the antitrust laws. Unlawful agreements need not take the form of written contracts, express commitments or mutual assurances. Courts frequently infer agreements based on "loose talk," informal discussions or the mere exchange between competitors of information from which common pricing or other collusion could result. Any communication with a competitor's representative, no matter how innocuous it may seem at the time, may later be subject to antitrust scrutiny and form the basis for accusations of improper or illegal conduct. Employees must conduct all relations with competitors, including social activities, as if they were completely in the public view because they may later be subject to probing examination and unfavorable interpretation.

For example, trade association meetings and other industry gatherings typically serve legitimate and worthwhile purposes. However, these meetings also provide a potential pitfall under the antitrust laws because they bring together competitors – people with common interests and problems – who are prone to discuss matters of mutual concern. The most serious problems are apt to arise at informal gatherings or in e-mail communications. If you are attending a meeting or informal gathering at which potentially competitively sensitive topics are discussed without oversight by an antitrust lawyer, you should object, leave, and notify the President/CEO and/or the Chief Administrative & Compliance Officer immediately.

Any discussion, action or transaction which may involve prohibited conduct should be avoided, and any knowledge of such conduct must be reported immediately to the President/CEO and/or the Chief Administrative & Compliance Officer.

CONFIDENTIAL

More detail on appropriate conduct and behavior relating to this matter can be found in the Company's Antitrust Compliance Policy. Any questions about what is permissible conduct should be raised with the Chief Administrative & Compliance Officer before any action is taken.

### IV.6.b.  Price Discrimination.

Certain antitrust laws prohibit sellers from discriminating in the prices, terms of sale or advertising or promotional programs and allowances provided to different customers where competitive injury results. Thus, in the United States, all promotional allowances and services, free goods, display fixtures, volume discounts, advertising, merchandising assistance and demonstrators must be offered on functionally equivalent, proportionately equal terms to all customers who compete in selling the Company's products.

### IV.6.c.  Resale Price Maintenance.

The Company is not permitted to enter into an agreement with a supplier setting the price to be charged by the Company for the supplier's products. Similarly, the Company is not permitted to enter into an agreement with a customer setting the price to be charged by that customer for the Company's products. The Company and its suppliers can suggest the resale price or pre-mark the product with a suggested resale price. However, the Company cannot agree with either a customer or supplier as to the actual price or the minimum or maximum price for the product. It is also illegal and against Company policy to use any threats or coercion or otherwise interfere with a customer's right to establish its own resale prices.

### IV.6.d.  Group Boycotts.

The Company may not agree with any competitor, customer or supplier or group of competitors, customers or suppliers to refuse to buy from, sell to or otherwise deal with any party. While the Company generally is permitted independently to determine that it does not wish to buy from or sell to a particular party, when such decision is reached jointly with other competitors, customers or suppliers, it may be illegal, regardless of whether it may seem commercially reasonable.

### IV.6.e.  Allocation of Customers, Territories, Products or Services.

The Company may not agree with a competitor to divide customers or territories, or to refrain from selling a certain product generally or in any geographic region or to any category of customer.  Such agreements are illegal.

### IV.6.f.  Product Tying; Reciprocity.

Tying occurs when a buyer is required, as a condition of purchasing one product (the "tying" product), to also purchase a second, distinct product (the "tied" product). Reciprocity is the practice of buying goods or services from another party on the condition that the other party buys goods or services from you. Because the legality of these arrangements depends upon a number of complex legal and economic factors, tying or reciprocity arrangements should never be implemented without first consulting the Chief Administrative & Compliance Officer.

### IV. 6.g. Competition Laws of non-U.S. Countries.

Persons engaged in any of the Company's non-U.S. operations should, at a minimum, observe the same antitrust guidelines as stated above unless specifically advised otherwise by the Chief Administrative & Compliance Officer. The European Community and virtually every European country, including many in Eastern Europe, as well as many non-European countries, have antitrust laws that prohibit many of the same types of conduct that are prohibited under U.S. antitrust laws and, in some cases, additional types of

CONFIDENTIAL

conduct. Indeed, the antitrust laws of the European Community and many other countries generally impose more stringent rules than exist under U.S. antitrust laws with respect to many types of business practices, including, among others: distribution agreements; patent, copyright and trademark licenses; territorial restrictions on resellers and licensees; rebates and discounts to customers; and pricing policies generally. Moreover, both the European Community Commission and national antitrust agencies have substantially increased their enforcement activities in recent years, including substantial increases in the level and frequency of multimillion-dollar fines that are being imposed for antitrust violations.

