

5859 Executive Drive
Westland, MI 48185-1932
(734) 467-8371

October 3, 2022

**Notice to All Employees:**

I am pleased to remind you that the company has an Employee Hotline for reporting confidential feedback or suspected violations of the company's Code of Conduct. Unsafe, illegal, potentially illegal or unethical behavior can be a threat to our company. That is why it is important that you make the company aware of any suspected violations of this nature you may become aware of. Ideally it is best to raise your concerns with your supervisor or senior management. However, we realize that this may be uncomfortable for some people. That is why we are providing you with the Employee Hotline.

The Employee Hotline is managed by The Network, an outside vendor hired by the company. It is an independent reporting service that allows you to communicate your concerns anonymously and confidentially by telephone or via internet, 24 hours a day, 7 days a week. To report any suspected violations, you can call 855-387-2498 to reach a Network representative or via internet at www.reportlineweb.com/gttechnologies.

If you have any questions or concerns, please feel free to contact Amy McCorry, HR Manager at amccorry@gttechnologies.com

Dan Brinker
President

DEFENDANT'S EXHIBIT 10

CONFIDENTIAL                                                                 DEF 000142