

5859 Executive Drive
Westland, MI 48185-1932
(734) 467-8371

October 3, 2022

**Notice to All Applicants and Employees:**

GT Technologies, Inc. is an equal opportunity/affirmative action employer. To this end, GT Technologies, Inc. maintains affirmative action plans for minorities and women, the disabled, and Vietnam era and special disabled veterans.

These plans, or portions thereof, may be reviewed by applicants and employees. Please contact Amy McCorry, HR Manager, at amccorry@gttechnologies.com should you wish to peruse the plans.

*Daniel J. Brinker*

Dan Brinker
President

DEFENDANT'S EXHIBIT 11

CONFIDENTIAL                                                    DEF 000145



5859 Executive Drive
Westland, MI 48185-1932
(734) 467-8371

October 3, 2022

**Notice to All Applicants and Employees:**

1. It is the policy of GT Technologies, Inc. not to discriminate in any of its employment practices on the basis of race, color, sex, national origin, creed, age, Vietnam era veteran status or non-job related physical or mental handicap, as prohibited by Federal civil rights legislation or on any other basis prohibited by any other applicable law. This prohibition on discrimination applies to all aspects of employment, including but not limited to recruitment, hiring, firing, promotion, assignment, compensation, including fringe benefits, employee discipline, and other terms and conditions of employment. It is the responsibility of all employees of GT Technologies, Inc., supervisory and non-supervisory, to adhere to this policy and to use all reasonable efforts to further its goals and spirit.

2. Sexual harassment is a form of unlawful discrimination based on sex. It may also violate other laws (for example, criminal assault). Any form of unlawful discrimination to which this policy applies is a very serious matter and will not be tolerated at GT Technologies, Inc. Because there is often a great deal of confusion about sexual harassment, however, it is described more fully here.

3. Sexual harassment, includes, but is not limited to unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature. Such conduct is unlawful discrimination based on sex when submission to such conduct is explicitly or implicitly a requirement of the individual's employment, or used as a basis for any employment decision concerning that individual, or when such conduct has the purpose or effect of unreasonably interfering with the individual's work performance or creating an intimidating, hostile or offensive work environment. Such behavior is prohibited by the Civil Rights Act of 1964, by the regulatory guidelines of the Equal Employment Opportunity Commission, by applicable State and local law and by the policy of GT Technologies, Inc.

4. Sexual harassment will not be condoned by GT Technologies, Inc. Employees are absolutely prohibited from engaging in it. Supervisory employees are instructed to use all reasonable means to become aware of whether employees are being subjected to sexual harassment. Any supervisory employee, employee with authority for personnel matters, or other agent or officer of GT Technologies, Inc., who knows or should know that any GT Technologies, Inc. employee is being subjected to sexual harassment, must take immediate corrective action and must report that fact to Corporate Human Resources.

5. Appropriate disciplinary measures will be taken against any employee who causes, engages in, encourages, condones or otherwise permits unlawful sexual harassment, as well as supervisory or other responsible employees who fail to take corrective action as provided in paragraph 4. Such conduct may be grounds for dismissal from employment.

6. Any employee, male or female, who believes that he or she has been the victim of sexual harassment by an employee, supervisor, or any other person in connection with his or her employment at GT Technologies, Inc., should report such incident to the site Human Resources Manager, Corporate Human Resources, or myself. Reports of sexual harassment will be kept as confidential as possible, recognizing that some disclosure may be necessary for the purpose of corrective action. GT Technologies, Inc. will promptly investigate all allegations of sexual harassment. If, upon investigation, it is found that the complaint is valid, immediate, appropriate disciplinary action will be taken, up to and including termination.

*Daniel J. Brinker*

Dan Brinker
President

CONFIDENTIAL                                                                                   DEF 000146



5859 Executive Drive
Westland, MI 48185-1932
(734) 467-8371

October 3, 2022

## REAFFIRMATION OF POLICY

GT Technologies, Inc. will provide equal employment opportunity to all persons regardless of race, religion, color, sex, age, national origin, ancestry or on any other basis prohibited by law. Our Policy of Nondiscrimination extends to all terms and conditions of employment which include (but are not limited to): compensation, hours, recruitment, selection, assignment, evaluation, promotion, discipline and termination. Training, education, tuition aid, social and recreational programs shall likewise continue to be administered on a nondiscriminatory basis.

Furthermore, GT Technologies, Inc. is committed to maintaining a working atmosphere free from discriminatory harassment, intimidation, or insult. Such activities will <u>not</u> be tolerated.

GT Technologies, Inc. will investigate all allegations of harassment in as prompt and confidential a manner as possible and will take appropriate corrective action when warranted. Any employee who is found, as a result of such an investigation, to have engaged in harassment or discrimination in violation of this policy will be subject to appropriate disciplinary action, up to and including termination of employment. Furthermore, retaliation in any form against an employee or applicant who exercises his or her right to make a complaint under this policy or who cooperates in the investigation of any such complaint is strictly prohibited, and will itself be cause for appropriate disciplinary action.

The Corporate Human Resources Department is responsible for coordinating, monitoring and reviewing the effectiveness of the Affirmative Action Programs of the Company's various establishments. In addition, however, it will be the responsibility of each member of the management staff to continue to work to assure a continuance of the Company's policy of equality of employment for all persons on the basis of individual merit.

Dan Brinker
President

CONFIDENTIAL                                                                 DEF 000144



5859 Executive Drive  
Westland, MI 48185-1932  
(734) 467-8371

October 3, 2022

**STATEMENT OF POLICY**

To further its goal of equal employment opportunity for all employees and prospective employees without regard to race, color, religion, sex (unless sex is a bonafide occupational requirement), age, national origin, disability, or any other basis prohibited by applicable law the Corporation states as its policy the following:

It will be the policy of GT Technologies, Inc., in accordance with all applicable laws, to recruit, hire, train, and promote persons in all job titles without regard to race, color, religion, sex, age, disability, or national origin, or any other basis prohibited by applicable law.

All employment decisions shall be consistent with the principle of equal employment opportunity, and only valid qualifications will be required.

All personnel actions, such as compensation, benefits, transfers, social and recreational programs, will be administered without regard to race, color, religion, sex, sexual orientation, age, disability, or nation origin, or any other basis prohibited by applicable law.

To assure compliance with the plan, Amy McCorry, HR Manager, has been designated to administer and monitor the plan and make reports to Senior Management. The Plan is available for inspection in accordance with applicable regulations.

*Daniel J. Brinker* (signature)

Dan Brinker  
President

CONFIDENTIAL                                                                                       DEF 000143