

## Associate Conduct Policy

Associates of GT Technologies are required to help maintain a professional image for the Company. Associates should report to work clean and neatly groomed each day, refrain from using profane or offensive language and treat co-workers with dignity and respect.

Rules and standards of conduct have been established to protect the health and safety of all Associates and to protect the Company's reputation and property.

The following list includes, but does not limit, the major items which are considered harmful to the best interests of the Company and/or its Associates:

- Participating in any conversation that is considered harmful to our products, services or business;
- Violating Company policies;
- Falsifying time cards or any other Company records;
- Refusing to perform assigned duties;
- Stealing from customers, other Associates or the Company;
- Willful destruction of Company property, or of the property of a fellow Associate;
- Deliberately misusing Company resources (supplies, equipment, materials, vehicles, etc.);
- Fighting on Company property;
- Visiting, loitering, loafing, lounging or sleeping during scheduled working hours, or leaving the work area without permission of your Supervisor;
- Excessive absenteeism or tardiness; or
- Violation of safety rules

Associates who violate any Company rule or regulation will be disciplined fairly, consistently and in proportion to the seriousness of the circumstances. This may include disciplinary action, up to and including, termination.

## Unsatisfactory Behavior and/or Conduct

All Associates are expected to comply with the Company's policies and standards of conduct and behavior. Any noncompliance with these standards must be corrected.

The Company reserves the right to take corrective action in any manner it sees fit, up to and including termination.

Most offenses will be dealt with according to a progressive disciplinary procedure (as described on the following page), in which the Associate is provided with warning notices of unsatisfactory conduct or behavior and given an opportunity to improve. However, a single instance of a serious offense may result in immediate termination, without warning. Serious offenses include, but are not limited to, actions or behaviors that threaten the health and/or safety of Associates or customers, harassment of co-workers or customers, theft of Company property, and deliberate falsification of Company records.

## Disciplinary Action

This list provides examples of violations to Company policies that will result in disciplinary action. This is not an all-inclusive list. In cases of severe or repeated infractions of Company rules, the Company reserves the right to deal with individual Associates according to the seriousness of their offense.

Associates will be subject to disciplinary action for any of the following offenses:



**Disciplinary Action for Offenses #1-8:**

    FIRST OFFENSE:    Verbal warning
    SECOND OFFENSE:    Written warning
    THIRD OFFENSE:    Final warning with or without an unpaid suspension
    FOURTH OFFENSE:    Discharge

1. Unacceptable quality or quantity of work.
2. Failure to observe parking and traffic regulations on premises.
3. Excessive tardiness, absenteeism or unauthorized absence (refer to Attendance Policy).
4. Failure or refusal to work reasonable overtime.
5. Failure to punch or otherwise properly complete the Time Card/Attendance Record, and/or not turning it in to the supervisor at the end of day.
6. Loitering on the premises after working hours or around the plant at other than working hours. ("Working hours" is defined as the regularly scheduled working hours plus approved overtime. A total of 15 minutes will be allowed prior to or after the working hours).
7. Failure to observe the no-smoking regulations.
8. Failure to be at assigned workstation at the beginning of the work shift (includes returning from breaks and lunch); or stopping work before the end of the shift. Failure to use Badge to enter or exit the building. Punching in more than 7 minutes before the start of shift.

**Disciplinary Action for Offenses #9-20:**

    FIRST OFFENSE:    Written warning
    SECOND OFFENSE:    Final warning with or without an unpaid suspension
    THIRD OFFENSE:    Discharge

9. Engaging in horseplay, running or throwing objects.
10. Posting, altering or removing matter from the bulletin boards or other Company property unless specifically authorized. This includes defacing or marking on walls of other property.
11. Violating a safety rule or practice.
12. Failure to report an injury to your supervisor or Human Resources at time of occurrence.
13. Unauthorized use of the badge, including allowing another individual to use issued badge, and/or granting entry to unauthorized individuals and/or granting entry to unauthorized individuals (i.e., propping doors open).
14. Personal negligence or inattention, resulting in damage to material, tools, equipment or property.
15. Failure to report to the Company-specified physician when instructed to do so.
16. Wasting time, loitering or leaving the work area and/or workstation without permission during work hours.
17. Using offensive, profane, abusive or threatening language toward fellow Associates and/or Company management (this includes harassment of any sort); intimidating, coercing or interfering with fellow Associates during working hours.
18. Making and/or distributing false, vicious or malicious statements about any Associate, the Company or its products.
19. Unauthorized and inappropriate use of the Company's computer system.
20. Continuous replacement of Badge. On the third request to replace a Badge, a written warning will be issued and appropriate disciplinary action taken. After the third request, the employee will be required to pay a fee for each additional badge.

**Disciplinary Action for Offenses #21-28:**

    FIRST OFFENSE:    Final warning with or without an unpaid suspension
    SECOND OFFENSE:    Discharge

21. Possession, use or being under the influence of alcohol or illegal substances on Company premises. (NOTE: in addition to a written warning, the disciplinary action for the first offense may include referral for counseling and enrollment in a rehabilitation program).

22. Leaving the plant during work shift without permission.

23. Sleeping during working hours.

24. Gambling on Company premises.

25. Making solicitations or distributions during working time without prior approval from the Human Resources Manager or the Plant Manager.

26. Producing products that result in a significant dollar loss due to scrap, re-work, pick-out and/or causing additional production hours or missed schedules.

27. Refusal to follow supervisor's instructions or intentional failure to perform the work assigned.

28. Immoral or indecent conduct on Company premises.

**Disciplinary Action for Offenses #29-36:**

    FIRST OFFENSE:    Immediate discharge

29. Deliberate acts involving damage to Company or Associate property or deliberately restricting work output.

30. Provoking, instigating or participating in a fight, or assaulting a fellow Associate or non-Associate while on Company premises (this includes pushing, grabbing, scuffling with or physically handling another Associate or non-Associate in a threatening manner).

31. Absent for three (3) or more consecutive work days without notifying the Company as to the reason or intention (no call/no show) will be considered a voluntary resignation.

32. Falsifying Company records or reports, including time cards, production counts, personnel records and/or medical records.

33. Possession of firearms, explosives or other weapons on Company property without proper legal documentation.

34. Theft of any Company or Associate property.

35. Engaging in sabotage or espionage.

36. Any criminal offense committed on Company property, including attempts to buy or sell illegal substances of any kind.

REPEATED OFFENSES: The accumulation by an Associate of any four (4) written warnings (including documented verbal warnings), for violating Company rules or regulations during any twelve (12) month period may be cause for discharge. Also, the fourth offense of a specific rule will result in automatic discharge. Repeated absences will follow the disciplinary procedures outlined in the Attendance Policy.

Although all disciplinary warnings will become a permanent part of the Associate's record, warnings older than one (1) year will not be considered in any current situation.