

## PERFORMANCE WARNING NOTICE

| QUENNEL JACKSON | | FAC MAINT TECH | 1st | | |
|---|---|---|---|---|---|
| Employee Name | Date of Hire | Job Title | Shift | Emp.# | Dept.# |

This is a written description of unsatisfactory performance in accordance with the Rules of Conduct.

Rule[s] involved [No.] __1__    Date[s] of occurrence __8/22/23__

Description of unsatisfactory performance:

7 HRS TO CONDUCT 1 HR WORK SCOPE (8HR SHIFT NOT CAPTURED IN DOCUMENTATION)

**Employee comments if any:**

Required corrective action: NO OT FOR 30 DAYS WHILE PROVING/DOCUMENTING PROPER USE OF TIME DURING REGULAR SHIFT

Time period for corrective action __30 DAYS__   Date for follow up discussion __9/22/23__

In consideration of the above, the following action is being taken:

[X] Verbal Warning            [ ] Final Warning with suspension of ____ days beginning on ____ ending on ____
[ ] Written Warning           [ ] Discharge

I understand that improvement is required or further disciplinary action will result.

REFUSED TO SIGN

Employee Signature                       Date

Supervisor: *Jason P Felger*             Date of Discussion: 8/23/23

**DEFENDANT'S EXHIBIT 13**

Witness: _____ Title: _____ Date: _____
(When appropriate)

Reviewed by: *Jason P Felger*           8/23/23
Department Manager                       Date

*Erin Wadl*                              8/23/23

| RMF165-11 | Date: 5/19/20 | Rev: 01 | ECL: N/A | Approved By: Human Resources |
|---|---|---|---|---|
| File: C:\Users\JFelger\Documents\2023\HR\RMF165-11 Performance Warning Notice-BLANK.docx | | | | Page 1 of 1 DEF 000154 |