TO HR                Aug 25, 2023

This is my true statement. Which will clear all False Allegations against me. This shows me the Maintenance Supervisor is Discriminating me of my work ethics. If this type of behavior continues with GT Maintenance Supervisor under the act of False Statements Toward Formal Employee (Quennel Jackson). In Future, Further Action will be taken apon such! This Discriminatating a Black Employee that works as a Maintenance Fabricator Welder Engineer of GT Technologies! As Stated Below here are the Work Orders Listed Below that was completed
   Next Page 2

                    Quennel Jackson

| Work Order | Code | Description | Notes |
|---|---|---|---|
| 12353 | M129 | Hydromat #3 | |
| 12355 | M21 | PS31 Assembler/Grader | |
| 12442 | M79 | Godzilla | |
| 12444 | M53 | LH Automated Fulgrum | |
| 12449 | M129 | Hydromat #3 | SAT 8/19 |
| 12445 | M129 | Hydromat #3 | |
| 12450 | MP1 | Maintenance Project | MON 8/21 |
| 12384 | M5 | DI Water Tank Set | |
| 12435 | FR10 | Women Restroom Glasshouse | |
| 12440 | FR9 | Men Restroom Glasshouse | |
| 12459 | M45 | Seat Grinder #2 | |
| 12497 | M130 | 2022 RDF Swarf Briquette | |

                    Quennel Jackson

DEFENDANT'S EXHIBIT 14

DEF 000155