## CMMS Security Log for 8/19/2023

| Login | Date | Time ▲ | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| PFletcher | 8/19/2023 | 12:15:37 | WO | 2 - Edited | 12352 | Work Order No. 12352 was edited on | LAPTOP-47O22B |
| PFletcher | 8/19/2023 | 13:36:40 | WO | 2 - Edited | 12352 | Changes made to Part History for | LAPTOP-47O22B |
| PFletcher | 8/19/2023 | 13:36:40 | WO | 2 - Edited | 12352 | Changes made to Labor History for | LAPTOP-47O22B |
| PFletcher | 8/19/2023 | 13:36:40 | WO | 2 - Edited | 12352 | Work Order No. 12352 was edited on | LAPTOP-47O22B |
| PFletcher | 8/19/2023 | 14:30:24 | WO | 2 - Edited | 12352 | Changes made to Part History for | LAPTOP-47O22B |
| PFletcher | 8/19/2023 | 14:30:24 | WO | 2 - Edited | 12352 | Changes made to Labor History for | LAPTOP-47O22B |
| PFletcher | 8/19/2023 | 14:30:24 | WO | 2 - Edited | 12352 | Work Order No. 12352 was edited on | LAPTOP-47O22B |
| PFletcher | 8/19/2023 | 14:32:59 | WO | 2 - Edited | 12349 | Changes made to Part History for | LAPTOP-47O22B |
| PFletcher | 8/19/2023 | 14:32:59 | WO | 2 - Edited | 12349 | Changes made to Labor History for | LAPTOP-47O22B |
| PFletcher | 8/19/2023 | 14:32:59 | WO | 2 - Edited | 12349 | Work Order No. 12349 was edited on | LAPTOP-47O22B |
| QJackson | 8/19/2023 | 14:55:08 | WO | 1 - Created | 12353 | Work Order No. 12353 was created | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 20:06:01 | WO | 2 - Edited | 12353 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 20:06:01 | WO | 2 - Edited | 12353 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 20:06:01 | WO | 2 - Edited | 12353 | Work Order No. 12353 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 20:15:12 | WO | 1 - Created | 12354 | Work Order No. 12354 was created | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 22:32:18 | WO | 1 - Created | 12355 | Work Order No. 12355 was created | LAPTOP-6L5LSE |

DEFENDANT'S
EXHIBIT

**15**

DEF 000156

## CMMS Security Log for 8/19/2023

| Login | Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| DMay | 8/19/2023 | 22:33:13 | WO | 2 - Edited | 12344 | Changes made to Part History for | LAPTOP-TI099V |
| DMay | 8/19/2023 | 22:33:13 | WO | 2 - Edited | 12344 | Changes made to Labor History for | LAPTOP-TI099V |
| DMay | 8/19/2023 | 22:33:13 | WO | 2 - Edited | 12344 | Work Order No. 12344 was edited on | LAPTOP-TI099V |
| DMay | 8/19/2023 | 22:35:35 | WO | 1 - Created | 12356 | Work Order No. 12356 was created | LAPTOP-TI099V |
| QJackson | 8/19/2023 | 22:36:28 | WO | 2 - Edited | 12353 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 22:36:28 | WO | 2 - Edited | 12353 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 22:36:28 | WO | 2 - Edited | 12353 | Work Order No. 12353 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 22:44:33 | WO | 1 - Created | 12357 | Work Order No. 12357 was created | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 23:08:36 | WO | 1 - Created | 12358 | Work Order No. 12358 was created | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 23:08:54 | WO | 2 - Edited | 12353 | Work Order No. 12353 was edited on | LAPTOP-6L5LSE |
| DMay | 8/19/2023 | 23:19:35 | WO | 2 - Edited | 12356 | Changes made to Part History for | LAPTOP-TI099V |
| DMay | 8/19/2023 | 23:19:35 | WO | 2 - Edited | 12356 | Changes made to Labor History for | LAPTOP-TI099V |
| DMay | 8/19/2023 | 23:19:35 | WO | 2 - Edited | 12356 | Work Order No. 12356 was edited on | LAPTOP-TI099V |
| PWoodard | 8/19/2023 | 23:20:34 | WO | 1 - Created | 12358 | Work Order No. 12358 was created | LAPTOP-N03OA |
| PWoodard | 8/19/2023 | 23:23:36 | WO | 1 - Created | 12360 | Work Order No. 12360 was created | LAPTOP-N03OA |
| PWoodard | 8/19/2023 | 23:23:56 | WO | 2 - Edited | 12358 | Work Order No. 12358 was edited on | LAPTOP-N03OA |

DEF 000157