| Login | Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| QJackson | 8/19/2023 | 14:55:08 | WO | 1 - Created | 12353 | Work Order No. 12353 was created | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 20:06:01 | WO | 2 - Edited | 12353 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 20:06:01 | WO | 2 - Edited | 12353 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 20:06:01 | WO | 2 - Edited | 12353 | Work Order No. 12353 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 22:36:28 | WO | 2 - Edited | 12353 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 22:36:28 | WO | 2 - Edited | 12353 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 22:36:28 | WO | 2 - Edited | 12353 | Work Order No. 12353 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/19/2023 | 23:08:54 | WO | 2 - Edited | 12353 | Work Order No. 12353 was edited on | LAPTOP-6L5LSE |
| PFletcher | 8/21/2023 | 07:52:22 | WO | 2 - Edited | 12353 | Changes made to PM History for | LAPTOP-47O22B |
| PFletcher | 8/21/2023 | 07:52:22 | WO | 2 - Edited | 12353 | Work Order No. 12353 was edited on | LAPTOP-47O22B |
| JWhite | 8/21/2023 | 07:52:23 | WO | 2 - Edited | 12353 | Work Order No. 12353 was edited on | LAPTOP-AQSOO |
| PFletcher | 8/21/2023 | 10:15:42 | WO | 2 - Edited | 12353 | Changes made to Part History for | LAPTOP-47O22B |
| PFletcher | 8/21/2023 | 10:15:42 | WO | 2 - Edited | 12353 | Changes made to Labor History for | LAPTOP-47O22B |
| PFletcher | 8/21/2023 | 10:15:42 | WO | 2 - Edited | 12353 | Work Order No. 12353 was edited on | LAPTOP-47O22B |
| JFelger | 8/21/2023 | 11:17:03 | WO | 2 - Edited | 12353 | Work Order No. 12353 was edited on | FGP0262 |

DEFENDANT'S EXHIBIT 16

DEF 000158

\GT TLH\Plant

## Work Order #: 12353

| | | | |
|---|---|---|---|
| Issued: | 8/19/2023 | | M129 - HYDROMAT #3 Ohio |
| Completed: | 8/21/2023 | | |
| (no meter) | | (no meter) 0 | Type: |
| Vendor: | | Unit #: M129 | Operator: , |
| Assigned To: | Fletcher, | Tag #: | Serial #: |
| Notes: | | | |

| Repair Maintenance | Type | Cost |
|---|---|---|
| ☒ Maintenance | Secondary Reque | $0.00 |
|    STOPPED UP FILTERS busted hose | | |
| Total: | | $0.00 |

| Labor | Description | Hours | Rate | Cost |
|---|---|---|---|---|
| Fletcher, Pat | pulled chip conveyor/coolant tank and replaced busted coolant hose | 1.5 | $0.00 | $0.00 |
| White, James | assist with hose replacement | 1.5 | $0.00 | $0.00 |
| Total: | | | | $0.00 |

**Technician Notes:**

| | |
|---|---|
| PM: | $0.00 |
| Repairs: | $0.00 |
| Parts: | $0.00 |
| Labor: | $0.00 |
| Custom | $0.00 |
| Taxes: | $0.00 |
| **TOTAL:** | **$0.00** |

*** End Work Order # ***
**12353**