| Login | Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| QJackson | 8/19/2023 | 22:32:18 | WO | 1 - Created | 12355 | Work Order No. 12355 was created | LAPTOP-6L5LSE |

DEFENDANT'S EXHIBIT 17

DEF 000160