| Login | Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| QJackson | 8/22/2023 | 06:44:14 | WO | 1 - Created | 12442 | Work Order No. 12442 was created | LAPTOP-6L5L |
| QJackson | 8/22/2023 | 06:49:34 | WO | 2 - Edited | 12442 | Work Order No. 12442 was edited on | LAPTOP-6L5L |
| QJackson | 8/22/2023 | 07:05:51 | WO | 2 - Edited | 12442 | Changes made to Part History for | LAPTOP-6L5L |
| QJackson | 8/22/2023 | 07:05:52 | WO | 2 - Edited | 12442 | Changes made to Labor History for | LAPTOP-6L5L |
| QJackson | 8/22/2023 | 07:05:52 | WO | 2 - Edited | 12442 | Work Order No. 12442 was edited on | LAPTOP-6L5L |

DEFENDANT'S
EXHIBIT

**18**

DEF 000161

*\GT TLH\Plant*

## Work Order #:   12442

| | | | | |
|---|---|---|---|---|
| Issued: | 8/22/2023 | | | *Godzilla* |
| Completed: | 8/19/2023 | (no meter) 1 | Type: | |
| (no meter) | 1 | Unit #:    M79 | Operator: , | |
| Vendor: | | Tag #: | Serial #:   custom | |
| Assigned To: | Jackson, Quennel | | | |
| Notes: | | | | |

| Repair Maintenance | Type | Cost |
|---|---|---|
| ☒ Maintenance | WO Creation | $0.00 |
| **Total:** | | **$0.00** |

| Labor | Description | Hours | Rate | Cost |
|---|---|---|---|---|
| Jackson, Quennel | had to take bearing top cover off , were the bearings travel had to shave back 1" on the cover inorder for the trasition of the bearing to travel | 0.3 | $0.00 | $0.00 |
| **Total:** | | | | **$0.00** |

**Technician Notes:** _____

_____

| | |
|---|---|
| PM: | $0.00 |
| Repairs: | $0.00 |
| Parts: | $0.00 |
| Labor: | $0.00 |
| Custom | $0.00 |
| Taxes: | $0.00 |
| **TOTAL:** | **$0.00** |

### *** End Work Order # ***
### 12442

DEF 000162