| Login | Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| QJackson | 8/22/2023 | 07:07:28 | WO | 1 - Created | 12444 | Work Order No. 12444 was created | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 07:07:50 | WO | 2 - Edited | 12444 | Work Order No. 12444 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 07:58:44 | WO | 2 - Edited | 12444 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 07:58:44 | WO | 2 - Edited | 12444 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 07:58:44 | WO | 2 - Edited | 12444 | Work Order No. 12444 was edited on | LAPTOP-6L5LSE |

DEFENDANT'S EXHIBIT 19

DEF 000163

*\GT TLH\Plant*

## Work Order #:  12444

| | | | | |
|---|---|---|---|---|
| **Issued:** | 8/22/2023 | | **LH Automated Fulcrum** | |
| **Completed:** | 8/19/2023 | | | |
| | 1 | Unit #: 1 | Type: | |
| | | Tag #: M53 | Operator: , | |
| **Vendor:** | | | Serial #: | |
| **Assigned To:** | Jackson, Quennel | | | |
| **Notes:** | | | | |

| Repair Maintenance | | Type | Cost |
|---|---|---|---|
| ☒ Maintenance | | WO Creation | $0.00 |
| **Total:** | | | **$0.00** |

| Labor | Description | Hours | Rate | Cost |
|---|---|---|---|---|
| Jackson, Quennel | there was problems with #9 station cylinder on to were sticking , and the inline track was hanging up, the prox on inline was down to close to part not allowing to keep up in the track. the other side was allowing double to fall down to were it was crashing | 3 | $0.00 | $0.00 |
| **Total:** | | | | **$0.00** |

**Technician Notes:**

| | |
|---|---|
| PM: | $0.00 |
| Repairs: | $0.00 |
| Parts: | $0.00 |
| Labor: | $0.00 |
| Custom | $0.00 |
| Taxes: | $0.00 |
| **TOTAL:** | **$0.00** |

### *** End Work Order # ***
### 12444