| Login | Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| QJackson | 8/22/2023 | 07:59:41 | WO | 1 - Created | 12449 | Work Order No. 12449 was created | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 08:01:15 | WO | 2 - Edited | 12449 | Changes made to PM History for | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 08:01:15 | WO | 2 - Edited | 12449 | Work Order No. 12449 was edited on | LAPTOP-6L5LSE |
| JFelger | 8/22/2023 | 08:46:40 | WO | 2 - Edited | 12449 | Work Order No. 12449 was edited on | FGP0262 |
| QJackson | 8/22/2023 | 11:00:29 | WO | 2 - Edited | 12449 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 11:00:30 | WO | 2 - Edited | 12449 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 11:00:30 | WO | 2 - Edited | 12449 | Work Order No. 12449 was edited on | LAPTOP-6L5LSE |

DEFENDANT'S EXHIBIT 20

DEF 000165

*\GT TLH\Plant*

## Work Order #: 12449

| | | | |
|---|---|---|---|
| **Issued:** | 8/22/2023 | | **M129 - HYDROMAT #3 Ohio** |
| **Completed:** | 8/19/2023 | | |
| **(no meter)** | | (no meter) 0 | Type: |
| **Vendor:** | | Unit #: M129 | Operator: , |
| | | Tag #: | Serial #: |
| **Assigned To:** | Jackson, Quennel | | |
| **Notes:** | Secure your number but then go back and populate with note for reason you created work order! the resaon for work order is because work oder not saving into system it kick back out | | |

| **Repair Maintenance** | **Type** | **Cost** |
|---|---|---|
| ☒ Maintenance | WO Creation | $0.00 |
| **Total:** | | **$0.00** |

| **Labor** | **Description** | **Hours** | **Rate** | **Cost** |
|---|---|---|---|---|
| Jackson, Quennel | repair oil line | 2.5 | $0.00 | $0.00 |
| **Total:** | | | | **$0.00** |

**Technician Notes:**

| | |
|---|---|
| PM: | $0.00 |
| Repairs: | $0.00 |
| Parts: | $0.00 |
| Labor: | $0.00 |
| Custom | $0.00 |
| Taxes: | $0.00 |
| **TOTAL:** | **$0.00** |

### *** End Work Order # ***
### 12449