| Login | Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| PFletcher | 8/22/2023 | 07:22:43 | WO | 1 - Created | 12445 | Work Order No. 12445 was created | LAPTOP-47O228 |
| PFletcher | 8/22/2023 | 07:25:11 | WO | 2 - Edited | 12445 | Work Order No. 12445 was edited on | LAPTOP-47O228 |
| PFletcher | 8/22/2023 | 08:16:34 | WO | 2 - Edited | 12445 | Changes made to Part History for | LAPTOP-47O228 |
| PFletcher | 8/22/2023 | 08:16:34 | WO | 2 - Edited | 12445 | Changes made to Labor History for | LAPTOP-47O228 |
| PFletcher | 8/22/2023 | 08:16:34 | WO | 2 - Edited | 12445 | Work Order No. 12445 was edited on | LAPTOP-47O228 |

DEFENDANT'S EXHIBIT 21

DEF 000167

*\GT TLH\Plant*

**Work Order #:   12445**

| | | |
|---|---|---|
| Issued: | 8/22/2023 | POLARIS ASSY STA7 |
| Completed: | 8/22/2023 | |

Unit #: 0
Tag #: M91

Type:
Operator:  ,
Serial #:

**Vendor:**
**Assigned To:**   Fletcher, Pat
**Notes:**

| Repair Maintenance | Type | Cost |
|---|---|---|
| ☒ Maintenance | WO Creation | $0.00 |
| station 1 faulted out | | |
| **Total:** | | **$0.00** |

| Labor | Description | Hours | Rate | Cost |
|---|---|---|---|---|
| Fletcher, | adjusted brg prox present on station 1 | 0.75 | $0.00 | $0.00 |
| **Total:** | | | | **$0.00** |

**Technician Notes:**

| | |
|---|---|
| PM: | $0.00 |
| Repairs: | $0.00 |
| Parts: | $0.00 |
| Labor: | $0.00 |
| Custom | $0.00 |
| Taxes: | $0.00 |
| **TOTAL:** | **$0.00** |

*** End Work Order # ***
12445

DEF 000168