| Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|
| QJackson 8/22/2023 | 08:53:34 | WO | 1 - Created | 12450 | Work Order No. 12450 was created | LAPTOP-6L5LSE |
| QJackson 8/22/2023 | 08:56:46 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson 8/22/2023 | 09:40:45 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson 8/22/2023 | 13:31:39 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson 8/23/2023 | 07:14:49 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson 8/23/2023 | 11:18:14 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson 8/23/2023 | 11:18:14 | WO | 2 - Edited | 12450 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson 8/23/2023 | 11:18:14 | WO | 2 - Edited | 12450 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson 8/23/2023 | 11:19:09 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson 8/23/2023 | 11:19:09 | WO | 2 - Edited | 12450 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson 8/23/2023 | 11:19:09 | WO | 2 - Edited | 12450 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson 8/23/2023 | 14:30:50 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson 8/23/2023 | 14:30:50 | WO | 2 - Edited | 12450 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson 8/23/2023 | 14:30:50 | WO | 2 - Edited | 12450 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson 8/24/2023 | 06:38:54 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| | | | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |

(Identification = 12450)

DEFENDANT'S EXHIBIT 22

DEF 000169

| ogin | Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| QJackson | 8/23/2023 | 11:19:09 | WO | 2 - Edited | 12450 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson | 8/23/2023 | 11:19:09 | WO | 2 - Edited | 12450 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson | 8/23/2023 | 11:19:09 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/23/2023 | 14:30:50 | WO | 2 - Edited | 12450 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson | 8/23/2023 | 14:30:50 | WO | 2 - Edited | 12450 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson | 8/23/2023 | 14:30:50 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/24/2023 | 06:38:54 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/24/2023 | 14:34:19 | WO | 2 - Edited | 12450 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson | 8/24/2023 | 14:34:19 | WO | 2 - Edited | 12450 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson | 8/24/2023 | 14:34:19 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/24/2023 | 14:37:23 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| JFelger | 8/24/2023 | 16:07:40 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | FGP0262 |
| QJackson | 8/25/2023 | 06:34:33 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/25/2023 | 08:17:45 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/25/2023 | 10:07:23 | WO | 2 - Edited | 12450 | Work Order No. 12450 was edited on | LAPTOP-6L5LSE |

✓ (Identification = 12450)

DEF 000170

**Location**   \GT TLH\Plant

## Work Order #:   12450

| | | | | |
|---|---|---|---|---|
| **Issued:** | 8/22/2023 | | | *MP1 - MAINTENANCE PROJECT* |
| **Completed:** | | | | |
| (no meter) | | (no meter) 0 | | Type: |
| | | Unit #:   MP1 | | Operator: , |
| **Vendor:** | | Tag #: | | VIN #: |
| **Assigned To:** | Jackson, Quennel | | | |

**Notes:**   project contiues tommorow
JHA is not for describing scope of work. It is an assessment of safety risks present in the job and what your are doing to protect yourself and lo risk. As trained previously, this would mean assessing the risk as 1 through 3, stating steps to lower the risk, then post assessing to determine of risk present after lowering the risk (again 1 through 3 as low, moderate, or high). The attached JHA is incorrectly filled out and not mitigating risks at all. In addition, a new JHA needs to be completed each time you return to an on-hold WO to return to "in-progress" as the risks may ha changed since previous involvement. In the case of this work order specifically, as of today (8/24/23), there should have been 3 JHA's 8/22, 8/ 8/24. See me to be retrained on the JHA process prior to continuing the work scope.
work order is put on hold . Due to the fact had a safety issue on roof top unit #6 water running back down inside glass house building

| Repair Maintenance | | Type | Cost |
|---|---|---|---|
| Maintenance | | WO Creation | $0.00 |
| **Total:** | | | **$0.00** |

| Labor | Description | Hours | Rate | Cost |
|---|---|---|---|---|
| Jackson, Quennel | worked on projects taking measurements of getting the right high, and right lenght, for the converyor 08/22/2023 | | $0.00 | $0.00 |
| Jackson, Quennel | material was cut 54"sq tube,4qty 2'sq tubing,2qty, 2pc of channel 4"x28.5 everything was cut on bandsaw | 8 | $0.00 | $0.00 |
| Jackson, Quennel | sheet of 8x4 was used to cut out bottom oil catch pan | 8 | $0.00 | $0.00 |
| **Total:** | | | | **$0.00** |

**Technician Notes:**

### *** End Work Order # ***
### 12450