| Login | Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| JWhite | 8/21/2023 | 06:20:05 | WO | 1 - Created | 12384 | Work Order No. 12384 was created | FGP0262 |
| JWhite | 8/21/2023 | 06:20:40 | WO | 2 - Edited | 12384 | Work Order No. 12384 was edited on | FGP0262 |
| QJackson | 8/22/2023 | 09:14:55 | WO | 2 - Edited | 12384 | Work Order No. 12384 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 09:30:27 | WO | 2 - Edited | 12384 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 09:30:27 | WO | 2 - Edited | 12384 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 09:30:27 | WO | 2 - Edited | 12384 | Work Order No. 12384 was edited on | LAPTOP-6L5LSE |

DEFENDANT'S EXHIBIT 23

DEF 000172

*\GT TLH\Plant*

## Work Order #: 12384

**Issued:** 8/21/2023  
**Completed:** 8/22/2023  
0  
**Vendor:**  
**Assigned To:** Jackson, Quennel  
**Notes:**

Unit #: 0  
Tag #: M5  

**DI water Tank Set**

Type:  
Operator: ,  
Serial #:

| Preventive Maintenance | Type | Cost |
|---|---|---|
| ☒ Swap Out DI Water Tanks | Level 0 Legacy Li | $0.00 |

*Perform the following steps ONLY IF:*
   *Both quality indicator lights are RED*

*Swap out both tanks*
*Only hand-tighten connections*
*Replace O-ring if needed*
*Turn off water supply to tanks*
*Drain water and pressure from system using hose bib next to tanks*
*Close outfeed valve*
*Use a bucket to catch water*
*(The hoses screw off in opposite directions)*
*Tag spent canister and take down to shipping office*
*Leave visible but out of the way*
*Let materials know the tanks are ready to be swapped out by Culligan*
*Turn water inlet and outlets back on*
*Run water from hose bib until 1 light turns green*
*The other will with additional flow*
*This may take 3 to 4 large buckets*

**Total:** $0.00

| Labor | Description | Hours | Rate | Cost |
|---|---|---|---|---|
| Jackson, Quennel | check DI water both lights are still showing green. Check all screw ends on top of bottle made sure still tight | 0.8 | $0.00 | $0.00 |

**Total:** $0.00

**Technician Notes:**

PM: $0.00  
Repairs: $0.00  
Parts: $0.00  
Labor: $0.00  
Custom $0.00  
Taxes: $0.00  

**TOTAL:** $0.00

*** *End Work Order #* ***  
**12384**