Profile Permissions | User Permissions | Login History | **Security Log**

| Login | Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| JWhite | 8/22/2023 | 06:12:54 | WO | 1 - Created | 12435 | Work Order No. 12435 was created | FGP0262 |
| JWhite | 8/22/2023 | 06:13:26 | WO | 2 - Edited | 12435 | Work Order No. 12435 was edited on | FGP0262 |
| QJackson | 8/22/2023 | 09:42:00 | WO | 2 - Edited | 12435 | Work Order No. 12435 was edited on | LAPTOP-6L5L |
| QJackson | 8/22/2023 | 10:21:17 | WO | 2 - Edited | 12435 | Changes made to Part History for | LAPTOP-6L5L |
| QJackson | 8/22/2023 | 10:21:17 | WO | 2 - Edited | 12435 | Changes made to Labor History for | LAPTOP-6L5L |
| QJackson | 8/22/2023 | 10:21:18 | WO | 2 - Edited | 12435 | Work Order No. 12435 was edited on | LAPTOP-6L5L |

DEFENDANT'S EXHIBIT
**24**

DEF 000174

*\GT TLH\Plant*

## Work Order #: 12435

| | | | |
|---|---|---|---|
| **Issued:** 8/22/2023 | | **Rest Room Women** | **Glass House Locatio** |
| **Completed:** 8/22/2023 | | Unit #: 0 | Type: |
| 0 | | Tag #: FR10 | Operator: , |
| **Vendor:** | | | Serial #: |
| **Assigned To:** Jackson, Quennel | | | |
| **Notes:** scope took longer than 30mins due to the fact had to restock cart | | | |

| **Preventive Maintenance** | **Type** | **Cost** |
|---|---|---|
| ☒ TUE CLEAN (Cadillac Plan) | Level I Clean | $0.00 |

Acquire and load the designated FR janitor cart with materials, supplies to conduct scope.
Use attached Checklist for sequential step procedure to clean restroom.

NO JHA REQUIRED.
(Safety mitigation PPE is embedded in the checklist. By intialing each step, you are confirming the work completed while using the correct PPE for the task.)

External Document: C:\Users\MaintPro\Desktop\FR Clean Checklist Blank.pdf
Document Description: FR Clean Checklist Blank.pdf

**Total:** $0.00

| **Labor** | **Description** | **Hours** | **Rate** | **Cost** |
|---|---|---|---|---|
| Jackson, Quennel | clean restroom | 0.52 | $0.00 | $0.00 |
| **Total:** | | | | $0.00 |

**Technician Notes:** _____

| | |
|---|---|
| PM: | $0.00 |
| Repairs: | $0.00 |
| Parts: | $0.00 |
| Labor: | $0.00 |
| Custom | $0.00 |
| Taxes: | $0.00 |
| **TOTAL:** | **$0.00** |

### *** End Work Order # ***
### 12435