| Login | Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| JWhite | 8/22/2023 | 06:15:28 | WO | 1 - Created | 12440 | Work Order No. 12440 was created | FGP0262 |
| JWhite | 8/22/2023 | 06:15:51 | WO | 2 - Edited | 12440 | Work Order No. 12440 was edited on | FGP0262 |
| QJackson | 8/22/2023 | 11:01:18 | WO | 2 - Edited | 12440 | Work Order No. 12440 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 12:19:02 | WO | 2 - Edited | 12440 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 12:19:02 | WO | 2 - Edited | 12440 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson | 8/22/2023 | 12:19:02 | WO | 2 - Edited | 12440 | Work Order No. 12440 was edited on | LAPTOP-6L5LSE |

DEFENDANT'S EXHIBIT
25

DEF 000176

\GT TLH\Plant

## Work Order #:   12440

| | | | | |
|---|---|---|---|---|
| **Issued:** | 8/22/2023 | | **Rest Room  Men** | **Glass House Location** |
| **Completed:** | 8/22/2023 | | | |
| | 0 | Unit #: 0 | Type: | |
| **Vendor:** | | Tag #: FR9 | Operator: , | |
| | | | Serial #: | |
| **Assigned To:** | Jackson, Quennel | | | |
| **Notes:** | clean took longer than scope . due to the fact #2 stall was filled up with tissue | | | |

| **Preventive Maintenance** | **Type** | **Cost** |
|---|---|---|
| ☒ TUE CLEAN (Cadillac Plan) | Level I Clean | $0.00 |

*Acquire and load the designated FR janitor cart with materials, supplies to conduct scope.*
*Use attached Checklist for sequential step procedure to clean restroom.*

*NO JHA REQUIRED.*
*(Safety mitigation PPE is embedded in the checklist. By intialing each step, you are confirming the work completed while using the correct PPE for the task.)*

*External Document: C:\Users\MaintPro\Desktop\FR Clean Checklist Blank.pdf*
*Document Description: FR Clean Checklist Blank.pdf*

**Total:**                                                                                                      **$0.00**

| Labor | Description | Hours | Rate | Cost |
|---|---|---|---|---|
| Jackson, Quennel | clean bathroom | 1 | $0.00 | $0.00 |
| **Total:** | | | | **$0.00** |

**Technician Notes:**

| | |
|---|---|
| PM: | $0.00 |
| Repairs: | $0.00 |
| Parts: | $0.00 |
| Labor: | $0.00 |
| Custom | $0.00 |
| Taxes: | $0.00 |
| **TOTAL:** | **$0.00** |

### *** End Work Order # ***
### 12440

8/25/2023 1:24:59 PM                    Printed by JFelger                    Page 1 of 1

DEF 000177