



DEFENDANT'S EXHIBIT 26

DEF 000178

*\GT TLH\Plant*

## Work Order #:   12459

| | | | | |
|---|---|---|---|---|
| **Issued:** | 8/22/2023 | | **Seat Grinder #2** | |
| **Completed:** | 8/22/2023 | | | |
| | | Unit #: 0 | Type: | |
| | | Tag #: M45 | Operator: , | |
| **Vendor:** | | | Serial #: | |
| **Assigned To:** | Jackson, Quennel | | | |
| **Notes:** | discovered that the speed volume was down still to low | | | |

| Repair Maintenance | Type | Cost |
|---|---|---|
| ☒ Maintenance | WO Creation | $0.00 |
| *going over to check bowl see why not turn* | | |
| **Total:** | | **$0.00** |

| Labor | Description | Hours | Rate | Cost |
|---|---|---|---|---|
| Jackson, Quennel | found out that reason bowl did not rotated enough cause was not turn up enough on the adjustable speed, afterward check everything else out there were a few bolts loose need tighen down | 0.3 | $0.00 | $0.00 |
| **Total:** | | | | **$0.00** |

**Technician Notes:**

| | |
|---|---|
| PM: | $0.00 |
| Repairs: | $0.00 |
| Parts: | $0.00 |
| Labor: | $0.00 |
| Custom | $0.00 |
| Taxes: | $0.00 |
| **TOTAL:** | **$0.00** |

*** *End Work Order #* ***
**12459**