| Login | Date | Time | Group | Type | Identification | Description | PC Name |
|---|---|---|---|---|---|---|---|
| JWhite | 8/23/2023 | 06:24:03 | WO | 1 - Created | 12497 | Work Order No. 12497 was created | FGP0262 |
| JWhite | 8/23/2023 | 06:24:41 | WO | 2 - Edited | 12497 | Changes made to PM History for | FGP0262 |
| JWhite | 8/23/2023 | 06:24:41 | WO | 2 - Edited | 12497 | Work Order No. 12497 was edited on | FGP0262 |
| QJackson | 8/23/2023 | 06:34:42 | WO | 2 - Edited | 12497 | Work Order No. 12497 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/23/2023 | 06:42:23 | WO | 2 - Edited | 12497 | Work Order No. 12497 was edited on | LAPTOP-6L5LSE |
| QJackson | 8/23/2023 | 11:12:19 | WO | 2 - Edited | 12497 | Changes made to Part History for | LAPTOP-6L5LSE |
| QJackson | 8/23/2023 | 11:12:20 | WO | 2 - Edited | 12497 | Changes made to Labor History for | LAPTOP-6L5LSE |
| QJackson | 8/23/2023 | 11:12:20 | WO | 2 - Edited | 12497 | Work Order No. 12497 was edited on | LAPTOP-6L5LSE |

DEFENDANT'S EXHIBIT
27

DEF 000180