

**PERFORMANCE WARNING NOTICE**

| Quennel Jackson | 12/4/2017 | Maintenance - Facilities | 1 | 316206 | 3203 |
|---|---|---|---|---|---|
| Employee Name | Date of Hire | Job Title | Shift | Emp.# | Dept.# |

This is a written description of unsatisfactory performance in accordance with the Rules of Conduct.

**Rule[s] involved [No.]** #32 – Falsifying Company records or reports, including timecards, production counts, personnel records and/or medical records.

**Date[s] of occurrence:** 8/22/2023

**Description of unsatisfactory performance:**

On 8/23/23, Quennel was given a written notice for unacceptable quality or quantity of work due to the work done in an 8-hour shift was not captured in his documentation in the Maintenance Management System (CMMS). He refused to add any comments or sign the document. However, after further discussion with Human Resources, he was allowed to provide a list of work orders that were performed on Saturday 8/19/23 that were entered into CMMS on Tuesday 8/22/23.

After further investigation of the 12 work orders that Quennel provided, only 3 were entered by Quennel on 8/22/23 for work performed on 8/19/23. In addition, 3 other work orders were created by other Maintenance Techs.

Due to falsification of these documents during an investigation, Quennel's employment is being terminated effective immediately.

**Employee comments if any:**

**Required corrective action: None**

Time period for corrective action ___None___  Date for follow up discussion ___None___

In consideration of the above, the following action is being taken:

[ ] **Verbal Warning**         [ ] **Final Warning** with suspension of _____ days
                                      beginning on _____ ending on _____
[ ] **Written Warning**        [X] **Discharge**

I understand that improvement is required or further disciplinary action will result.

_Employee refused to sign_    9/5/23
Employee Signature            Date

_Jason O. Felger_             9/5/23
Supervisor                    Date of Discussion

Witness: _____            Title: PLANT MGR    Date: 9/5/23
(When appropriate)

| RMF165-11 | Date: 5/19/20 | Rev: 01 | ECL: N/A | Approved By: Human Resources |
|---|---|---|---|---|
| File: I:\Corrective Action\RMF165-11 Performance Warning Notice - Jackson, Quennel Termination 9-5-23 #32 falsification of company documentsRev1.docx | | | | Page 1 of 1 |

DEF 000181

Reviewed by: __N\A__  
Department Manager

Date: __N\A__

_[signature: Erin Wade]_  
Human Resource Representative

Date: __9/5/23__

| RMF165-11 | Date: 5/19/20 | Rev: 01 | ECL: N/A | Approved By: Human Resources |
|---|---|---|---|---|
| File: I:\Corrective Action\RMF165-11 Performance Warning Notice - Jackson, Quennel Termination 9-5-23 #32 falsification of company documentsRev1.docx | | | | Page 2 of 1 |

DEF 000182