UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**QUENNEL JACKSON,**

    **Plaintiff,**

vs.                          CASE NO. 4:25-cv-00218-AW-MAF

**GT TECHNOLOGIES INC.,**

    **Defendant.**
_____/

## FINAL MEDIATION REPORT

In accordance with the September 5, 2025, Scheduling and Mediation Order (Dkt. 18), a mediation conference commenced on February 2, 2026, and adjourned that same day. The Parties have now reached impasse.

                                     Respectfully submitted,

                                     /s/ *Shane T. Muñoz*
                                     Shane T. Muñoz
                                     Florida Bar No. 0067024
                                     Shane@STM-Mediations.com
                                     Shane Muñoz Mediations
                                     2921 West Hawthorne Road
                                     Tampa, FL  33611
                                     Telephone:  941-780-2614
                                     Mediator

## CERTIFICATE OF SERVICE

    I hereby certify that on February 20, 2026, I electronically filed the foregoing Final Mediation Report with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                                      Shane Muñoz Mediations

                                      */s/ Shane T. Muñoz*