**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**QUENNEL JACKSON,**

     **Plaintiff,**

**v.**                                  **Case No. 4:25-cv-218-AW-MAF**

**GT TECHNOLOGIES, INC.,**

     **Defendant.**

_____/

**ORDER ADVANCING OBJECTION DEADLINE**

Defendant has filed a motion to vacate final pretrial conference and trial date and reset pretrial deadlines. ECF No. 38. If Plaintiff maintains an objection to the requested relief, he must file a response to that motion no later than April 6. *See* N.D. Fla. Loc. R. 7.1(E).

SO ORDERED on April 2, 2026.

s/ *Allen Winsor*
Chief United States District Judge