**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**QUENNEL JACKSON,**

      **Plaintiff,**

**v.**                                  **Case No. 4:25-cv-218-AW-MAF**

**GT TECHNOLOGIES, INC.,**

      **Defendant.**

_____/

**ORDER CANCELING TRIAL
AND SUSPENDING PRETRIAL DEADLINES**

Having considered Defendant's motion to cancel pretrial deadlines (ECF No. 38) and Plaintiff's response (ECF No. 40), and as a matter of discretion, the court now orders the following:

    1.      Defendant's motion (ECF No. 38) is GRANTED;

    2.      All pretrial deadlines are suspended;

    3.      The pretrial conference is canceled; and

    4.      The trial is removed from the calendar. The court will reset the trial and pretrial deadlines (if necessary) after resolving the pending motion for summary judgment.

SO ORDERED on April 13, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge