**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

QUENNEL JACKSON,

     **Plaintiff,**

v.                                        **Case No. 4:25-cv-218-AW-MAF**

GT TECHNOLOGIES, INC.,

     **Defendant.**

_____/

## JUDGMENT

     This case was resolved at summary judgment. Plaintiff's claims are all dismissed on the merits. Plaintiff shall recover nothing.

                                       JESSICA J. LYUBLANOVITS
                                       CLERK OF COURT

April 29, 2026                        s/ KELLI MALU
Date                                  Deputy Clerk: Kelli Malu

1