# EXHIBIT "A"

## Veritext, LLC - Florida Region

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Elizabeth T. Jozsi
Ogletree Deakins Nash Smoak & Stewart, PC
100 N. Tampa St Ste 3600
Tampa, FL, 33602

| | |
|---|---|
| **Invoice #:** | **8940800** |
| **Invoice Date:** | **1/16/2026** |
| **Balance Due:** | **$2,732.50** |

| **Case: Jackson, Quennel v. GT Technologies (4:25-cv-00218-AW- MAF)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7793440   |   Job Date: 1/13/2026   |   Delivery: None

Case #: 4:25-cv-00218-AW- MAF

| | | |
|---|---|---|
| Location: | Tampa, FL | Client Matter #: 054097.000010 |
| Billing Atty: | Elizabeth T. Jozsi | |
| Scheduling Atty: | Elizabeth T. Jozsi \| Ogletree Deakins Nash Smoak & Stewart, PC | |

| Witness: Quennel Jackson | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $370.00 | $370.00 |
| Video - Additional Hours | 6.00 | $195.00 | $1,170.00 |
| Video - Extended Hours | 3.00 | $292.50 | $877.50 |
| Video - Media and Cloud Services | 7.00 | $45.00 | $315.00 |

| Notes:   10:00 - 7:55 pm (7 hrs normal, 3 hrs OT) | | |
|---|---|---|
| | **Invoice Total:** | **$2,732.50** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$2,732.50** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 8940800

**Invoice Date:** 1/16/2026

**Balance Due:** $2,732.50

Pay by Credit Card: www.veritext.com

54285