UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
_____ DIVISION

Quennel Jackson,

(Name of Plaintiff/Petitioner)

VS.                                    DISTRICT COURT CASE NO: 4,25 CV 218-AW-MAF

GT Technolgies

_____.

(Name of Defendant/Respondent)

Elizabeth T. Jozsi

## NOTICE OF APPEAL TO COURT OF APPEALS

Notice is hereby given that I, Quennel Jackson (name of party taking the appeal), hereby appeal to the United States Court of Appeals for the Eleventh Circuit from a final judgment or order (please describe specifically) The Truth yet to be told. Prove Intinge entered in this action on the 27 day of May, 2026

May , 2026
(Date)

Quennel Jackson
(Signature of Plaintiff/Petitioner)

Quennel Jackson
(Printed Name of Plaintiff/Petitioner)

434 East Broad St.
Climax Ga 39834
229-416-1288
(Address & Phone Number)

FILED USDC FLND TL
MAY 28 '26 PM4:27
BF