

# U.S. District Court

### Florida Northern - Tallahassee

**THIS IS A COPY**

Receipt Date: May 28, 2026 4:27PM

QUENNEL JACKSON
434 EAST BROAD ST
CLIMAX , GA 39834

Rcpt. No: 400007245                    Trans. Date: May 28, 2026 4:27PM                    Cashier ID: #BF (6385)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | DFLN425CV000218 /001<br>**FBO**: QUENNEL JACKSON | 1 | 605.00 | 605.00 |

| CD | Tender | | Amt |
|----|--------|--|-----|
| CA | Cash | | $605.00 |
| | | Total Due Prior to Payment: | $605.00 |
| | | Total Tendered: | $605.00 |
| | | Total Cash Received: | $605.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.