**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
_____ **DIVISION**

Quorrel Jackson,

(Name of Plaintiff/Petitioner)

vs.

GT Technologies Inc.,
_____.

(Name of Defendant/Respondent)

_____/

NO: 4:25-cv-00218-AW-MAF

CASE NO: 26-11873-E

## NOTICE OF APPEAL AND OBJECTION TO DISTRICT JUDGE

Notice is hereby given that I, Quorrel Jackson (name of party), hereby appeal and file this objection to the presiding United States District Judge from an order entered by the Magistrate Judge handling my case. The order, _____ 26-11873-E / Docket NO: 4:25-cv-00218-AW-MAF (please describe specifically) was entered in this action on the ___29___ day of ___May___, 20_26_, and is clearly erroneous or contrary to law because _I was supposed to be presented at the time this case was handle. I did not Autorized an Attorney to speak on my behalf. Then ____.

May 29, 2026
(Date)

Quorrel Jackson
(Signature of Plaintiff/Petitioner)

Quorrel Jackson
(Printed Name of Plaintiff/Petitioner)

434 East Broad Street
Climax Ga 39834
229-416-1288
(Address & Phone Number)

FILED USDC FLND TL
JUN 2 '26 PM 4:46