# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### EMPLOYMENT DISPUTE RESOLUTION
### APPENDIX 4 – REQUEST FOR REVIEW OF DECISION (APPEAL)

Submitted under the Procedures of the Northern District of Florida Employment Dispute Resolution Plan

FILED USDC FLND TL
JUN 4 '26 AM10:12
BC

Name of Requesting Party _Quennel Jackson_

Address _434 East Broad St,_

Phone Number(s) _229-416-1288_

Email Address _qs.limos22@gmail.com_

Name of Court in Which Presiding Judicial Officer's Decision Was Issued

_United States Count of Appeals For the Eleventh Circuit_

_Quennel Jackson_ Requesting Party v.

_GT Technologies Inc_ Responding Party

Request for Review of Decision on Formal Complaint

Notice is hereby given that _Quennel Jackson_, (Requesting Party) in the above named case, hereby requests review by the Judicial Council for the Eleventh Circuit from the decision by Judge _Allen C Winsor_ entered in this matter on the _29_ day of _April_, 20_26_.

☐ Attached to this request is a copy of the Presiding Judicial Officer's decision.

State the reason(s) you contend that the Presiding Judicial Officer's decision was in error (**attach additional pages if necessary**): _This is an error. The Attorney I had Find did not ✓ represent me correctly. There for the evidence GT Technologies has are Falsified documents. I have the real documents, in real time date shows 2 people on work orders. Elizabeth Jozsi Falsified before the court!_

Submitted this _3_ day of _June_, 20_26_.

Signature of Requesting Party _Quennel Jackson_

Signature of Counsel, if any _____

Received by the Eleventh Circuit Judicial Council on _____

NDFL HR Form 4 (Rev. 08/17/2020) EDR Appendix 4 Request for Review of Decision          Page 1 of 1
ClerkAdmin/Official/Forms

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

EMPLOYMENT DISPUTE RESOLUTION
APPENDIX 3 – FORMAL COMPLAINT

Submitted under the Procedures of the Northern District of Florida Employment Dispute Resolution Plan

Court: _____

Full name of person submitting the form (Complainant): Quonnel Jackson

Your mailing address: qs.limes22@gmail.com

Your email address: 434 East Broad St Climax Ga 39834

Your phone number(s): 229-416-1288

Office in which you are employed or applied to: GT Technolgies Inc.

Name and address of Employing Office from which you seek a remedy (*if the matter involves a judge or chambers employee, the Employing Office is the Court*): _____

GT Technologies Inc.

_____

Your job title/job title applied for: Maintenance Mechanic Welder, Fabricator

Date of interview: Dec 4, 2017

Date(s) of alleged incident(s) for which you seek a remedy: Sept 5, 2023

_____

Summary of the actions or occurrences giving rise to the Complaint (*attach additional pages as needed*): The was a Black Statue man with a noose around its neck place on my desk when returning to work. On top of that the company Falsified documents on me. I was told directly to my face, the Company did not want a black man working in a White Maintenance Environment! A Polygraph Test is needed for all parties it will then Show the truth!

NDFL HR Form 3 (Rev. 08/17/2020) EDR Appendix 3 Formal Complaint    Page 1 of 3
ClerkAdmin/Official/Forms

FILED USDC FLND TL
JUN 4 '26 PM 12:12

Describe the remedy or corrective action you seek (*attach additional pages as needed*): __

*I Seek to be paid $950,000.00 for putting a black Statue with noose around neck, My reputation, Humiliation, Race, Pain + Suffering, NO Employment retirement*

Identify, and provide contact information for, any persons who were involved in this matter, who were witnesses to the actions or occurrences, or who can provide relevant information concerning the Complaint (*attach additional pages as needed*): *Daryl Harrison*

*Johnny Talgore, Arthur, Gundeg, Ron Gordon*

Identify the Wrongful Conduct that you believe occurred (*check all that apply*):

☑ Discrimination based on (*check all that apply*):
☑ Race
☑ Color
☐ Sex
☐ Gender
☐ Gender identity
☐ Pregnancy
☐ Sexual orientation
☐ Religion
☐ National origin
☐ Age
☐ Disability

☑ Harassment based on (*check all that apply*):
☑ Race
☑ Color
☐ Sex
☐ Gender
☐ Gender identity
☐ Pregnancy
☐ Sexual orientation
☐ Religion
☐ National origin
☐ Age
☐ Disability

☑ Abusive Conduct
☐ I have already sought Assisted Resolution for this Abusive Conduct claim.
Provide date Request for Assisted Resolution submitted and concluded, and describe the resolution, if any: _____

☑ Retaliation
☑ Whistleblower Protection
☐ Family and Medical Leave
☑ Uniform Services Employment and

Reemployment Rights
☐ Worker Adjustment and Retraining
☐ Occupational Safety and Health

☐ Polygraph Protection
☐ Other (describe)

Do you have an attorney or other person who represents you?

☐  Yes

Please provide name, mailing address, email address, and phone number(s): \_\_\_\_\_

_____

_____

☑  No

☐  I have attached copy(ies) of any documents that relate to my Complaint (such as emails, notices of discipline or termination, job application, etc.)

**I acknowledge** that this Complaint will be kept confidential to the extent possible, but information may be shared to the extent necessary and with those whose involvement is necessary to resolve this matter, as explained in the EDR Plan (*see* EDR Plan § IV.B.1).

**I affirm** that the information provided in this Complaint is true and correct to the best of my knowledge:

Complainant signature ___Quinnel Jackson_____

Date submitted ___June 3, 2026_____

Complaint reviewed by EDR Coordinator on _____

EDR Coordinator name _____

EDR Coordinator signature _____

Court Claim ID (Court Initials–FC–YY–Sequential Number): _____