UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

QUENNEL JACKSON,

Plaintiff,

vs. CASE NO. 4:25cv218-AW/MAF

GT TECHNOLOGIES INC,

Defendant.
_______________________________/

**TAXATION OF COSTS BY CLERK**

Judgment was entered in favor of the Defendant and against the Plaintiff in the above entitled action on April 29, 2026. A Bill of Costs was filed by the Defendant (doc. 46), with no objections filed by the Plaintiff. The undersigned hereby taxes costs as follows, in accordance with this court's administrative order dated September 21, 2004, titled "Allowable Items in Taxation of Cost:"

| | |
|---|---|
| **Fees of the Clerk** | **$0.00** |
| **Fees for service of summons and subpoena** | **$0.00** |
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** | **$2,751.80** |
| **Fees and disbursements for printing** | **$0.00** |
| **Fees for witnesses** | **$0.00** |
| **Fees for exemplification and the cost of making copies of any materials where the copies are necessarily obtained for use in the case** | **$0.00** |
| **Docket fees under 28 USC 1923** | **$0.00** |

| | |
|---|---|
| **Costs as shown on Mandate of Court of Appeals** | **$0.00** |
| **Compensation of court-appointed experts** | **$0.00** |
| **Compensation of interpreters and costs of special interpretation services under 28 USC 1828** | **$0.00** |
| **Other costs** | **$0.00** |
| **TOTAL COSTS TAXED** | **$2,751.80** |

In accordance with the above, costs are hereby taxed against the Plaintiff in the amount of **$2,751.80**, for all of which sum let execution issue and made a part of the Judgment entered on April 29, 2026.

Done this 25th day of August, 2026, at Tallahassee, Florida.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

By: *s/ Kimberly J. Westphal*
Financial Analyst
Tallahassee Division