Case 4:25-cv-00218-AW-MAF Document 63 Filed 08/25/26 Page 2 of 2

| | |
|---|---|
| **Costs as shown on Mandate of Court of Appeals** | **$0.00** |
| **Compensation of court-appointed experts** | **$0.00** |
| **Compensation of interpreters and costs of special interpretation services under 28 USC 1828** | **$0.00** |
| **Other costs** | **$0.00** |
| **TOTAL COSTS TAXED** | **$2,751.80** |

In accordance with the above, costs are hereby taxed against the Plaintiff in the amount of **$2,751.80**, for all of which sum let execution issue and made a part of the Judgment entered on April 29, 2026.

Done this 25th day of August, 2026, at Tallahassee, Florida.

FILED USDC FLND TL SEP 21 '26 PM4:08

JESSICA J. LYUBLANOVITS
CLERK OF COURT

By: *s/ Kimberly J. Westphal*
Financial Analyst
Tallahassee Division

Page 1

In accordance to the constitution of rights. There is no taxed against the Plaintiff. There For The United States District Court Northern District of Flordia of Tallahassee will be charge for Allowing the judge to enter in Falsifying agreeing with Elizabeth T. Jozki of the Ogletree Deakins, Nash, Smoak & Stewart, P.C.. This Case is not close. Due to the Fact the ~~Unite~~ not have the Plaintiff present and notifying the Plaintiff by mail in a timely manner to appear for the nature of his case. There for you are hear by to send this bill back to above Defendant by letting them know this case belong to the Plaintiff no one is to over ride a case with out →

QUENNEL JACKSON
434 EAST BROAD STREET
CLIMAX, GA 39834
4:25cv218-AW/MAF ECF # 63

Page 2

→ present and having a proper Trial. I will set forth a date and time for all parties to be present in court. Including Corinne Scott and all that was involved in this case for the 5 years. I will the Plaintiff will send out another letter of all names of parties to be contacted to enter a court a proper court date.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

QUENNEL JACKSON,

Plaintiff,

vs. CASE NO. 4:25cv218-AW/MAF

GT TECHNOLOGIES INC,

Defendant.
______________________________/

## TAXATION OF COSTS BY CLERK

Judgment was entered in favor of the Defendant and against the Plaintiff in the above entitled action on April 29, 2026. A Bill of Costs was filed by the Defendant (doc. 46), with no objections filed by the Plaintiff. The undersigned hereby taxes costs as follows, in accordance with this court's administrative order dated September 21, 2004, titled "Allowable Items in Taxation of Cost:"

| | |
|---|---|
| **Fees of the Clerk** | **$0.00** |
| **Fees for service of summons and subpoena** | **$0.00** |
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** | **$2,751.80** |
| **Fees and disbursements for printing** | **$0.00** |
| **Fees for witnesses** | **$0.00** |
| **Fees for exemplification and the cost of making copies of any materials where the copies are necessarily obtained for use in the case** | **$0.00** |
| **Docket fees under 28 USC 1923** | **$0.00** |

Plaintiff
434 East Broad St.
Climax, Ga 39834

RPDC 320
19 SEP 2026 PM 1 L

FREEDOM FOREVER/USA

SEP 2 1 2026

United States District Court
Northern District of Flordia

111 North Adams Street, Suite 322
Tallahassee, Flordia 32301-7717

32301-773097