*IV.7.    Authority to Act.*

All personnel must act only within the scope of their job duties. You may not enter into written agreements without appropriate review and approval. E-mail, faxes and EDI exchanges can form agreements under the law and therefore require the same level of review and care as standard written agreements when used in reference to transactions with outside parties.

*IV.8.    Hiring Employees of Competitors; Contracting with Former Employees.*

From time to time it is desirable to hire an applicant who works for a competitor. Before making an offer to any such applicant, a copy of any secrecy/non-competition agreement signed by the applicant with the competitor must be obtained and submitted to the Chief Administrative & Compliance Officer and Human Resources for review. In addition, the approval of Human Resources must be obtained prior to extending a hiring commitment to such applicant, regardless of the job description or grade level of the new hire.

Contracting for consulting or other services with former or retired Company personnel is permissible, provided that such arrangements are approved in advance by the Chief Administrative & Compliance Officer and Human Resources. Normally, all such contracting should be done through a contract with a third party corporation to ensure that the individual is not deemed to be an employee of the Company.

*IV.9.    Political Activities*

All employees must comply with campaign finance and ethics laws.  The law and Company policy prohibit the use of Company funds, assets, services, or facilities on behalf of a political party or candidate except under certain limited circumstances.  The Company is prohibited from compensating or reimbursing any persons or individuals associated with the Company for a political contribution that these persons intend to make or have made.

The Company's policy is not intended to discourage or prohibit employees from taking part in the following activities:

>    Voluntarily making personal political contributions

>    Participating in the political process on their own time and at their own expense

>    Expressing their personal views on legislative or political matters

>    Engaging in any other lawful political activities

>    Contributions to an agency or activity on behalf of a PAC established by the Company.

CONFIDENTIAL

DEF 000136

When you speak publicly on issues, make sure that you do so as an individual and that you do not give the appearance of speaking or acting on the Company's behalf, unless you have specific authorization from the President/CEO.

*IV.10.   Company Time*

Work time is a valuable Company asset. The Company expects its personnel to be on the job when scheduled and to use work time wisely to perform their jobs. Company policy and the law require that you truthfully and accurately report time worked and lost time.

*IV.11.   Related Company Policies*

In addition to the Code of Business Conduct and Ethics, there are many specific policies and guidelines such as financial approval matrices, legal policies and procedures, antitrust compliance policy, employee handbooks, workplace safety regulations, etc. that are issued by the Company from time to time. These policies and guidelines form an integral part of your work responsibilities and must be followed. You are also subject to the terms and conditions of any specific agreements you execute with the Company, including agreements related to confidentiality, non-competition and ownership of intellectual property, and any group collective bargaining agreements that may apply to you. Please read these agreements carefully as you are responsible for understanding their terms and conditions.

*IV.12.   Outside Employment/Solicitation*

There are times when an employee may have the opportunity or the need to maintain two or more jobs at one time. However, it is important that any additional employment and/or outside interests do not interfere with an employee's job with the Company. If an employee does hold a second job, he or she must ensure that it will not affect his or her performance or obligations to the Company. Likewise, the employee must ensure that no conflict of interest is created by his or her second job and that such job poses no threat of disclosure of any Company confidential or proprietary information or property.

Solicitation of any kind by an employee is not permitted during the working time of either the employee doing the solicitation or the employee being solicited. Distribution of literature in non-working areas is prohibited during working time and at any time in working areas. Persons not employed by the Company may not solicit employees or distribute literature on Company property, for any purpose, at any time.  No form of solicitation of clients or customers will be permitted at any time on Company property.

For purposes of this policy, working time does not include break periods, lunch periods, or other specified periods during the workday when employees are not engaged in performing their work tasks.

Only employees who are on duty or who are scheduled for work will be allowed in work areas on Company property.

# V.    PUTTING THE CODE TO WORK

*V.1    Reporting of Violations*

If you know of or suspect an actual or alleged violation of the Code, any law, rule or regulation, or the Company's related policies and procedures, you must report that information immediately to your supervisor or by calling or writing to the President/ CEO or Chief Administrative & Compliance Officer of GT Technologies, Inc. at 90 East Halsey Road, Parsippany, NJ 07054, telephone 1-800-631-8050 or using the Company's independent reporting service telephonically or via the internet. The toll free GT Technologies Code of Business Conduct and Ethics Hotline is 1-888-245-9049 and the internet

CONFIDENTIAL

web address is: www.reportlineweb.com/GTT. Persons should take care to report violations to a person whom they believe is not involved in the matter giving rise to the violation. To the extent possible, the Company will take appropriate steps to maintain the confidentiality of any reporting employee's identity. A sufficiently detailed description of the factual basis for the allegations should be given in order to allow an appropriate investigation.

No person reporting a violation will be subject to retaliation because of a good faith report he or she makes. If you are involved in the violation, the fact that you reported the violation, together with the degree of cooperation displayed by you and whether the violation is intentional or unintentional, will be given consideration by the Company in its investigation and any resulting disciplinary action. It is a crime to retaliate against a person, including with respect to that person's employment, for providing truthful information to a law enforcement officer relating to the possible commission of any federal offense.

*V.2    Reporting Complaints and Concerns Regarding Accounting, Internal Accounting Controls And Auditing Matters*

The Company is committed to compliance with applicable securities and other laws, rules, and regulations, accounting standards and internal accounting controls. It is the responsibility of each employee, officer and director promptly to report complaints or concerns regarding accounting, internal accounting controls and auditing matters ("Accounting Issues"). Reports may be made to the Chief Administrative & Compliance Officer. Alternatively, you may make an anonymous report regarding any of these matters as described in V.1. All reports will be treated confidentially to the extent possible.  No one will be subject to retaliation because of a good faith report of a complaint or concern regarding Accounting Issues.

*V.3.    Investigation of Potential Violations*

All reported violations of the Code, law, rule, regulation or Company policies and procedures will be promptly investigated and treated confidentially to the extent possible, in a manner appropriate under the circumstances.

All investigations will be coordinated by the Chief Administrative & Compliance Officer with the assistance of other appropriate Company officials. Persons are expected to fully cooperate in the investigation of any alleged violation. If the result of the investigation indicates that corrective action is required, the Company will decide what steps it should take to rectify the problem and avoid its recurrence.

It is imperative that reporting persons not conduct their own investigations. Investigations may involve complex legal and business issues. Acting on your own may compromise the integrity of an investigation and adversely affect both you and the Company.

*V.4    Discipline for Violations*

Failure to comply with the standards contained in the Code can have severe consequences for both the individuals involved and the Company. Subject to applicable law, the Company will impose appropriate discipline for violations of the Code including, but not limited to, termination of employment with the Company and/or forfeiture of benefits (including eligibility for any form of Company bonus, discretionary or otherwise and amounts payable with respect to Company stock and options). Furthermore, conduct that violates the Code also may violate applicable law. These violations can subject the individuals involved to prosecution, imprisonment and fines.  The Company also may be subject to

CONFIDENTIAL

prosecution and significant fines for the improper conduct of its employees. Therefore, the Company expects and requires that all persons exhibit the highest standards of business conduct at all times.

Subject to applicable law, disciplinary action may be taken:

> Against employees who authorize or participate directly or indirectly in actions that are in violation of the Code, applicable laws, rules or regulations, or Company policies and procedures;

> Against employees who fail to report a violation of the Code, applicable laws, rules or regulations, Company policies and procedures, or employees who withhold information concerning a violation of which they become aware or should have become aware;

> Against the violator's supervisor, to the extent that the circumstances of the violation reflect inadequate supervision or lack of diligence by the supervisor; and

> Against Company personnel who attempt to retaliate, directly or indirectly, or encourage others to do so, against any person who reports in good faith a violation of the Code, applicable laws, rules or regulations, or the Company's related policies and procedures.

## V.5    *Questions Regarding the Code*

If you have any questions concerning the Code or the Company policies and procedures or feel the need to seek guidance with respect to a legal or ethical question, you should consult with your supervisor, the Chief Administrative & Compliance Officer or the GT Technologies Code of Business Conduct and Ethics Hotline 1-888-245-9049 or via internet at www.reportlineweb.com/GTT.

CONFIDENTIAL



**GT TECHNOLOGIES, INC.**
**CODE OF BUSINESS CONDUCT AND ETHICS**

I acknowledge that I have read, understand, and will comply with this Code of Business Conduct and Ethics. I know of no violations of applicable laws, rules, regulations or the Code of Business Conduct and Ethics that have not already been reported to the Company. I understand that the Company will not allow retaliation for reports made in good faith of such violations.

_____          _____

Employee Signature                                                           Date

_____

Employee Name *(Please Print)*

Please sign this page and return it to your Human Resources representative.